Jennifer Taylor
March 04, 2025   **Exhibit I, Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - -

| | | |
|---|---|---|
| L.F., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| Vs. | : | |
| | : | NO. |
| EF Educational Tours, EF | : | 4:23-cv-01038- |
| Education First | : | MWB |
| International, Ltd., | : | |
| EF Institute for Cultural | : | |
| Exchange, Inc., | : | |
| EF Education First | : | |
| International, Ltd., | : | |
| Switzerland, Diego Manuel | : | |
| Taylor, Jennifer Taylor, | : | |
| & John Does I-V, | : | |
| | : | |
| | : | |
| Defendants | : | |

- - -

TUESDAY, MARCH 4, 2025

- - -

Remote deposition of JENNIFER
TAYLOR, beginning at 3:32 p.m., before Samantha
Napolitan, a Professional Reporter, and Notary
Public.

- - -

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A P P E A R A N C E S :

HILL & ASSOCIATES, P.C.
BY: SUSAN B. AYRES, ESQUIRE
1700 Market Street, Suite 3150
Philadelphia, Pa 19103
sue@hilljustice.com
Representing the Plaintiff


LAWSON & WEITZEN, LLP
BY: JEFFERY ALLEN, ESQUIRE
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Representing the Defendant


MCNEES WALLACE & NURICK
BY: EDWARD SCHWARTZ, ESQUIRE
100 Pine Street
Harrisburg, PA 17191
Representing the Defendant

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

                    I N D E X

                     - - -

TESTIMONY OF:   JENNIFER TAYLOR

BY: MS. AYRES.................6

    MR. ALLEN................100


                     - - -

                E X H I B I T S

                     - - -

| NUMBER | DESCRIPTION | MARKED FOR ID |
|---|---|---|
| Taylor-1 | EF2-9 | 31 |
| Taylor-2 | EF176-177 | 46 |
| Taylor-3 | Traveler Health Document | 51 |
| Taylor-4 | EF21 | 63 |
| Taylor-5 | EF22 | 66 |
| Taylor-6 | EF13 | 67 |
| Taylor-7 | Safety Guidelines | 70 |
| Taylor-8 | Group Leader Role | 72 |
| Taylor-9 | Document | 76 |
| Taylor-10 | EF90 | 77 |
| Taylor-11 | EF91-93 | 79 |
| Taylor-14 | Spreadsheet | 79 |

(Exhibits retained by Plaintiff's counsel.)

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

DEPOSITION SUPPORT INDEX


INSTRUCTIONS NOT TO ANSWER:

Page    Line

89      9

100     3


REQUEST FOR PRODUCTION OF DOCUMENTS:

Page    Line    Description




STIPULATIONS:

Page    Line

 5       1



QUESTIONS MARKED:

Page    Line

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

(It is hereby stipulated and agreed by and between counsel for the respective parties that reading, signing, sealing, certification and filing are waived and that all objections, except as to the form of the question, be reserved until the time of trial.)

- - -

VIDEOGRAPHER:  This is the remote video deposition of Jennifer Taylor in the matter of L.F. versus EF Educational Tours.  Today's date is March 4, 2025, and the time is 3:32 p.m. eastern time.  My name is Darrak Lighty with US Legal Support, and I am the remote video technician.  The court reporter today is Samantha Slawter, also associated with US Legal Support.  All participants will be noted on the stenographic record and now the court reporter will swear in the witness.

- - -

JENNIFER TAYLOR, after having been first duly sworn, was examined and

Exhibit I, Plaintiff

testified as follows:

- - -

COURT REPORTER:  Usual stipulations?

MR. SCHWARTZ:  Yeah, that's fine.

MR. ALLEN:  That's fine.

- - -

EXAMINATION

- - -

BY MS. AYRES:

Q.      You can put your hand down. Good afternoon.

A.      Good afternoon.  I was not sure how much delay was going on.

Q.      That's fine.  My name is Sue Ayres.  I represent L█████ F█████████ in connection with a lawsuit that she has filed arising from an incident that occurred on the tour -- on the EF Tour in June of 2022, and we're here today for the purpose of your deposition.

Do you understand that?

A.      I do.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.    Okay.  It's important that you speak nice and loud and clear.  I don't know if the volume on your computer is lower or if it's my speaker, but it does, from what you've said so far, sound a little bit muted so just try to speak nice and loud and clear.  Okay?

A.    I'm going to get this closer.  Maybe too much of an unnecessary close up, but here I am.

Q.    That's actually much better.

Have you ever given a deposition before, Ms. Taylor?

A.    No, I have not.

Q.    Okay.  So the deposition is being videotaped as well as transcribed by a court reporter.  It's important that you answer questions verbally and nice and loud and clear, as we just said, for the benefit of a clear transcript.  Okay?

A.    Yes.

Q.    It's also important that we not speak over top of one another or have two people speaking at the same time.  Again, because the court reporter can only take down

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

one person at a time.  We want to make sure we have a clear transcript.  All right?

A.    Yes.

Q.    If at any point in time you don't understand my question or I speak too quickly or there is any problem with the technology, a delay or something, if for any reason whatsoever you need me to repeat or rephrase my question, let me know and I will be happy to do that.  Okay?

A.    Thank you.

Q.    I don't think we're going to be terribly long, but if at some point in time you need to take a break, use the ladies room, take a call, whatever it might be, just let us know that you want to take a break and we'll accommodate your request to do so.

My only instruction in that regard is if there is a question pending, we would ask for an answer to the question before you take your break.  Okay?

A.    If you could just give me a second.  I'm just going to grab my water, if that's okay.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.      Sure.

A.      Make sure it's close to me. Thank you.

Q.      No problem.  Okay.  You all situated?

A.      All set.

Q.      Okay.  Where are you testifying from today?

A.      Bloomsburg, Pennsylvania.

Q.      And are you in an office or your home or some --

A.      At my home.

Q.      Okay.  And are you in a private space?  In other words, you're the only person in the room?

A.      Yes.  I am in my bedroom. There's a lot of laundry on the floor.  I would show you, but...

Q.      Have you had the opportunity or have you reviewed any documents in reparation for your deposition today?

A.      The documents that were sent to me by my attorney -- by the EF attorney.

Q.      Okay.  And I don't want to know

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

what you and your attorney discussed, but do you recall what any of those documents were that you looked at?

A.    It was mainly the documents that -- as being a tour director that I have had to sign.  My own behavior contract.  Those are mainly the items.

Q.    Okay.  And you said documents for you being a tour director.  Was that your role on this trip?

A.    Yes.  I believe tour leader, tour director.  I'm not quite sure of the correct term, but I took students and I was in charge of the students.

Q.    Okay.  Did you have the opportunity to review any depositions that have been taken so far in this case?

A.    No, I have not.

Q.    Are you currently employed, Ms. Taylor?

A.    I am.

Q.    What do you do for a living?

A.    I teach Spanish.

Q.    And where do you work?

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

A.      Central Columbia High School.

Q.      Central Columbia?

A.      Central Columbia, yeah.

Q.      If I repeat you, it may just be to make sure I heard you correctly.  Is that in the Bloomsburg area?

A.      Yes.

Q.      How long have you worked at Central Columbia High School?

A.      This is my 17th year at the district.

Q.      And is Spanish the only subject you teach?

A.      Yes.

Q.      And are you a full-time teacher?

A.      I am.

Q.      And were you a full-time teacher at the time in the school year of '22 to '23?

A.      Yes, I was.

Q.      What is your highest level of education?

A.      I have a master's and three quarters degree.

Q.      A master's and three quarters,

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

is that what you said?

    A.       Almost finished with the second master's, but yeah.

    Q.       Okay.  So you have a bachelor's degree, a master's degree and you are almost finished your second master's; is that fair?

    A.       That's correct.

    Q.       What is your bachelor's degree in?

    A.       Spanish culture and language and culture.

    Q.       And your master's that you completed?

    A.       Is in education with the emphasis in curriculum.

    Q.       And what is the master's that you're working toward?

    A.       It's on ESO -- English as a second language specialist degree.

    Q.       Are you married?

    A.       I am.

    Q.       What's the name of your spouse?

    A.       Chad Taylor.

    Q.       And for how long have you and

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Chad been married?

A.       26 years.

Q.       Do you have children?

A.       We do.

Q.       How many?

A.       Children?

Q.       Yes.

A.       Two.

Q.       And what are their names and ages?

A.       Diego is 20 and Natalia will be 18 next week or two weeks I guess.  Soon.

Q.       Fair enough.  When did you first -- do you recall what year you first heard of the EF Institute For Cultural Exchange?

A.       I suppose I have always known as a Spanish teacher what EF was, but I took my first trip as a chaperone in 2004.

Q.       How many trips in total have you gone on through EF -- through the EF Institute For Cultural Exchange?

A.       I believe nine.  Mostly, I know that I have taken over 200 students abroad.

Q.       Okay.  And you believe that was

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

on about nine separate trips?

A.        Yeah, nine or ten.  I don't quite recall.  I did lose track after five.

Q.        Okay.  And you mentioned that your first trip was as a chaperone in 2004. Did your role at some point going on these trips change from chaperone to something else?

A.        Yes.  Yes.  I eventually changed to leading the tour.

Q.        And do you recall how many -- do you recall how many -- sorry.  I don't know how that's happening.  Sorry about that.

                  Do you recall how many tours you have been on as a leader?

A.        So 2015, '17, '19, also '18, '22.  So six or seven that I was the leader.

Q.        Okay.  And when was the last tour you took as a leader?

A.        That would have been the summer of 2023.

Q.        And are you -- do you have any tours currently planned through EF that you're going on as a leader?

A.        Currently not right now.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.    I mentioned the EF Institute For Cultural Exchange, Inc., which we will just refer to as EF Institute.  Okay?

A.    Okay.

Q.    There is also an entity involved in this litigation called EF Education First International Swiss.  Have you heard of that company before?

A.    No.  I mean, I after the litigation, but prior to seeing it on documents, no.

Q.    So if we -- if I'm asking a question about that entity, I will just call it the Swiss entity; is that acceptable?

A.    Yes.

Q.    Have you, to your knowledge, had any direct dealings with the Swiss entity during your role as a leader on the EF Tours?

A.    I'm sorry, could you just repeat that.  You cutout a little bit.

Q.    Sure.  To your knowledge, have you had any direct dealings with the Swiss entity in your role as a leader on the EF Tours?

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

A.          Not that I'm aware of.

Q.          Do you have any understanding as to what the difference between the Swiss entity and the EF Institute entity is with regard to which entity played a role -- played what role in the EF Tour from June of 2022?

A.          I have no idea.

Q.          Okay.  Did you have -- relative to the tour in June of 2022, did you have a specific contact person from the EF Institute when you were recruiting students for that tour?

A.          Usually, what happens when you become a tour leader, you are setup with someone who leads you through the process.  Usually, that person changes.  I always started a tour two years prior so that the trips would be more affordable for parents so that they could spread it out over a two year window.  So, of course, in that two year window, often times the person that was my liaison to all of the organizations organizing the trip would often change because -- for career advancement, I imagine.  But I was always put in the hands

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

of somebody else and always kept very aware of everything that needed to be done.

Q.      Do you know who your liaison was, and even if that had changed, who your liaisons were for this June 2022 trip that is at issue?

A.      I do not know.

Q.      You -- now, I understand that your husband Chad was also on this particular trip; is that right?

A.      Yes.

Q.      Had he gone on other EF Tours as well?

A.      Yes.

Q.      Do you know how many EF Tours Chad had gone on prior to the June 2022 tour?

A.      Give me a second to think.  To the best that I can remember, would be five.

Q.      So this would have been his sixth in June of 2022?

A.      Well, I was counting my '23 trip.  So prior to that -- so that would have been, I guess, then his 4th.  Oh, 5th because I'm going -- sorry.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.       That's okay.

A.       There was only one -- there was only one trip that I went on that he did not go on.  So perhaps that's an easier math equation.

Q.       Okay.  Got it.  Had Diego been on any EF Tours prior to the June 2022 trip?

A.       He had not.

Q.       With regard to this particular trip, you mentioned that you usually start the process -- I think you said you start the tours about two years prior to spread out the finances.  Did I hear you correctly?

A.       That is correct.

Q.       With regard to this particular trip, were you involved in selecting the location for this tour?

A.       Yes.

          MR. ALLEN:  Object to form.  You may answer.

BY MS. AYRES:

Q.       How so?

A.       So whenever you're planning a trip, you put in your first and your second choice as to where you would like to travel.

Exhibit I, Plaintiff

Of course, it really depends on, I imagine, how many people are going and safety is always a concern.  So, there are have been times where maybe what my first choice did not happen because of some safety concerns as for the group.  But most of the time where I chose there is always -- I'm very familiar with Spain.  I lived there.  So I know -- I knew what trip I wanted.

Q.      So when you say you put down your first or second choice, is it from anywhere in the entire world or are you selecting a first and second choice from options?

A.      From options.  I always chose Spain.

Q.      Okay.  And who set the options?

A.      EF has a lovely catalogue that they send out to anyone -- anyone who wants to travel.  And so from that large book of catalogues you could go anywhere in the world.

Q.      Okay.  But the EF catalogue is where you get the options to make your first or second choice of where to take the tour?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.      Yes.

Q.      I'm sorry, I did not hear you.

A.      Yes, yes.

Q.      Okay, thank you.  Were you involved in the selecting of the dates for the tour?

A.      Yes.

Q.      And are you able -- when you're selecting the dates from the tour, are you able to pick any dates at all or are you picking from options?

A.      We always have to plan from graduation.  And since we live in -- there is always potential snow.  We always make sure we are planning plenty of time as if there is snow, that we would not interfere with graduation -- that we could travel and not be concerned about graduation.  So after that, it's -- as far as the actual day, it's, basically, we can't leave until graduation and then after.

Q.      So you're able to pick the date -- you're able to select the dates you want to go on the tour without having to pick them from

Jennifer Taylor
March 04, 2025     Exhibit I, Plaintiff

some dates offered to you as options; is that
correct?

A.        Could you repeat your question?

Q.        Yeah.  You know, I'm just trying
to understand whether you're picking the dates
out of -- off the calendar based on just your
own schedule for the tour or whether you're
selecting them from date options that are
provided to you by EF.

A.        It is completely -- it was
always my option first.

Q.        Okay.  Were you involved in
selecting the hotels for the tour?

A.        No.

Q.        Do you -- from whom did you get
the information about what hotels were going to
be used?

A.        EF.

Q.        Were you involved in arranging
for the transportation of the students once
they arrived in Spain?

A.        No.

Q.        From whom did you get the
information about the bus transportation for

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

the students once they arrived in Spain?

A.        EF.

Q.        Were you involved in determining how many rooms were needed at each of the hotels for your group?

A.        No.

Q.        From whom did you get that information about how many rooms would be set aside for your group at each hotel?

A.        EF.

Q.        And how is this information that you're getting from EF, how was it actually communicated to you?  And by that I mean by phone, by e-mail, by text or something else?

MR. ALLEN:  Objection.  Which information are you asking about?  You have asked about five different things.  Which one are you asking about now?

MS. AYRES:  I'm asking about each of them.

MR. ALLEN:  Please pose the question for each of them so we can have a record that reads.  I am going to object.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

BY MS. AYRES:

Q.    With regards to EF providing you the names that would be used for your group, how did EF communicate that information to you?

A.    Approximately one to two weeks prior to leaving, we receive an e-mail that has all of the hotels.  And, of course, it's always -- it could change, but we do receive a list of the hotels, the day of check-in, the day of departure and the hotels for each city.

Q.    And you say "we receive".  Who is the "we" you are talking about?

A.    The tour leader.  So, in this case, I usually -- I only work by myself.  When I say we, I am speaking on behalf of any tour director for EF or tour leader, whatever the word is.

Q.    All right.  With regards to the bus transportation that was arranged for your students on your tour by EF, how did EF communicate that information to you?

MR. ALLEN:  Object to form.  You may answer.

THE WITNESS:  There are no --

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

it's not like you really receive any information.  It's, basically, they know what airport you're flying into.  In this case it was always Madrid-Barajas.  And when you fly in, you look for the person that has your -- is holding your name on a sign.  So you have no specifics at that time.

BY MS. AYRES:

Q.      And when you say holding your name on a sign, did the sign actually say Jennifer Taylor or something else?

A.      I don't recall.  But in some way I was identified, and recognized that that was the person I needed to follow to the bus.

Q.      Okay.  With regard to the number of rooms that were going to be reserved for the students in your group at each hotel, how did EF communicate that information to you?

A.      You receive that information upon arrival to that hotel.

Q.      From whom?

A.      So there is a tour guide that is always typically a native.  In my case, a

Jennifer Taylor
March 04, 2025      Exhibit I, Plaintiff

native Spanish -- a native Spaniard, and they tell you this is -- these are the keys that we have and that it was my responsibility to pass them out to the rooms I have been given.

Q.      Pass them -- I'm sorry.  I just want to make sure I heard you.  Pass them out to the rooms you had been given, is that what you said?

A.      Yes.  So, for example, if I was given five hotels rooms, it was my responsibility to divide five hotel -- my students amongst five hotel rooms.  Sometimes they are double.

Q.      So is the assignment of the hotel rooms something that you did once you arrived in Spain in June of 2022?

A.      Yes.

Q.      And did you receive all of those keys for all of the various hotels at once or when you got to each different location you got that hotel's?

A.      Upon arrival to that hotel, you found out the number of rooms.  Sometimes three people per room, sometimes four people per

Jennifer Taylor
March 04, 2025    <span style="color:red">Exhibit I, Plaintiff</span>

room.  So, it becomes a mathematical equation to try to make sure each time you get there.

Q.       So is it fair to say that the room assignments are not done until you arrive at the particular hotel?

A.       That is correct.

Q.       And were you the only person who made the decision about where to assign rooms?

A.       For my group, yes.

Q.       And was there any particular method to who got assigned to which room when you assigned the rooms at the various hotels?

A.       I allow students to choose one, two and three people that they feel comfortable rooming with.  And then depending on the situation, whether I have doubles, triples, quads, sometimes I have all three, I work out which I think will be the most comfortable for my students.

Q.       What about with regard to which room, like, meaning which room number a student goes into -- was there any method to your determination as to which student would go into which room?

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

A.        No.  Because I would have no way of -- I'm not familiar with the hotels.  So it's merely a matter of these two people want -- are friends, I have a double, I put them together.

Q.        All right.  So it may have something to do with the number of beds or number of people that the room can accommodate; is that fair?

A.        Exactly.

Q.        Were you -- and you received the hotel keys and the number of rooms from the tour guide, as you described, who was usually a native, I think you said?

A.        Yes.

Q.        Do you recall the name of your tour guide on this particular tour?

A.        I believe his name was Edwardo.

Q.        Had you ever met Edwardo prior to this particular tour?

A.        Only through e-mail correspondence prior.

Q.        E-mail correspondence relative to this particular tour?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.    Correct.

Q.    Were you involved at all in pricing this particular tour for students?

A.    Yes.

Q.    What was your involvement with regard to pricing the tour for the students?

A.    So when you select a tour, you decide on how many days.  So that changes prices.  You decide what itinerary, what activities they want to participate in.  And so that changes the price point.

Q.    What about setting -- what about the actual prices, though, for each activity or for the number of days?  Were you involved in actually setting the rates for those things?

A.    I don't set the rates.  I just choose the option, and then EF gives us the price.

Q.    Were you involved at all in collecting the fees from students for the tour?

A.    No.  Everything goes straight to -- through the online billing.  I never have any access to any of that.

Q.    How about the enrollment process

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

for students -- when you're recruiting the students, what is your involvement in the actual enrollment process?

A.    I am the person completely involved.  I send out invitations and...

Q.    When you say invitations, what does that mean?

A.    Invitations to -- that they have the -- they have to be enrolled in taking Spanish.  There is a certain list of criteria that they need to uphold to participate in a school trip.  Well, it's actually not a school trip.  It was just a me trip.  But my students are the ones I recruit since they are ones that are Spanish -- practicing Spanish.

Q.    Is the invitation sent out by e-mail?

A.    I think that definitely perhaps follow ups are e-mails.  But most of the time, I would pass them out in class or give them to other Spanish teachers to personally deliver.

Q.    Do you still have a copy of the invitation for this trip?

A.    For that trip, no.

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

Q.      The criteria to be enrolled, such as participating or enrolled in a Spanish class as you identified and whatever other enrollment criteria was listed on the invitation, who set the enrollment criteria?

A.      That's up to us as the tour leaders.

Q.      Okay.  So did -- is that -- is that -- where did you get the criteria to include on the invitation?

A.      As a tour leader, I know everything about my tour.  So I want to create a criteria that will make the tour the most enjoyable and educational for each person.  So that is how I arrive at the criteria.

Q.      Okay.  So you created the criteria for the invitation; is that fair?

A.      Yes.

Q.      Did you have to submit that criteria to EF for review or approval?

A.      No.  I'm sure we had a conversation.  I don't recall an actual submission for approval.  I have been traveling with them since 2004.  So how things began and

Exhibit I, Plaintiff

how things ended, I don't quite recall.

Q.      Let me show you a document that we -- I marked ahead of time as Taylor-1.  This is the booking conditions for the trip.  Are you able to see that on the screen?

A.      Very tiny.

Q.      I'm trying to make it bigger.

MR. ALLEN:  Can we see the Bates stamps, please.

MS. AYRES:  Yeah, hang on.  It is Bates stamped EF2 through EF9.

MR. ALLEN:  Okay.

MS. AYRES:  That's the end of it.

MR. ALLEN:  Thank you.

- - -

(Whereupon, Taylor-1 was marked for identification.)

- - -

BY MS. AYRES:

Q.      My first question is just you see the document on the screen.  I want to make sure I'm sharing it properly.

A.      I'm seeing it, yes.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.       Okay.  Did you have any involvement in the drafting of these booking conditions?

A.       No.

Q.       Did you have any involvement in providing these booking conditions to students on your tour?

A.       So once they become part of the tour, they have access to all of these documents and EF sends them these e-mails to make sure that everyone is understanding.  I also print copies and make sure that all of my students have paper copies and that EF is always -- I know that they send lots of mail to make sure that there is no doubt any of these items.  The booking conditions -- anything that is on the website also gets sent by mail.

Q.       Okay.  If we go to what is Bates stamped EF4 of this exhibit, there is a section toward the bottom that says rooming.  Do you see that?  Let me see if I can make it a little bigger here.  Lower left-hand side.

A.       Yes.

Q.       It says -- the first sentence

Exhibit I, Plaintiff

says, "EF handles final rooming assignments for all travelers."

Was there anyone involved from EF Institute in the rooming assignments that you made once you arrived at each hotel?

A.    So when I hear rooming assignments, I am considering that that is the amount of rooms we have and how many people per room.  So, yeah, that is all EF tells me -- how many rooms, how many students per room at each hotel, which is different at each location.  And we're all aware of that.  I go over that thoroughly with all of my parents and students to let them know that I have no control over this, but we will make the best of that situation.

Q.    Okay.  So just to reiterate.  My question was, did anyone from EF Institute have any involvement in the rooming assignments once you got to hotel that you made?

A.    Other than as to who -- which person was in which room?

Q.    Yes.

A.    Is that the question?  No.  That

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

is completely my responsibility.

Q.      Did you -- were you required to share the information about which student was assigned to which room with anyone from EF Institute?

A.      So when you receive the information, you receive a paper and it says, for example, maybe, Room 101 and it might have three or four lines.  As soon as I would get that paper, often times it was en route to the next hotel, I would fill out the paper and we would make a photocopy and everyone -- every EF tour leader or the guide, I guess the guide, whoever was the native, our tour leader would have a copy of that.  I had a copy.  And I also would make sure my students have copies so that they would know in an emergency where everyone was.  They often just took a picture.  When I say copies, they have their phones so they take pictures.

Q.      Sure.  Do you still have a copy of the -- what do you call that paper, like the room assignment sheet or something?

MR. ALLEN:  Object to the form.

Jennifer Taylor
March 04, 2025      Exhibit I, Plaintiff

BY MS. AYRES:

Q.      Does that paper have a name?

A.      Room assignments.

Q.      Do you still have a copy of the room assignment sheets from this tour?

A.      No.

Q.      When you were initially selected as a leader for the EF Tour, which I think you said the first time you served as the leader was back in 2015, can you tell me what the process was for that selection?  In other words, to become the leader.

A.      There was no selection.  As an interested person, you go through training. You either are invited -- if this is your first tour, you are invited, as I recall.  It was a long time ago in 2004.  The first trip I had, because I had already gone on a trip and understood the process, I never had to go through official training because then I also served as a travel-along three times prior to becoming a tour leader.  So I was not selected, but...

Q.      Okay.  So let me just see if I

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

get this -- if I understand this.  The first time you went on an EF Tour was in 2004, and your role was a chaperone?

A.    Correct.

Q.    Okay.  And then, for a couple of years, you went on EF Tours as a chaperone?

A.    Yes.  Where there was another person that was the leader and I was learning from them.

Q.    Okay.  And then I think you said you went as a -- and I wrote down ride-along, but I don't know if I heard you right.

A.    Yeah.  I guess -- yeah.  I went along as a chaperone.  My role was a chaperone.

Q.    Okay.  So are the two roles --

A.    I had no -- I had no participation in organizing the tour.  It was more of to care for the number of students.

Q.    Are there only two roles that you have served on EF Tours, that of a chaperone and that of a leader?

A.    Correct.

Q.    Okay.  Was your husband serving as a chaperone on this June 2022 tour?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.      No.

Q.      Did you have -- how many leaders were -- leaders were assigned to your group for this June 2022 tour?

MR. ALLEN:  Objection.

(Crosstalk.)

BY MS. AYRES:

Q.      Yeah.  In the same role as you.

MR. ALLEN:  Excuse me.  Object to the form.

MS. AYRES:  I'm rephrasing it.

MR. ALLEN:  I had not got my objection out yet.

BY MS. AYRES:

Q.      How many people were there in the same role as you for your group on this June 2022 tour?

MR. ALLEN:  Object.  Go ahead.

THE WITNESS:  I am the only leader.

BY MS. AYRES:

Q.      Okay.  Did you have any chaperones for this tour?

A.      No.

Jennifer Taylor
March 04, 2025    <span style="color:red">Exhibit I, Plaintiff</span>

Q.        What was your husband's role, if any, on this tour?

A.        His job was to do room checks for boys at night.

Q.        And who assigned him that role?

A.        I did.

Q.        Did you have any other nonstudents, other than the tour guide, with you in your group for this tour other than you and your husband?

A.        I always invite my friend who is a nurse to come along on our tours since I have no knowledge of such things.

Q.        And is her name Kristin?

A.        Yes.

Q.        Did Kristin have any assignments from you on this tour?

A.        Other than if someone was sick, I might say could you go check on them.  We were in COVID, so there was a lot of fear of that.

Q.        So when you transitioned from the chaperone role to the group leader role, which I understand happened around 2015, was

Jennifer Taylor
March 04, 2025      Exhibit I, Plaintiff

there any education or direction or training that EF gave you relative specifically to going from the chaperone role to the group leader role?

MR. ALLEN:  Object to the form. You may answer.

THE WITNESS:  So, when I was -- as I said, typically, the protocol is that if you are going to lead a tour, you have to go to a training and see how the tour works.  But I was never required to do that because I had already had experience as a chaperone.

BY MS. AYRES:

Q.      Before becoming a group leader, did you ever meet with anyone from EF in person, like, in terms of an interview?

A.      No.  Could you clarify interview.  Like, a formal interview?  I'm not sure.

Q.      Yeah.  I mean, like, a sit down in person to talk to an individual from EF about being a group leader or working on the tour.  I'm asking if you have ever had such an

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

in person meeting with someone from the EF

Institute.

MR. ALLEN:  Object to the form.

I object to the word working.  You may

answer.

THE WITNESS:  So when -- it was

never in person, but every time there

would be a tour, I would always have a

very lengthy conversation with someone

from EF going over all of the

particulars.  Of course, as time went on

and I became -- I mean, I feel that I am

pretty good at it.  That less and less --

the meetings would be shorter because

there was less to discuss.

BY MS. AYRES:

Q.      And were those telephone

conversations or Zoom meetings or something

else?

A.      Never face.  It was always

telephone, maybe Zoom.  But I think most of the

time they were telephone conversations.

Q.      Did you receive any type of

training from the EF Institute for your role as

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

a chaperone when you first started back in 2004?

A.        No.  We had -- we received -- that would have been the responsibility of the tour leader at the time.  And so, of course, she, at the time who was running our tour, she made sure that her chaperones understood our -- the responsibilities that she felt were important.  I'm not sure that it was from EF.

Q.        Did the EF Institute ever provide you with any types of rules or regulations that you needed to enforce for the students on your tour?

A.        Yes.  They have various things online of various articles and handouts that are at our disposable that we also send out via mail saying things, like, "EF Rules of the Road" I believe one of them is called.  Things you should never do when you are abroad.

Q.        How about with regard to curfews -- did EF -- did the EF Institute set a specific curfew for your students on your tour?

A.        No.

Q.        Did they require that you set a

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

curfew for the students on your tour?

A.        There was never a set curfew. Of course, depending -- I have traveled several times.  Depending on our leader, the native that was there, they would sometimes suggest, "Hey, we are getting up early.  It's an early bus ride.  It might be best to get -- that they go to sleep."  But it was more suggestions, never rules.

Q.        On this particular tour, did you as the group leader have a curfew for the students in your group?

A.        Yes.

Q.        What was it?

A.        Each night varied.

Q.        Each night varied based on what your plans were for the following day?

A.        And based on when we got back to the hotel.  Because it would be impossible to set a curfew because the tour is constantly changing.  So we have to be flexible.

Q.        Did the EF Institute provide you with any rules or regulations with regard to establishing hallway supervision at the hotels

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

for the students in your group?

MR. ALLEN:  Object to the form.

THE WITNESS:  I'm sorry, can you say that again.

BY MS. AYRES:

Q.    Yeah, sure.  Did the EF Institute provide you with any rules or regulations that you were required to enforce for the students in your group specific to hallway supervision at the hotels?

MR. ALLEN:  Object to the form. You may answer.

THE WITNESS:  No.

BY MS. AYRES:

Q.    Did the EF Institute ever provide with you any rules or regulations that you were required to enforce with the students in your group relative to room checks during the night at the hotels where you were staying?

A.    No.

Q.    You mentioned that you gave your husband the assignment of performing room checks on the boys' rooms at the hotel during the trip; correct?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.    Correct.

Q.    What was the specific room check that he was supposed to perform on this trip?

A.    So my students -- each student signed a contract saying and that they recognize that after their room was checked, that the door was not supposed to be opened and no one was supposed to leave the room.  So when my husband would stop in, usually, for example, let's say, room check is midnight.  We say, you need to be in your rooms, you know.  In this case, Mr. Taylor would be coming by to the boys' rooms to be checking the room at midnight, be ready.  And then he would make sure everyone was in the room, talk to them briefly.  How was your day?  Did you have fun?  Even though we saw them the whole day.  It was more of just a comfort check to make sure that they were all okay.  And it was, have a nice evening.  And once the door shut, they were -- they knew that -- we made sure that -- we wanted the parents to know -- and this was our personal decision -- that when their children said to goodnight to us and we saw them, they

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

understood that they were not to leave and that

we recognize that they were all there.  And

that was our way of making sure parents felt

comfortable.

Q.       Was there a specific time that

the room check was done each night?

A.       Not a specific.  As I said, we

had to be flexible.  It always varied.

Q.       Did it vary within particular

time -- like between two set times?

A.       As far as two set times in one

location?

Q.       Yeah.  In other words, it may

have varied but it was always between 11:00 and

1:00 a.m. or it may vary but it was always

between X time and X time.  I'm asking whether

-- even though there was always some variation,

was it always between two set times?

MR. ALLEN:  Object to the form.

You may answer.

THE WITNESS:  There was never

set times.  Most of the time it was

within reason.  As I said, I'm

comfortable.  I know Spain.  I wanted the

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

best trip for my students.  So whatever

seemed safe.  And I would chose those

times based on the situation.

BY MS. AYRES:

Q.      Were the room checks done every

night?

A.      Every night.

Q.      Do you know what time the room

check was done on June 25th of 20 -- I'm sorry

-- June 26th of 2022?

A.      I do not.

Q.      Was there any paperwork

completed in connection with the room checks?

A.      No.

Q.      All right.  Let me show you a

document, Ms. Taylor, that we marked as

Taylor-2.  Hang on one second.  This is Bates

stamped EF176 and EF177.

- - -

(Whereupon, Taylor-2 was marked

for identification.)

- - -

BY MS. AYRES:

Q.      Are you able to see that on your

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

screen?

A.    Yes.

Q.    You mentioned during one of your earlier answers, a student contract that your students in your group had to sign.  Is this exhibit that contract?

A.    It is that contract.

Q.    And did you prepare this contract?

A.    Yes.

Q.    And did you come up with the content of this contract on your own?

A.    Yes.

MR. ALLEN:  Object to form.  You can answer.

THE WITNESS:  Sorry.

MR. ALLEN:  You can answer unless I tell you not to answer, but I'm objecting for the record to the form of that last question -- on your own.

THE WITNESS:  So this is the behavior contract that each student received.  I do believe that this was -- this was a fluid document in that there

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

were more items that were added over the years based on experiences that I had.

So as things change and as, you know, if I -- if we were going somewhere that was not on an airplane, that would not be -- the airplane behavior would have been removed.

BY MS. AYRES:

Q.      Sure.

A.      So it's fluid to go along with the tour, but I do believe that this was several tours and trips in the making.  So I could not say that it is all my own work, but I approved all of it.

Q.      Were there resources available to you through the EF Institute in terms of coming up with rules and regulations for your students on your tour?

MR. ALLEN:  Object to the form.  You may answer.

THE WITNESS:  I would not --

MR. ALLEN:  Go ahead.

THE WITNESS:  As far as specific forms, there were, I believe, some you

Jennifer Taylor
March 04, 2025  Exhibit I, Plaintiff

could chose from, but I never -- if I --
if I do remember those documents, it was
a basis.  We created our own student
behavior contract for our situation.  As
far as EF having examples, I'm sure there
are, but because I had done several trips
this was my behavior contract.

BY MS. AYRES:

Q.     Okay.  Did you actually receive
a signed contract -- this signed contract for
each one of the students on your trip?

A.     Yes.

Q.     Including your son?

A.     Yes.

Q.     Have you provided -- do you
still have copies of those signed contracts?

A.     I do not.

Q.     Did you provide copies of the
signed contracts to anyone at EF?

A.     No.

Q.     Did you provide a copy of the
contract, like the form that we're looking at
here as Exhibit-2, did you provide a copy of
that form to anyone at EF?

Exhibit I, Plaintiff

A.    I believe that I had shared all of the documents that I had created with EF at some point just to -- if it would be helpful for other tour leaders.

Q.    Did anyone from the EF Institute provide any feedback with regard to the contract that we see here marked as Exhibit-2?

A.    Not any other feedback than, wow, this is thorough.  Thank you for doing this, sort of -- but not any specific documented feedback.

Q.    Did anyone from the EF Institute suggest any revisions or changes to your student behavior contract that we're looking at in Exhibit-2?

A.    No.

Q.    Not including any interaction between your son and L███████ F█████████, are you aware of violations of this student contract by students in your group on this tour?

A.    Did you say with exception?

Q.    Not including anything involving those two.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.          No.  If they were -- I was pretty severe about this contract.  That they -- when they first -- one of the first meetings they had to sign this contract.  And then on the meeting before we left, they all had their own copy, I passed back a copy, and we went over -- I went with their parents and with each student in a meeting going over all of these items on the contract.  So it had been gone over twice.

Q.          Let me show you, Ms. Taylor, another document that I marked as Exhibit-3.  I think I have to stop the share first.

- - -

(Whereupon, Taylor-3 was marked for identification.)

- - -

BY MS. AYRES:

Q.          This was previously marked as Exhibit-4 in the deposition of Megan Allen, but I'm marking it as Taylor-3 here.  It's a three-page document.  I can try to make it a little bigger.  That would be helpful.  Let's see.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

MS. AYRES:  I'm sorry.

MR. ALLEN:  What's the question?

BY MS. AYRES:

Q.        This document is called Traveler Health and Medical Profile with the EF Tours label on the upper left-hand corner.  Have you ever seen this document before?

A.        If you could please scroll. When you were scrolling through, I am not familiar with that third page.

Q.        Okay.

A.        So if you could -- yeah, if -- I am not familiar with that third page as far as -- I mean, what stood out is I do not -- where -- I'm sorry.  Could you just scroll up a little bit so I could see that box.  I have never seen that, and I did not use that form.

Q.        Okay.  Did you -- are you familiar with the first two pages of this form?

A.        I am familiar with the first two pages.

Q.        And did you collect a Traveler Health and Medical Profile for each of the students on your tour?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.    I did.

Q.    And including your son?

A.    Yes.  Because I would make sure that my friend, the nurse, had access to all of them as well.

Q.    And once you collected them -- well, did you actually collect the completed forms from your students or did they upload them online somehow themselves?

A.    No.  I always wanted a paper copy for me, and I took them to every hotel.

Q.    Did you provide copies of the completed Traveler Health and Medical Profile form to the EF Institute?

A.    No.

Q.    Do you recall how many students were in your group on this tour?

A.    I believe there were 22.  I'm -- it was somewhere less than, maybe, 25. Usually, I never like to go over 30.  So somewhere in the mid 20's.  As I said, I take several tours.  I don't remember the exact number.

Q.    Would you consider the size of

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

this tour to be the average size for the tours that you had taken through the EF Institute?

A.      Maybe a little larger by, like, maybe two students.

Q.      When was -- the first in person that you had with the tour guide who was assigned to your tour, was that once you arrived in Spain?

A.      Yes.

Q.      And what -- and during the course of the tour, did the tour guide stay with your group the entire time?

A.      No.

Q.      Tell me about the frequency with which the tour guide was with your group during the tour.

A.      When we had official tours -- official, you know, excursions, he would be with us, but he was not with us all the time. We had free time. And so, in those moments, he was always readily available or whoever that person is is always available, but not always with us.

Q.      Did they -- did the tour guide

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

perform any type of room checks at the hotels

of the students?

A.        No.

Q.        Did they have -- did they stay

at same hotel as you and the students?

A.        There was always a hotel as far

-- I have no idea if they actually stayed

there, but there was always a hotel room

assigned to them.

Q.        Okay.  Are you familiar with

something called the daily hotel safety check

by the room -- by the tour guide?

A.        I am not.

MR. ALLEN:  Why don't we use the

right terminology -- tour director and

group leader.  Make it consistent with

all the depositions.

MS. AYRES:  Well, I mean, I'm

using the -- what Ms. Taylor knew the

individual by, so.

THE WITNESS:  So I am the group

leader; is that correct?

MR. ALLEN:  Yes.

THE WITNESS:  I am the group

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

leader.  I probably have misspoke many times with that -- with the semantics.

BY MS. AYRES:

Q.      And do you understand Edwardo to be the tour director?

A.      Yes.

Q.      So each time in this deposition you referred to the tour guide, have you been referring to Edwardo?

A.      If there is someone who is not myself, then yes, it was Edwardo.  I lead students, he leads the tour.

Q.      Okay.  Was there anyone other than -- well, let me ask you this.  With regard to the combining of the groups, was your group combined with a group from California upon arrival in Spain?

A.      Yes.

Q.      When did you find out that your group would be combined with another group?

A.      About ten days prior.

Q.      And did you have any communication with the group leader for the California group before you arrived in Spain?

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

A.      I was given his contact information, and I did reach out hoping that we could have a conversation because I wanted to have a conversation about how we were going to run the tour together since we were being combined, but I did not hear back from him.

Q.      Had you ever been a part of a combined tour before?

A.      Yes.

Q.      And in those prior instances where you have been part of a combined tour, did you have communication with the other group leader before arriving at your designation?

A.      EF always provides us with contact information, so it's up to the particular leaders to make connections.  There have been cases that, yes, people respond, cases that you meet them the day they show up.

Q.      Did you let anyone at the EF Institute know that the group leader for the California group had never responded to your attempt to reach out to him?

A.      No.  I don't think I had that conversation.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.      So was the first time that you had any discussion with the California group leader once you arrived in Spain?

A.      Yes.

Q.      Did you provide him with a copy of your student behavior contract?

A.      No.

Q.      Did he have a student behavior contract for the students in his group, to your knowledge?

A.      I do not know.

Q.      Did you have any discussions with the group leader from the California group about the room assignments at the hotels?

A.      Could you be more specific when you say room assignments?  About how they function?

Q.      About the actual who is going into which room.  Did you have any discussions with the California group leader about which individual would go into which room at the hotel?

A.      No.

Q.      Were the students informed of

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

their room assignments as they were literally

entering the rooms?

    A.        Yes.  Usually, everyone gets in

a circle around and I will announce their name,

I will hand them the key, and off they go.

    Q.        Do you recall who Diego's

roommate was on this tour?

    A.        Well, in that particular hotel,

I -- yes.  But, as I said, they -- the

roommates change.  Sometimes they stay in a

double, a triple, a quad.  It's always fluid.

    Q.        Who was his roommate in that

particular hotel?

    A.        Nick Sheculski [SIC].

    Q.        Did you say Nate?

    A.        Nick -- Nicholas.

    Q.        I'm sorry.

    A.        It's okay.

    Q.        Were all of the students on your

tour students at the school where you work?

    A.        I believe on that particular

tour, yes.  They're always -- they are always a

student or someone I have either had previously

-- they are always students I know.  They are

Exhibit I, Plaintiff

always children I know.

Q.      Okay.  With regard to L▓▓▓▓ F▓▓▓▓▓▓, did you meet her on the tour?

A.      Did I -- I'm sorry, you cutout.

Q.      Did you meet her on the tour?

MR. ALLEN:  Object to the form.

THE WITNESS:  Meet -- what -- as far as did I see her on the tour?  Did I -- I never had a conversation with her.

BY MS. AYRES:

Q.      Okay.  Did you have any interaction with the students from the California group while you were on the tour?

A.      When you -- interaction as far as just, hi, how are you, you know, getting to know people if we were walking together.  But I always try to keep my group separate.

Q.      Okay.  So was your experience on this tour that the California group and the Pennsylvania group were two separate groups that were just doing the same things at the same time?

A.      And sometimes we didn't do the same things at the same time because they had

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

their own special options.  But my -- I am not fond of combining groups, and so I always did my best to try to keep our groups as separate as possible because I am in charge of my students.

Q.        Why are you not fond of combining groups?

A.        Because I have no control over how that particular leader chose their students, what their behavior contract looks like.  So I choose -- when I can, I try to take a private tour.

Q.        Have you ever communicated your lack of fondness for combined groups to the EF Institute?

A.        Every chance I get.

Q.        What's been the response?

A.        It's just not feasible.  I mean, it is a possibility, but you have to spend so much extra money because you have -- it's all about having a separate bus, you know, for certain students.  So it's -- it's a way to make sure that travel is more affordable for students.

Exhibit I, Plaintiff

Q.      Do you recall how many students were in the California group that was combined with your group?

A.      I believe around the same number as we had.  Maybe less.

Q.      Do you recall how many group leaders there were in the California group?

A.      I'm not sure the distinction of leaders versus adults.

Q.      Do you recall how many adults there were with the California group that was combined with your group?

A.      I know of at least three.

Q.      I think you said -- did you ever have -- do you recall ever having any conversations with L████ F████████?

A.      Not any other than I would with any other teenager.  Nothing personal.  Just hola.

Q.      Do you recall ever exchanging any written communication with her?

A.      No.

Q.      I want to take a look at a few other documents here, see if we can just, kind

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

of, go through them.  Exhibit-4 is a one-page

document Bates stamped EF21.

- - -

(Whereupon, Taylor-4 was marked

for identification.)

- - -

BY MS. AYRES:

Q.       Have you ever seen this document

before?

A.       I believe that's what's sent

home to parents in the mail, yeah.  Yes.

Q.       There is --

A.       Every parent, I think, receives

that.  It was always difficult because I have

been a parent of travelers, and I have also

been the teacher.  So what I receive and --

this is something that every student would have

received either from me or EF or both perhaps.

Q.       Okay.  What do you mean when you

say either from you or EF or both?  What's that

mean?

A.       So it's simply -- I believe this

is what would come inside, perhaps, the

backpack.  I do believe this also was sent

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

home, but I know that my students have access to all of this.  In what form they received it for each tour, I'm not sure.

Q.        Okay.  The backpack is something provided EF Institute?

A.        Yes.

Q.        And each student going on the tour gets one?

A.        (Inaudible).

Q.        I'm sorry, I did not hear you. Can you hear me?

A.        Yes.

Q.        I did not hear what you said. Does each student going on the tour get a backpack?

A.        Yes.

Q.        In this exhibit, it talks about "we put together this departure kit" in the second paragraph here.

A.        Uh-uh.

Q.        Do you know what the departure kit refers to?

A.        I would say when I think of the departure kit, it's the backpack.  It's the --

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

over the years it has changed based on technology, a card to make sure that you had the EF number.  Sometimes it was a bracelet to wear in the event that you needed help at any time.  But the last few tours, I don't think the bracelets were as important because everyone has a cell phone.

Q.      There is also -- in the middle here, it says, "Travel and Safety Guide."

Do you see that?

A.      I do.

Q.      Do you remember receiving a travel and safety guide from the EF Institute?

A.      I'm not sure if the travel and safety guide was any more than just the rules of the road.  I'm not sure what that entails as far as safety guide.

Q.      Okay.

A.      Sometimes with the travel, they might have pointers on the different plugs in the hotel room, things like that.  It's more broad.

Q.      Okay.  Marked as Taylor-5 is what's been Bates stamped as EF22.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

- - -

(Whereupon, Taylor-5 was marked

for identification.)

- - -

BY MS. AYRES:

Q.        Do you see that?  Have you ever

seen this document before?

A.        I have not seen that document

before.

Q.        If you look at underneath where,

it says, "Complete your safety training,"

underneath the second paragraph there, it says,

"Please visit the to-do list for more details.

Will ask you to watch a 14-minute video, then

check the item off your list to let us know you

have completed the training.  All group leaders

must do so for each new tour they lead."

Do you -- did you watch a

14-minute video from EF Institute?

A.        I'm sure I did if it was on the

checklist.  I made sure I did everything on the

checklist.  And, as I said, as things change

that -- as far as that particular 14-minute

video, I'm not sure what it entails, but if it

Jennifer Taylor
March 04, 2025      Exhibit I, Plaintiff

was required of me, I did it.

Q.      Was it your understanding that the items on the to-do list were required of you?

A.      I do, yes.  Because you received a check, like, beside your name and it said, you know, you have this many things to do, you have this many more things to do.  So I was always very ambitious to have everything checked off my list.

Q.      And was it your understanding that you had to have those things all checked off before you went on your tour?

A.      Yes.  I -- yes.

- - -

(Whereupon, Taylor-6 was marked for identification.)

- - -

BY MS. AYRES:

Q.      Marked as Taylor-6, which is Bates stamped EF13, do you recognize this document or this publication from EF Educational Tours?

A.      I'm not going to say that I

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

remember the exact graphics, but there is

always something about safety first, and then

information on health and medical.  But

something along those lines.

Q.      Under the "Before You Go"

section on the left-hand side, there is a

reference to the EF Travel and Safety Guide to

discuss important information with your group

prior to traveling.  It says, "You will receive

your hard copy of the guide in the next couple

of weeks as well as copies to distribute to

your travelers.  So keep an eye on your

mailbox."

Did you ever receive a hard copy

of the EF Travel and Safety Guide referred to

here?

A.      I'm sure if it was sent to me.

I don't recall having the hard copy, if it's in

a booklet.  But I always -- I know that I -- if

it was sent to me and something on my list to

do, I did it.

Q.      But --

A.      As far --

Q.      Go ahead.  I'm sorry.

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

A.      I just -- I'm not -- I don't have any recollection of a book per se.  When I think hard copy, I think of a booklet.  It's very possible I received a booklet.  EF is very thorough.  They send you lots and lots of things, but I'm not sure that I recall that particular booklet.

Q.      Do you recall ever distributing any type of a safety guide to your students who are going on this trip?

A.      Yes.  And that's always part of the original PowerPoint.  It's always constantly safety.  Safety guides are what our -- woven through my behavior contract.  Their safety is always important to me, and making sure that their parents know how important it is to me -- their safety.

Q.      So when we talk -- when I talk about distributing a copy of the safety guide to your students, can you tell me a little bit about that safety guide, like, how many pages it was, what information was covered in it.

A.      I don't recall any specifics other than general things about, as I said, the

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

one thing -- the wording I remember is rules of the road.  Very general things about travel safety when you travel anywhere.

- - -

(Whereupon, Taylor-7 was marked for identification.)

- - -

BY MS. AYRES:

Q.        What I marked as Taylor-7, which is what was marked as 6 during the Megan Allen deposition, says at the top here, "Safety guidelines for group leaders."

Do you see that?  This is a three-page exhibit.  I think the second and third page are just other links, but I just want you to see all three pages.

A.        Uh-uh.

Q.        Do you recall ever seeing these safety guidelines for group leaders before?

A.        I am sure -- I'm not sure that I have seen it on a paper copy, but definitely on the EF website has come a long way to make everything very accessible on their website. At one time, I probably received a paper copy,

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

but I'm pretty sure that now that would all be digitally provided.

Q.      As we sit here today, do you recall ever reading these safety guidelines for leaders before?

A.      Yeah, for sure.

Q.      If we look underneath "Meeting with Chaperones or Other Group Leaders," it says, "Prior to tour, group leader should meet with their chaperones from the group to discuss their roles and responsibilities."

Did you always have a chaperone with an EF Tour?

A.      I never -- as far as the word -- when I think of the word chaperone -- let me define what I think of chaperone.  That is a person -- another adult going along on the tour that is responsible for students.  And, in that case, I am the only chaperone because although my friend came along as a nurse, she would be there to care for students if need be.  But, as far as leading their behavior, that was never anyone else's role but mine.

Q.      So did you ever have -- did you

Jennifer Taylor
March 04, 2025     Exhibit I, Plaintiff

ever have anyone on an EF Tour where you were the group leader and another adult was actually given the title chaperone?

A.      No.

Q.      But before you became a group leader, you did serve in the role as a chaperone for other group leaders; is that correct?

A.      I did.

Q.      Did you ever ask EF Institute to assign you a chaperone for any of the EF Tours that you were the group leader on?

A.      No.

MR. ALLEN:  Object.

THE WITNESS:  Sorry.

MR. ALLEN:  Assigned chaperone.

- - -

(Whereupon, Taylor-8 was marked for identification.)

- - -

BY MS. AYRES:

Q.      Let me show you what we marked previously for identification as Taylor-8. Actually, before we look at this, I just want

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

to take a quick two minute break.  Okay?

        A.      Okay.

                MR. ALLEN:  How about if we just

    take a five minute break?

                MS. AYRES:  Sure.

                MR. ALLEN:  Come back at 4:56.

                VIDEOGRAPHER:  Okay.  Going off

    the record.  The time is 4:51 p.m.

    eastern time.

                        - - -

                (Whereupon, a brief recess was

    taken.)

                        - - -

                VIDEOGRAPHER:  The time is 4:56

    p.m. eastern time.  We are back on the

    record.

BY MS. AYRES:

        Q.      All right, Ms. Taylor.  I just

want to show you what I marked as Taylor-8,

which was identified as Exhibit-7 during Megan

Allen's deposition.  And it is -- if you see at

the top, it says, "EF Educational Tours, The

Group Leaders Role."

                Do you see this document?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

A.    I do.

Q.    And the exhibit is a three-page document.  The text is really on the first page.  Do you recall ever reading this information under the group leaders role before taking the subject tour in June of 2022?

A.    I would -- I am aware of all of those -- the role of the group leader, yes.  I would have reread over that every time I -- before I leave for the tour.

Q.    Underneath the "Maintain Contact With Your Group" section here, in the middle of the page, it says here, "Your EF experience specialist will walk you through suggested topics, but some things you might want to focus on include final itineraries, payment deadlines and packing suggestions."

Do you see that?

A.    Yes.

Q.    Do you recall having conversations with your EF experience specialist about what information to review with the students going on your tour prior to June of 2022?

Exhibit I, Plaintiff

A.    I believe, as it says there, that the suggestions are dependent upon your particular group.  So we did have freedom to focus on our particular group and where we were headed as far as their packing list, which they had a very specific packing list from me so that they would have appropriate clothing for each activity that we went on.

Q.    But do you remember having any discussion with your EF experience specialist where they gave you some suggested topics for your meetings with your students?

A.    Other than the ones provided here -- payment deadlines, packing suggestions -- not of anything other than -- any specifics other than what I'm reading here.

Q.    Okay.  And do you recall -- if we look underneath "Preparing Your Group," it says, at the last sentence, "For tips on setting expectations for your travelers, please contact your EF experience specialist."

Did you ever contact the EF experience specialist for tips on setting expectations with your students?

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

A.      No.

Q.      If we look at what we marked as Taylor-9, Ms. Taylor, this was an exhibit that was marked as Exhibit-5 in Megan Allen's deposition --

MR. ALLEN:  For the record, she doesn't know who Megan Allen is, so that's a little out to the witness.

MS. AYRES:  Well, I'm making it clear for the record because these documents don't have Bates stamps, so.

- - -

(Whereupon, Taylor-9 was marked for identification.)

- - -

BY MS. AYRES:

Q.      Do you see where, it says, "Tips and Tricks From Experienced EF Group Leaders?"

A.      Yes.  I am sure I received that.

Q.      Underneath the, "Get Your Travel Skills in Top Shape," the second sentence says, "Through online teacher trainings with EF staff and experienced group leaders, you will learn the tips and tricks that will help you

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

competently lead your group somewhere new."

Did you ever participate in any online teacher trainings with EF staff prior to going on the June 2022 trip?

A.      So I know in particular for this trip, I definitely went into a Zoom meeting with specialists because we were in -- still in COVID situation, and we were having to wear a mask.  So I was definitely concerned about the situation in Europe and everything that was happening.  So I remember exactly for that one participating in the -- in a Zoom that provided information for the COVID times.

Q.      Okay.

- - -

(Whereupon, Taylor-10 was marked for identification.)

- - -

BY MS. AYRES:

Q.      If we look at what I marked as Taylor-10, which is Bates stamped EF90, this has on it an e-mail from Megan Allen to you dated June 28, 2022, at 11:02 a.m.

Do you see that?

Exhibit I, Plaintiff

A.    I do.

Q.    The first line says, "Thanks for chatting with me."

Do you recall having verbal conversations with Megan Allen around June 28th of 2022?

A.    So, yeah, I -- when everything -- when we were working on trying to deal with everything, I did have many conversations, yes. I recognize the name Meg Allen. She is -- was my contact.

Q.    Once the allegations of Miss F█████████ came to light, was there anyone other than Meg Allen from the EF Institute that you had conversations with?

A.    There was another - originally, there was a gentleman. I do not recall his name. But at first I spoke with a man.

Q.    All right. Was that -- do you know where geographically that man was in terms of, you know, his, like, office location?

A.    I do not.

- - -

(Whereupon, Taylor-11 was marked

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

for identification.)

- - -

BY MS. AYRES:

Q.        If we look at what I marked as Taylor-11, which is EF Bates stamp 91 through 93, this is some other e-mails that were exchanged.  In the body of the June 29th e-mail on EF91, there a reference to -- let me see if I can make this a little bigger.  There is a reference to Meg saying that you could call her colleague, Tori, who was in Zurich.

Do you remember ever having any conversations with somebody by the name of Tori?

A.        I don't remember, but it was a -- it was a very stressful time, and there are a lot of things that I don't recall specifics. It was survival mode.

Q.        I'm just going to go out of order here for a second.  Let me show you what I marked as Exhibit-14.  Hang on a second.

- - -

(Whereupon, Taylor-14 was marked for identification.)

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

- - -

BY MS. AYRES:

Q.      Do you recognize this spreadsheet before?  Have you ever seen this?

A.      I have access to a spreadsheet like that so that I can print out to see all of that information.  As far as the true/false, I'm not sure what those pertain to, but I recognize the payment.  These are all things that I had access to.

Q.      All right.  And do you understand in looking at this, this to be a list of the people who were in your group on this particular tour?

A.      Yes.

Q.      But relative to what you just said where the true/false columns are, do you have any idea what those true/false columns pertain to?

A.      I do not.  I'm sure it has something to do with travel.  Maybe COVID questions.  Could be -- but I don't recall.

MR. ALLEN:  Don't guess.  If you know, tell her.  If you don't know, tell

Exhibit I, Plaintiff

her.

THE WITNESS:  I don't know.

BY MS. AYRES:

Q.    Okay.  Miss Taylor, tell me how you first learned of L████'s allegations concerning your son.

A.    Particularly L██████ or just allegations in general?

Q.    Well, let's just start with allegations in general.  How did you first learn that there were allegations being made against your son?

A.    I received a phone call from someone at EF.

Q.    Do you recall when that was?

A.    It was the middle of the night.

Q.    Do you remember what date?

A.    I don't.

Q.    Do you remember what day of the week?

A.    No.

Q.    Do you remember who called you?

A.    It was a gentleman from EF.

Q.    Is that the gentleman you talked

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

about earlier whose name you didn't remember?

A.    Correct.

Q.    And did he call you on your cell phone or at the hotel or something else?

A.    The hotel phone.

Q.    And did he identify himself as somebody from the EF Institute?

A.    Yes, I believe.

MR. ALLEN:  Form.

BY MS. AYRES:

Q.    What did he tell you?

A.    He said that there have been allegations against your son, and so you need to -- by someone on the other tour.  So to assure safety of all parties, we would like -- we want you to move to another hotel.

Q.    Which hotel were you in when you got this call?

A.    I don't recall the name.

Q.    Were you in the hotel where the alleged assault took place when you got the call?

A.    No.

Q.    Did the gentleman from EF who

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

contacted you tell you the name of the

individual from the other group making the

allegations?

A.      No.

Q.      Prior to receiving that call,

had you noticed your son spending any time

specifically with a person from the California

group on your tour?

A.      My son is social, so he was with

-- he would interact with the other students,

but specifically certain students, no.  We were

together.

Q.      When you say we were together,

are you -- who is the we you are talking about?

A.      So there was inevitable overlap

between our groups when we would be on a bus,

when we would be in museums, and my son is not

antisocial so he was always social talking to

other people.

Q.      Did you see him -- prior to

receiving this call from the gentleman from the

EF Institute, did you see your son spending any

-- did you notice that your son was spending a

particular amount of time with any girls from

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

the California group?

A.      Prior to those allegations?

Q.      Yes.

A.      No.

Q.      Did your son say anything to you -- again, this is prior to you receiving this call from the EF Institute, from that gentleman -- did your son say anything to you about his interests about any of the girls in the California group?

A.      No.

Q.      In response to receiving that call from the gentleman at the EF Institute, did you relocate to another hotel?

A.      So, in response to that, yes.

Q.      Yeah.  And did you -- who relocated?  Your whole PA group?

A.      No.  I made sure I stayed with my group.  My husband and my son, I put them in a taxi and they went to the other hotel.

Q.      Did you ask your son what, if any, information he had about these allegations?

MR. ALLEN:  At that time?

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

MS. AYRES:  Yes.

BY MS. AYRES:

Q.      Let me rephrase the question. When you hung up the phone with this individual from the EF Institute, did you contact your son?

A.      Yes.  I had to get him out of his room.

Q.      And did the gentleman from the EF Institute give you any idea as to what the nature of the allegations being made were?

A.      No.  Other than just a person from the other group has made allegation -- has -- I'm not -- allegations.  I knew there were allegations.  It was the middle of the night. Someone made by the other group against your son and he needs to be separated.  So I complied.

Q.      Did you know when you spoke to the gentleman from the EF Institute that the allegations were of a sexual nature?

A.      I can't recall if I found that out in that conversation or not.

Q.      When you got your son out of his

Exhibit I, Plaintiff

room, did you ask him at that moment what, if anything, he knew about someone making allegations against him?

A.      Yes.

Q.      And what did he say?

A.      He said no.

Q.      Did you ask him if he had had any problems or interactions with anyone from the other group that could form the basis of any type of allegations against him?

A.      Yes.

Q.      And what did he say?

A.      No.

Q.      When you were having this conversation with your son, did you know that he had had sexual intercourse with L███████?

A.      At the time of that -- right after when we were in movement, I did not.

Q.      Yeah.  In other words, when you were having that conversation with him in the middle of the night when you got him out of his room, did you know at that point that he had had sexual relations with L██████ F██████████?

A.      I did not.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Q.    Was your son rooming with Nick at the time you woke him up in the middle of the night?

A.    Yes.

Q.    Did Nick wake up during this interaction of you and your son in the middle of the night?

A.    I don't recall.

Q.    Did you have any conversations with Nick, as his roommate, saying, do you know anything that happened that could form the source of allegations from somebody from the other group?

A.    At that time when I went -- I actually did not go to get him.  As I recall, my husband did.

Q.    Okay.

A.    And I don't -- I think he was asleep.  It was merely being compliant with -- as quickly as possible moving Diego to the other hotel as was requested.

Q.    So did you -- did you personally have a conversation with Diego that night or was it just your husband that had the

Exhibit I, Plaintiff

conversations with him that night in the middle the night?

A.        No.  I also -- they were brief because there was a lot of hustle, but yes.

Q.        All right.  When -- after your husband and your son moved to the other hotel, did your receive any -- when did you receive -- when is the next time you received information about the allegation?

A.        The hearing.  I suppose it's called a hearing.  The court when we were all in front of a judge.

Q.        Okay.  At any time before getting in front of that judge, did you learn the nature of the allegations being made against your son?

A.        Prior to being in the room with the judge, the defense attorney did meet me and we did have a conversation.

Q.        Was this conversation with the defense attorney and the hearing in front of the judge the following day that you received that call from the EF gentleman?

A.        I believe that I was informed

Jennifer Taylor
March 04, 2025          Exhibit I, Plaintiff

probably in the early hours.  So, technically, it was still the same day.

Q.        And when you had this conversation with the defense attorney hours after having the initial call from the EF Institute gentleman, is that the very first time you learned the nature of the allegations being made against your son?

MR. ALLEN:  Don't answer.  No, don't answer.  Don't answer.  You know better than that.

MS. AYRES:  I'm not asking for the content of the conversation.

MR. ALLEN:  You just did.

MS. AYRES:  No, I didn't.

MR. ALLEN:  Yes.  You said, can you confirm that this is what you found out in that conversation.  That's asking.

MS. AYRES:  That's not what I said.

MR. ALLEN:  Read it back.

BY MS. AYRES:

Q.        When is the first time you learned the nature of the allegations being

Exhibit I, Plaintiff

made against your son?

MR. ALLEN:  You can answer that.

THE WITNESS:  The specific allegations would be with the defense attorney that --

MR. ALLEN:  That's the end of the.

BY MS. AYRES:

Q.      Once you learned the specific allegations being made against your son, did you have a conversation with your son about those allegations?

A.      I was not permitted to see him.

Q.      At any point in time since the day you first learned the specific allegations against your son, did you have a conversation with him about what happened with he and L████ F██████?

A.      After he was released?

Q.      At any time?

A.      Yes.

Q.      What did your son tell you happened between he and L██████ F███████?

A.      They had consensual sex.

Exhibit I, Plaintiff

Q.        Did he tell you how it was that they came to meet on the night that they had consensual sex?

A.        He shared that they had met outside his hotel room.

Q.        In the hallway?

A.        In the hallway outside his hotel room.

Q.        Did he tell you how it was they came to meet in the hallway outside of his hotel room?

A.        Could you repeat your question.

Q.        Sure.  Did he tell you specifically how it was that he and L_____ came to meet in the hallway outside of his hotel room before they had sex?

A.        The particulars on how they arrived out there together, I do not know.  At that time, he never told me.

Q.        At any time, did he tell how it was that they both came to be out in the hallway at the same time outside his room?

A.        Simply, they met up, I imagine --

Exhibit I, Plaintiff

MR. ALLEN:  No.  Don't imagine.

Did he tell you?

THE WITNESS:  I --

MR. ALLEN:  Don't guess.

THE WITNESS:  Specifically telling me, I'm not sure that he said how I came to know how that reunion occurred.

BY MS. AYRES:

Q.    Did he tell you where they had sex?

A.    Yes.

Q.    And where did he tell you?

A.    He specifically did not tell me the details.  I found out the details when we were in the court hearing.

Q.    Did he, your son, ever tell you where he and ▮▮▮▮ had sex?

A.    Specifically to me, no.  I found out that information from the court hearing.

Q.    I see.  But when you say from the court hearing, did the information come from your son during the court hearing?

A.    It did.

Q.    Okay.  Did you ever have any

Exhibit I, Plaintiff

conversations with your son's roommate about the allegations being made against your son?

A.    So specifically the allegations, I did not.  Later when he -- I had a conversation with Nick and I said, do you have any idea what this could be about?  Because at this point, Diego was in custody and I was not -- I was very confused.  I truly believe that there was a big misconception.

MR. ALLEN:  Just tell her what you said to Nick.  That's all.  Don't volunteer.

THE WITNESS:  I said to him, do you have any idea what this could be about?

BY MS. AYRES:

Q.    And what did he say?

A.    No.

Q.    At any point, did Nick, your son's roommate, ever provide any information to you about what happened between your son and L██████?

A.    Never.

Q.    Are you aware of Nick ever

Exhibit I, Plaintiff

providing any information to anyone about what happened between your son and L_____?

A.    I am not aware.

Q.    Did you have a specific conversation with your son about the -- about the sex that he and L_____ had?

A.    Afterwards specifically about the nature of the sex, no.

Q.    Did you have any further detailed conversation with him about his sexual activity with L_____?

A.    Other than what were you thinking, as a parent would have input.

Q.    And what did he say?

A.    He was very apologetic.

Q.    Did you ask him if L_____ at any time during their sexual activity said no?

A.    Well, I had both -- I was privy to hearing her side of the story and then his side of the story in the hearing.  So I did not ask questions.  And when my son said the -- his side of the story that day during the trial or whatever it is called, I believed my son.

Q.    So is the only version of -- is

Exhibit I, Plaintiff

the only details that you heard from your son about the sexual encounter that he had with L█████ those details that he shared during the court hearing?

A.    Yes.

Q.    Outside of that court hearing, you never explored the topic with him?

A.    Other than saying -- when he said that he was -- that he was falsely accused, I believed my son and I stood behind him 100 percent.

Q.    What was the resolution of the hearing or trial that you went to?  What was your understanding as to what happened at the end of that?

A.    That because she had -- in Spain, I recognize that the law is, if you accuse someone of rape, you're automatically taken for a rape kit.  The defense attorney had explained that there was no validity in her claims.  And so when -- at the end of the hearing or whatever they call that particular --

COURT REPORTER:  I think Mr.

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Allen is -- he was on mute.

MR. ALLEN:  Yeah.  Now I'm not.
Do not tell -- you can say what you seen,
but don't say what the defense attorney
told you.  Okay?

THE WITNESS:  So --

BY MS. AYRES:

Q.      Let me just ask the question
again more clearly so that you know what I'm
asking for.

What was your understanding of
what happened to the charges against your son
at the conclusion of that proceeding that you
were at?

A.      There were no charges filed.
They gave him his passport and said enjoy the
rest of your trip.

Q.      Did you rejoin your group after
that?

A.      Yes.

Q.      And did you stay for the rest of
the tour?

A.      I did.

Q.      And you have been on other EF

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

Tours since?

A.      Yes.

Q.      Did your son and your husband go home after that?

A.      Yes.

Q.      Has your husband or son been on any additional EF tours?

A.      My husband, yes.  My son, no.

Q.      Okay.  I want to go back to an exhibit that I had marked as, I think it was 11.  This is -- sorry, I have to move the picture here so I can see.

These are e-mails, again, that were Bates stamped 91 -- EF91 through EF93.  At the bottom here, there is an e-mail from Meg Allen to you dated June 29th of 2022 and, it says there, in the third sentence, "We got some new information very recently that I wanted to discuss with you."

Do you see that?

A.      I do.

Q.      Do you remember what new information Meg Allen had received on or about June 29, 2022 that she wanted to discuss with

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

you?

A.      I don't.

Q.      Do you --

A.      As I said, very tired.

Q.      Do you have -- did you ever receive any information from EF Institute about what their -- about whether they conducted any type of investigation into the allegations against your son?

A.      After I had told -- I know that I had informed Meg Allen that my husband and my son were returning to the United States.  I did not hear anything else from Meg Allen, and I did not here anything else from EF regarding that situation until I found out that I was involved in a lawsuit.  That was the first time.

Q.      Did your husband ever discuss with you any conversations he had with your son about the allegations being made against your son?

A.      Other than --

MR. ALLEN:  Wait a minute.  With her husband?

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

MS. AYRES:  Yeah.

BY MS. AYRES:

Q.      Did your husband ever tell you about any conversations your husband had with your son?

MR. ALLEN:  I'm going to object to private conversations between the husband and the wife.

MS. AYRES:  Are you instructing her not to answer?

MR. ALLEN:  Well, I would have to go back.  I think the terms and the conditions suggest -- I don't know.  Ed is there martial privilege in Pennsylvania?

MR. SCHWARTZ:  There is a recognized spousal privilege.  I'm not sure that that type of communication would be 100 percent protected, but out of an abundance of caution, I would join your objection.

MR. ALLEN:  Yeah.  I don't think she should answer that.

MS. AYRES:  Okay.  So you're

Exhibit I, Plaintiff

instructing her not to answer; right?

MR. ALLEN:  Yes.

MS. AYRES:  Okay.

BY MS. AYRES:

Q.      Are you aware of anyone or --
strike that.

Did you learn from anyone other
than your husband and what you've discussed
having heard at the proceeding, did you learn
from anyone about any interactions between your
son and L████████ during the tour?

A.      No.

Q.      All right.  Miss Taylor, I don't
have any further questions for you.  Thank you?

A.      Thank you.

MR. ALLEN:  Ed, do you have any?

MR. SCHWARTZ:  I have no
questions.  I appreciate your time, Mrs.
Taylor.

- - -

EXAMINATION

- - -

BY MR. ALLEN:

Q.      Mrs. Taylor, I just want to

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

clear up one thing.  I think you misunderstood the question.

A.       Okay.

Q.       When you got the phone call from EF in the middle of the night from that gentleman, you were at the same hotel -- I think you answered you were not at the same hotel -- but were at the same hotel when you got that call where the alleged assault took place?

A.       No.

Q.       Where were you?

A.       That -- when I got the call, we had already moved to a new hotel.  The alleged assault supposedly happened in Madrid.

Q.       Okay.  Thank you.

A.       You're welcome.

Q.       Okay.  Thank you.

MS. AYRES:  Thank you.

VIDEOGRAPHER:  Let me close the video record.  This completes the video deposition of Jennifer Taylor conducted virtually on March 4, 2025 at 5:28 p.m. Eastern time.  We are off the record.

Jennifer Taylor
March 04, 2025    <span style="color:red">Exhibit I, Plaintiff</span>

COURT REPORTER:  Did you say you needed a copy of the transcript or not?

MR. SCHWARTZ:  Jeffery, did you say you're ordering a copy?

MR. ALLEN:  I'm definitely ordering a copy.

MR. SCHWARTZ:  I don't need to order a separate copy then.

MS. AYRES:  I would like to order a copy of the transcript and the video in sync, please.

(Witness excused.)

(Deposition ended at 5:28 p.m.)

Exhibit I, Plaintiff

C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me, to the best of my ability, and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 15th day of March, 2025.

*Samantha Napolitan*

<%signature%>
Notary Public

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

---

**1**

---

**100**
  95:11 99:19
**101**
  34:8
**11**
  97:11
**11:00**
  45:14
**11:02**
  77:23
**14-minute**
  66:14,19,23
**17**
  14:15
**17th**
  11:10
**18**
  13:12 14:15
**19**
  14:15
**1:00**
  45:15

---

**2**

---

**20**
  13:11 46:9
**20's**
  53:21
**200**
  13:23
**2004**
  13:18 14:5
  30:24 35:17
  36:2 41:2
**2015**
  14:15 35:10
  38:24
**2022**
  6:20 16:6,9
  17:5,16,20
  18:6 25:16
  36:24 37:4,

17 46:10
74:6,24
77:4,23 78:6
97:16,24
**2023**
  14:20
**2025**
  5:13 101:23
**22**
  11:18 14:16
  53:18
**23**
  11:18 17:21
**25**
  53:19
**25th**
  46:9
**26**
  13:2
**26th**
  46:10
**28**
  77:23
**28th**
  78:5
**29**
  97:24
**29th**
  79:7 97:16

---

**3**

---

**30**
  53:20
**3:32**
  5:13

---

**4**

---

**4**
  5:13 101:23
**4:51**
  73:8
**4:56**
  73:6,14

**4th**
  17:23

---

**5**

---

**5:28**
  101:23
  102:13
**5th**
  17:23

---

**6**

---

**6**
  70:10

---

**9**

---

**91**
  79:5 97:14
**93**
  79:6

---

**A**

---

**a.m.**
  45:15 77:23
**able**
  20:8,9,22,23
  31:5 46:24
**abroad**
  13:23 41:19
**abundance**
  99:20
**acceptable**
  15:14
**access**
  28:23 32:9
  53:4 64:1
  80:5,10
**accessible**
  70:23
**accommodate**
  8:17 27:8
**accuse**
  95:18

**accused**
  95:10
**activities**
  28:10
**activity**
  28:13 75:8
  94:11,17
**actual**
  20:19 28:13
  29:3 30:22
  58:18
**added**
  48:1
**additional**
  97:7
**adult**
  71:17 72:2
**adults**
  62:9,10
**advancement**
  16:23
**affordable**
  16:18 61:23
**afternoon**
  6:13,14
**Afterwards**
  94:7
**ages**
  13:10
**ago**
  35:17
**agreed**
  5:2
**ahead**
  31:3 37:18
  48:22 68:24
**airplane**
  48:5,6
**airport**
  24:3
**allegation**
  85:13 88:9
**allegations**
  78:12 81:5,
  8,10,11
  82:13 83:3
  84:2,23

Exhibit I, Plaintiff

85:11,14,15,
21 86:3,10
87:12 88:15
89:7,24
90:4,10,12,
15 93:2,3
98:8,20

**alleged**
82:21 101:9,
14

**Allen**
6:7 18:18
22:15,21
23:22 31:8,
12,15 34:24
37:5,9,12,18
39:5 40:3
43:2,11
45:19 47:14,
17 48:19,22
51:20 52:2
55:14,23
60:6 70:10
72:14,16
73:3,6 76:6,
7 77:22
78:5,10,14
80:23 82:9
84:24 89:9,
14,16,21
90:2,6 92:1,
4 93:10
96:1,2
97:16,23
98:11,13,23
99:6,11,22
100:2,16,23
102:5

**Allen's**
73:21 76:4

**allow**
26:13

**ambitious**
67:9

**amount**
33:8 83:24

**announce**
59:4

**answer**
7:16 8:20
18:19 23:23
39:6 40:5
43:12 45:20
47:15,17,18
48:20 89:9,
10 90:2
99:10,23
100:1

**answered**
101:7

**answers**
47:4

**antisocial**
83:18

**anyone**
19:19 33:3,
18 34:4
39:16 49:19,
24 50:5,12
56:13 57:19
71:23 72:1
78:13 86:8
94:1 100:5,
7,10

**apologetic**
94:15

**appreciate**
100:18

**appropriate**
75:7

**approval**
30:20,23

**approved**
48:14

**Approximately**
23:5

**area**
11:6

**arising**
6:19

**around**
38:24 59:4
62:4 78:5

**arranged**
23:19

**arranging**
21:19

**arrival**
24:21 25:22
56:17

**arrive**
26:4 30:15

**arrived**
21:21 22:1
25:16 33:5
54:8 56:24
58:3 91:18

**arriving**
57:13

**articles**
41:15

**asked**
22:17

**asking**
15:12 22:16,
18,19 39:24
45:16 89:12,
18 96:10

**asleep**
87:19

**assault**
82:21 101:9,
15

**assign**
26:8 72:11

**assigned**
26:11,12
34:4 37:3
38:5 54:7
55:9 72:16

**assignment**
25:14 34:23
35:5 43:22

**assignments**
26:4 33:1,4,
7,19 35:3
38:16 58:14,
16 59:1

**associated**
5:18

**assure**
82:15

**attempt**
57:22

**attorney**
9:23 10:1
88:18,21
89:4 90:5
95:19 96:4

**automatically**
95:18

**available**
48:15 54:21,
22

**average**
54:1

**aware**
16:1 17:1
33:12 50:19
74:7 93:24
94:3 100:5

**Ayres**
6:11,17
18:20 22:19
23:1 24:9
31:10,13,20
35:1 37:7,
11,14,21
39:14 40:16
43:5,14
46:4,23 48:8
49:8 51:18
52:1,3 55:18
56:3 60:10
63:7 66:5
67:19 70:8
72:21 73:5,
17 76:9,16
77:19 79:3
80:2 81:3
82:10 85:1,2
89:12,15,19,
22 90:8 92:8
93:16 96:7
99:1,2,9,24
100:3,4
101:19 102:9

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

**B**

bachelor's
  12:4,8
back
  35:10 41:1
  42:18 51:6
  57:6 73:6,15
  89:21 97:9
  99:12
backpack
  63:24 64:4,
  15,24
based
  21:6 42:16,
  18 46:3 48:2
  65:1
basically
  20:20 24:2
basis
  49:3 86:9
Bates
  31:8,11
  32:18 46:17
  63:2 65:24
  67:21 76:11
  77:21 79:5
  97:14
bedroom
  9:16
beds
  27:7
began
  30:24
behalf
  23:15
behavior
  10:6 47:22
  48:6 49:4,7
  50:14 58:6,8
  61:10 69:14
  71:22
behind
  95:10
believe
  10:11 13:22,

24 27:18
41:18 47:23
48:11,24
50:1 53:18
59:21 62:4
63:10,22,24
75:1 82:8
88:24 93:8
believed
  94:23 95:10
benefit
  7:18
beside
  67:6
best
  17:18 33:15
  42:7 46:1
  61:3
better
  7:10 89:11
big
  93:9
bigger
  31:7 32:22
  51:23 79:9
billing
  28:22
bit
  7:5 15:20
  52:16 69:20
Bloomsburg
  9:9 11:6
body
  79:7
book
  19:20 69:2
booking
  31:4 32:2,6,
  16
booklet
  68:19 69:3,
  4,7
bottom
  32:20 97:15
box
  52:16

boys
  38:4
boys'
  43:23 44:13
bracelet
  65:3
bracelets
  65:6
break
  8:14,16,21
  73:1,4
brief
  73:11 88:3
briefly
  44:16
broad
  65:22
bus
  21:24 23:19
  24:15 42:7
  61:21 83:16

**C**

calendar
  21:6
California
  56:16,24
  57:21 58:2,
  13,20 60:13,
  19 62:2,7,11
  83:7 84:1,10
call
  8:15 15:13
  34:22 79:10
  81:13 82:3,
  18,22 83:5,
  21 84:7,13
  88:23 89:5
  95:22 101:4,
  9,13
called
  15:6 41:18
  52:4 55:11
  81:22 88:11
  94:23

card
  65:2
care
  36:18 71:21
career
  16:23
case
  10:17 23:14
  24:4,24
  44:12 71:19
cases
  57:17,18
catalogue
  19:18,22
catalogues
  19:21
caution
  99:20
cell
  65:7 82:3
Central
  11:1,2,3,9
certain
  29:10 61:22
  83:11
certification
  5:4
Chad
  12:23 13:1
  17:9,16
chance
  61:16
change
  14:7 16:23
  23:8 48:3
  59:10 66:22
changed
  14:8 17:4
  65:1
changes
  16:16 28:8,
  11 50:13
changing
  42:21
chaperone
  13:18 14:5,7
  36:3,6,14,

Jennifer Taylor
March 04, 2025        Exhibit I, Plaintiff

21,24 38:23
39:3,13 41:1
71:12,15,16,
19 72:3,7,
11,16

**chaperones**
37:23 41:7
71:8,10

**charge**
10:14 61:4

**charges**
96:12,15

**chatting**
78:3

**check**
38:19 44:2,
10,18 45:6
46:9 55:11
66:15 67:6

**check-in**
23:9

**checked**
44:6 67:10,
12

**checking**
44:13

**checklist**
66:21,22

**checks**
38:3 43:18,
23 46:5,13
55:1

**children**
13:3,6 44:23
60:1

**choice**
18:24 19:4,
11,13,24

**choose**
26:13 28:17
61:11

**chose**
19:6,15 46:2
49:1 61:9

**circle**
59:4

**city**
23:10

**claims**
95:21

**clarify**
39:18

**class**
29:20 30:3

**clear**
7:2,6,17,18
8:2 76:10
101:1

**clearly**
96:9

**close**
7:8 9:2
101:20

**closer**
7:7

**clothing**
75:7

**colleague**
79:11

**collect**
52:22 53:7

**collected**
53:6

**collecting**
28:20

**Columbia**
11:1,2,3,9

**columns**
80:17,18

**combined**
56:16,20
57:6,8,11
61:14 62:2,
12

**combining**
56:15 61:2,7

**come**
38:12 47:11
63:23 70:22
73:6 92:21

**comfort**
44:18

**comfortable**
26:14,18
45:4,24

**communicate**
23:4,21
24:19

**communicated**
22:13 61:13

**communication**
56:23 57:12
62:21 99:18

**company**
15:8

**competently**
77:1

**Complete**
66:11

**completed**
12:13 46:13
53:7,13
66:16

**completely**
21:10 29:4
34:1

**completes**
101:21

**compliant**
87:19

**complied**
85:18

**computer**
7:3

**concern**
19:3

**concerned**
20:18 77:9

**concerns**
19:5

**conclusion**
96:13

**conditions**
31:4 32:3,6,
16 99:13

**conducted**
98:7 101:22

**confirm**
89:17

**confused**
93:8

**connection**
6:18 46:13

**connections**
57:16

**consensual**
90:24 91:3

**consider**
53:24

**considering**
33:7

**consistent**
55:16

**constantly**
42:20 69:13

**contact**
16:10 57:1,
15 74:11
75:21,22
78:11 85:5

**contacted**
83:1

**content**
47:12 89:13

**contract**
10:6 44:5
47:4,6,7,9,
12,22 49:4,
7,10,22
50:7,14,20
51:2,4,9
58:6,9 61:10
69:14

**contracts**
49:16,19

**control**
33:14 61:8

**conversation**
30:22 40:9
57:3,4,24
60:9 85:23
86:15,20
87:23 88:19,
20 89:4,13,
18 90:11,16
93:5 94:5,10

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

conversations
  40:18,22
  62:16 74:21
  78:5,9,15
  79:13 87:9
  88:1 93:1
  98:19 99:4,7
copies
  32:12,13
  34:16,19
  49:16,18
  53:12 68:11
copy
  29:22 34:15,
  21 35:4
  49:21,23
  51:6 53:11
  58:5 68:10,
  14,18 69:3,
  19 70:21,24
  102:2,4,6,8,
  10
corner
  52:6
correct
  10:13 12:7
  18:13 21:2
  26:6 28:1
  36:4,22
  43:24 44:1
  55:22 72:8
  82:2
correctly
  11:5 18:12
correspondenc
e
  27:22,23
counsel
  5:2
counting
  17:21
couple
  36:5 68:10
course
  16:20 19:1
  23:7 40:11
  41:5 42:3
  54:11

court
  5:16,20 6:3
  7:16,24
  88:11 92:15,
  19,21,22
  95:4,6,24
  102:1
covered
  69:22
COVID
  38:20 77:8,
  13 80:21
create
  30:12
created
  30:16 49:3
  50:2
criteria
  29:10 30:1,
  4,5,9,13,15,
  17,20
Crosstalk
  37:6
Cultural
  13:15,21
  15:2
culture
  12:10,11
curfew
  41:22 42:1,
  2,11,20
curfews
  41:21
curriculum
  12:15
custody
  93:7
cutout
  15:20 60:4

————————————

            D
————————————

daily
  55:11
Darrak
  5:14

date
  5:12 20:22
  21:8 81:17
dated
  77:23 97:16
dates
  20:5,9,10,23
  21:1,5
day
  20:19 23:9
  42:17 44:16,
  17 57:18
  81:19 88:22
  89:2 90:15
  94:22
days
  28:8,14
  56:21
deadlines
  74:16 75:14
deal
  78:8
dealings
  15:17,22
decide
  28:8,9
decision
  26:8 44:23
defense
  88:18,21
  89:4 90:4
  95:19 96:4
define
  71:16
definitely
  29:18 70:21
  77:6,9 102:5
degree
  11:23 12:5,
  8,19
delay
  6:15 8:7
deliver
  29:21
departure
  23:10 64:18,
  21,24

dependent
  75:2
depending
  26:15 42:3,4
depends
  19:1
deposition
  5:10 6:22
  7:11,14 9:21
  51:20 56:7
  70:11 73:21
  76:5 101:22
  102:13
depositions
  10:16 55:17
described
  27:13
designation
  57:13
detailed
  94:10
details
  66:13 92:14
  95:1,3
determination
  26:23
determining
  22:3
Diego
  13:11 18:5
  87:20,23
  93:7
Diego's
  59:6
difference
  16:3
different
  22:17 25:20
  33:11 65:20
difficult
  63:14
digitally
  71:2
direct
  15:17,22
direction
  39:1

Exhibit I, Plaintiff

**director**
  10:5,9,12
  23:16 55:15
  56:5
**discuss**
  40:15 68:8
  71:10 97:19,
  24 98:18
**discussed**
  10:1 100:8
**discussion**
  58:2 75:10
**discussions**
  58:12,19
**disposable**
  41:16
**distinction**
  62:8
**distribute**
  68:11
**distributing**
  69:8,19
**district**
  11:11
**divide**
  25:11
**document**
  31:2,22
  46:16 47:24
  51:12,22
  52:4,7 63:2,
  8 66:7,8
  67:22 73:24
  74:3
**documented**
  50:11
**documents**
  9:20,22
  10:2,4,8
  15:11 32:10
  49:2 50:2
  62:24 76:11
**doing**
  50:9 60:21
**door**
  44:7,20

**double**
  25:13 27:4
  59:11
**doubles**
  26:16
**doubt**
  32:15
**drafting**
  32:2
**duly**
  5:24

---

**E**

---

**e-mail**
  22:14 23:6
  27:21,23
  29:17 77:22
  79:7 97:15
**e-mails**
  29:19 32:10
  79:6 97:13
**earlier**
  47:4 82:1
**early**
  42:6 89:1
**easier**
  18:4
**eastern**
  5:14 73:9,15
  101:24
**Ed**
  99:13 100:16
**education**
  11:21 12:14
  15:6 39:1
**educational**
  5:12 30:14
  67:23 73:22
**Edwardo**
  27:18,19
  56:4,9,11
**EF**
  5:11 6:20
  9:23 13:15,
  17,20 14:22
  15:1,3,6,18,

  23 16:4,6,10
  17:12,15
  18:6 19:18,
  22 21:9,18
  22:2,10,12
  23:2,4,16,20
  24:19 28:17
  30:20 32:10,
  13 33:1,4,9,
  18 34:4,12
  35:8 36:2,6,
  20 39:2,16,
  22 40:1,10,
  24 41:9,10,
  17,21 42:22
  43:6,15
  48:16 49:5,
  19,24 50:2,
  5,12 52:5
  53:14 54:2
  57:14,19
  61:14 63:18,
  20 64:5
  65:3,13
  66:19 67:22
  68:7,15 69:4
  70:22 71:13
  72:1,10,11
  73:22 74:13,
  21 75:10,21,
  22 76:18,22
  77:3 78:14
  79:5 81:14,
  23 82:7,24
  83:22 84:7,
  13 85:5,10,
  20 88:23
  89:5 96:24
  97:7 98:6,14
  101:5
**EF13**
  67:21
**EF176**
  46:18
**EF177**
  46:18
**EF2**
  31:11

**EF21**
  63:2
**EF22**
  65:24
**EF4**
  32:19
**EF9**
  31:11
**EF90**
  77:21
**EF91**
  79:8 97:14
**EF93**
  97:14
**either**
  35:15 59:23
  63:18,20
**else's**
  71:23
**emergency**
  34:17
**emphasis**
  12:15
**employed**
  10:19
**en**
  34:10
**encounter**
  95:2
**end**
  31:13 90:6
  95:15,21
**ended**
  31:1 102:13
**enforce**
  41:12 43:8,
  17
**English**
  12:18
**enjoy**
  96:16
**enjoyable**
  30:14
**enrolled**
  29:9 30:1,2
**enrollment**

Exhibit I, Plaintiff

Exhibit I, Plaintiff

Exhibit I, Plaintiff

**following**
42:17 88:22
**follows**
6:1
**fond**
61:2,6
**fondness**
61:14
**form**
5:6 18:18
23:22 34:24
37:10 39:5
40:3 43:2,11
45:19 47:14,
19 48:19
49:22,24
52:17,19
53:14 60:6
64:2 82:9
86:9 87:11
**formal**
39:19
**forms**
48:24 53:8
**found**
25:23 85:22
89:17 92:14,
18 98:15
**four**
25:24 34:9
**free**
54:20
**freedom**
75:3
**frequency**
54:14
**friend**
38:11 53:4
71:20
**friends**
27:4
**front**
88:12,14,21
**full-time**
11:15,17
**fun**
44:16

**function**
58:17

—————————

**G**

—————————

**gave**
39:2 43:21
75:11 96:16
**general**
69:24 70:2
81:8,10
**gentleman**
78:17 81:23,
24 82:24
83:21 84:7,
13 85:9,20
88:23 89:6
101:6
**geographicall
y**
78:20
**getting**
22:12 42:6
60:15 88:14
**girls**
83:24 84:9
**give**
8:22 17:17
29:20 85:10
**given**
7:11 25:4,7,
10 57:1 72:3
**goes**
26:22 28:21
**going**
6:15 7:7
8:12,23
14:6,23
17:24 19:2
21:16 22:23
24:17 39:2,9
40:10 48:4
51:8 57:4
58:18 64:7,
14 67:24
69:10 71:17
73:7 74:23

77:4 79:19
99:6
**good**
6:13,14
40:13
**goodnight**
44:24
**grab**
8:23
**graduation**
20:13,17,18,
20
**graphics**
68:1
**group**
19:6 22:5,9
23:3 24:18
26:9 37:3,16
38:9,23
39:3,15,23
42:11,12
43:1,9,18
47:5 50:20
53:17 54:12,
15 55:16,21,
24 56:15,16,
20,23,24
57:12,20,21
58:2,9,13,20
60:13,17,19,
20 62:2,3,6,
7,11,12
66:16 68:8
70:12,19
71:8,9,10
72:2,5,7,12
73:23 74:5,
8,12 75:3,4,
18 76:18,23
77:1 80:13
83:2,8 84:1,
10,17,19
85:13,16
86:9 87:13
96:18
**groups**
56:15 60:20
61:2,3,7,14

83:16
**guess**
13:12 17:23
34:13 36:13
80:23 92:4
**guide**
24:23 27:13,
17 34:13
38:8 54:6,
11,15,24
55:12 56:8
65:9,13,15,
17 68:7,10,
15 69:9,19,
21
**guidelines**
70:12,19
71:4
**guides**
69:13

—————————

**H**

—————————

**hallway**
42:24 43:10
91:6,7,10,
15,22
**hand**
6:12 59:5
**handles**
33:1
**handouts**
41:15
**hands**
16:24
**hang**
31:10 46:17
79:21
**happen**
19:4
**happened**
38:24 87:11
90:17,23
93:21 94:2
95:14 96:12
101:15

Jennifer Taylor
March 04, 2025            Exhibit I, Plaintiff

| | | | |
|---|---|---|---|
| **happening**<br>  14:12 77:11<br>**happy**<br>  8:10<br>**hard**<br>  68:10,14,18<br>  69:3<br>**headed**<br>  75:5<br>**health**<br>  52:5,23<br>  53:13 68:3<br>**hear**<br>  18:12 20:2<br>  33:6 57:6<br>  64:10,11,13<br>  98:13<br>**heard**<br>  11:5 13:14<br>  15:7 25:6<br>  36:12 95:1<br>  100:9<br>**hearing**<br>  88:10,11,21<br>  92:15,19,21,<br>  22 94:19,20<br>  95:4,6,13,22<br>**help**<br>  65:4 76:24<br>**helpful**<br>  50:3 51:23<br>**Hey**<br>  42:6<br>**High**<br>  11:1,9<br>**highest**<br>  11:20<br>**hola**<br>  62:19<br>**holding**<br>  24:6,10<br>**home**<br>  9:11,12<br>  63:11 64:1<br>  97:4<br>**hoping**<br>  57:2 | **hotel**<br>  22:9 24:18,<br>  21 25:11,12,<br>  15,22 26:5<br>  27:12 33:5,<br>  11,20 34:11<br>  42:19 43:23<br>  53:11 55:5,<br>  6,8,11 58:22<br>  59:8,13<br>  65:21 82:4,<br>  5,16,17,20<br>  84:14,20<br>  87:21 88:6<br>  91:5,7,11,16<br>  101:6,8,14<br>**hotel's**<br>  25:21<br>**hotels**<br>  21:13,16<br>  22:5 23:7,9,<br>  10 25:10,19<br>  26:12 27:2<br>  42:24 43:10,<br>  19 55:1<br>  58:14<br>**hours**<br>  89:1,4<br>**hung**<br>  85:4<br>**husband**<br>  17:9 36:23<br>  38:10 43:22<br>  44:9 84:19<br>  87:16,24<br>  88:6 97:3,6,<br>  8 98:11,18,<br>  24 99:3,4,8<br>  100:8<br>**husband's**<br>  38:1<br>**hustle**<br>  88:4<br><br>———————<br>          **I**<br>———————<br><br>**idea** | 16:7 55:7<br>  80:18 85:10<br>  93:6,14<br>**identificatio<br>n**<br>  31:18 46:21<br>  51:16 63:5<br>  66:3 67:17<br>  70:6 72:19,<br>  23 76:14<br>  77:17 79:1,<br>  24<br>**identified**<br>  24:14 30:3<br>  73:20<br>**identify**<br>  82:6<br>**imagine**<br>  16:24 19:1<br>  91:24 92:1<br>**important**<br>  7:1,16,21<br>  41:9 65:6<br>  68:8 69:15,<br>  16<br>**impossible**<br>  42:19<br>**Inaudible**<br>  64:9<br>**incident**<br>  6:19<br>**include**<br>  30:10 74:16<br>**including**<br>  49:13 50:17,<br>  23 53:2<br>**individual**<br>  39:22 55:20<br>  58:21 83:2<br>  85:4<br>**inevitable**<br>  83:15<br>**information**<br>  21:16,24<br>  22:8,11,16<br>  23:4,21<br>  24:2,19,20 | 34:3,7 57:2,<br>  15 68:3,8<br>  69:22 74:5,<br>  22 77:13<br>  80:7 84:22<br>  88:8 92:19,<br>  21 93:20<br>  94:1 97:18,<br>  23 98:6<br>**informed**<br>  58:24 88:24<br>  98:11<br>**initial**<br>  89:5<br>**initially**<br>  35:7<br>**input**<br>  94:13<br>**inside**<br>  63:23<br>**instances**<br>  57:10<br>**Institute**<br>  13:15,20<br>  15:1,3 16:4,<br>  10 33:4,18<br>  34:5 40:2,24<br>  41:10,21<br>  42:22 43:7,<br>  15 48:16<br>  50:5,12<br>  53:14 54:2<br>  57:20 61:15<br>  64:5 65:13<br>  66:19 72:10<br>  78:14 82:7<br>  83:22 84:7,<br>  13 85:5,10,<br>  20 89:6 98:6<br>**instructing**<br>  99:9 100:1<br>**instruction**<br>  8:18<br>**interact**<br>  83:10<br>**interaction**<br>  50:17 60:12, |

Jennifer Taylor
March 04, 2025   Exhibit I, Plaintiff

14 87:6

**interactions**
86:8 100:10

**intercourse**
86:16

**interested**
35:14

**interests**
84:9

**interfere**
20:16

**International**
15:7

**interview**
39:17,19

**investigation**
98:8

**invitation**
29:16,23
30:5,10,17

**invitations**
29:5,6,8

**invite**
38:11

**invited**
35:15,16

**involved**
15:5 18:15
20:5 21:12,
19 22:3
28:2,14,19
29:5 33:3
98:16

**involvement**
28:5 29:2
32:2,5 33:19

**involving**
50:23

**issue**
17:6

**item**
66:15

**items**
10:7 32:16
48:1 51:9
67:3

**itineraries**
74:16

**itinerary**
28:9

---

**J**

---

**Jeffery**
102:3

**Jennifer**
5:10,23
24:12 101:22

**job**
38:3

**join**
99:20

**judge**
88:12,14,18,
22

**June**
6:20 16:6,9
17:5,16,20
18:6 25:16
36:24 37:4,
17 46:9,10
74:6,24
77:4,23 78:5
79:7 97:16,
24

---

**K**

---

**keep**
60:17 61:3
68:12

**kept**
17:1

**key**
59:5

**keys**
25:2,19
27:12

**kind**
62:24

**kit**
64:18,22,24
95:19

**knew**
19:8 44:21
55:19 85:14
86:2

**know**
7:2 8:9,15
9:24 13:22
14:11 17:3,
7,15 19:8
21:4 24:2
30:11 32:14
33:14 34:17
36:12 44:11,
22 45:24
46:8 48:3
54:18 57:20
58:11 59:24
60:1,15,16
61:21 62:13
64:1,21
66:15 67:7
68:19 69:16
76:7 77:5
78:20,21
80:24 81:2
85:19 86:15,
22 87:10
89:10 91:18
92:7 96:9
98:10 99:13

**knowledge**
15:16,21
38:13 58:10

**known**
13:16

**Kristin**
38:14,16

---

**L**

---

**L.F.**
5:11

**label**
52:6

**lack**
61:14

**ladies**

8:14

**language**
12:10,19

**large**
19:20

**larger**
54:3

**laundry**
9:17

**law**
95:17

**lawsuit**
6:18 98:16

**lead**
39:9 56:11
66:17 77:1

**leader**
10:11 14:14,
16,18,23
15:18,23
16:14 23:13,
16 30:11
34:13,14
35:8,9,12,22
36:8,21
37:20 38:23
39:3,15,23
41:5 42:4,11
55:16,22
56:1,23
57:13,20
58:3,13,20
61:9 71:9
72:2,6,12
74:8

**leaders**
30:7 37:2,3
50:4 57:16
62:7,9 66:16
70:12,19
71:5,8 72:7
73:23 74:5
76:18,23

**leading**
14:9 71:22

**leads**
16:15 56:12

Exhibit I, Plaintiff

Exhibit I, Plaintiff

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

40:12 52:14
55:18 61:18
63:19,21

**meaning**
26:21

**medical**
52:5,23
53:13 68:3

**meet**
39:16 57:18
60:3,5,7
71:9 88:18
91:2,10,15

**meeting**
40:1 51:5,8
71:7 77:6

**meetings**
40:14,18
51:3 75:12

**Meg**
78:10,14
79:10 97:15,
23 98:11,13

**Megan**
51:20 70:10
73:20 76:4,7
77:22 78:5

**mentioned**
14:4 15:1
18:9 43:21
47:3

**met**
27:19 91:4,
23

**method**
26:11,22

**mid**
53:21

**middle**
65:8 74:12
81:16 85:15
86:21 87:2,6
88:1 101:5

**midnight**
44:10,14

**mine**
71:23

**minute**
73:1,4 98:23

**misconception**
93:9

**misspoke**
56:1

**misunderstood**
101:1

**mode**
79:18

**moment**
86:1

**moments**
54:20

**money**
61:20

**move**
82:16 97:11

**moved**
88:6 101:14

**movement**
86:18

**moving**
87:20

**museums**
83:17

**mute**
96:1

**muted**
7:5

---

**N**

---

**name**
5:14 6:16
12:22 24:6,
11 27:16,18
35:2 38:14
59:4 67:6
78:10,18
79:13 82:1,
19 83:1

**names**
13:9 23:3

**Natalia**
13:11

**Nate**
59:15

**native**
24:24 25:1
27:14 34:14
42:4

**nature**
85:11,21
88:15 89:7,
24 94:8

**need**
8:8,14 29:11
44:11 71:21
82:13 102:7

**needed**
17:2 22:4
24:15 41:12
65:4 102:2

**needs**
85:17

**never**
28:22 35:19
39:11 40:7,
20 41:19
42:2,9 45:21
49:1 52:17
53:20 57:21
60:9 71:14,
22 91:19
93:23 95:7

**nice**
7:2,6,17
44:19

**Nicholas**
59:16

**Nick**
59:14,16
87:1,5,10
93:5,11,19,
24

**night**
38:4 42:15,
16 43:19
45:6 46:6,7
81:16 85:15
86:21 87:3,
7,23 88:1,2
91:2 101:5

**nine**
13:22 14:1,2

**nonstudents**
38:8

**noted**
5:19

**notice**
83:23

**noticed**
83:6

**number**
24:16 25:23
26:21 27:7,
8,12 28:14
36:18 53:23
62:4 65:3

**nurse**
38:12 53:4
71:20

---

**O**

---

**object**
18:18 22:24
23:22 34:24
37:9,18 39:5
40:3,4 43:2,
11 45:19
47:14 48:19
60:6 72:14
99:6

**objecting**
47:19

**objection**
22:15 37:5,
13 99:21

**objections**
5:5

**occurred**
6:19 92:7

**offered**
21:1

**office**
9:10 78:21

**official**
35:20 54:17,
18

Jennifer Taylor
March 04, 2025

Exhibit I, Plaintiff

**okay**
  7:1,6,14,19
  8:10,21,24
  9:4,7,13,24
  10:8,15 12:4
  13:24 14:4,
  17 15:3,4
  16:8 18:1,5
  19:17,22
  20:4 21:12
  24:16 30:8,
  16 31:12
  32:1,18
  33:17 35:24
  36:5,10,15,
  23 37:22
  44:19 49:9
  52:11,18
  55:10 56:13
  59:18 60:2,
  11,18 63:19
  64:4 65:18,
  23 73:1,2,7
  75:17 77:14
  81:4 87:17
  88:13 92:24
  96:5 97:9
  99:24 100:3
  101:3,16,18
**once**
  21:20 22:1
  25:15,19
  32:8 33:5,19
  44:20 53:6
  54:7 58:3
  78:12 90:9
**one**
  7:22 8:1
  18:2,3 22:18
  23:5 26:13
  41:18 44:8
  45:11 46:17
  47:3 49:11
  51:3 64:8
  70:1,24
  77:11 101:1
**one-page**
  63:1

**ones**
  29:14 75:13
**online**
  28:22 41:15
  53:9 76:22
  77:3
**opened**
  44:7
**opportunity**
  9:19 10:16
**option**
  21:11 28:17
**options**
  19:14,15,17,
  23 20:11
  21:1,8 61:1
**order**
  79:20 102:8,
  10
**ordering**
  102:4,6
**organizations**
  16:22
**organizing**
  16:22 36:17
**original**
  69:12
**originally**
  78:16
**outside**
  91:5,7,10,
  15,22 95:6
**overlap**
  83:15

─────────────

**P**

─────────────

**p.m.**
  5:13 73:8,15
  101:23
  102:13
**PA**
  84:17
**packing**
  74:17 75:5,
  6,14

**page**
  52:10,13
  70:15 74:4,
  13
**pages**
  52:19,21
  69:21 70:16
**paper**
  32:13 34:7,
  10,11,22
  35:2 53:10
  70:21,24
**paperwork**
  46:12
**paragraph**
  64:19 66:12
**parent**
  63:13,15
  94:13
**parents**
  16:18 33:13
  44:22 45:3
  51:7 63:11
  69:16
**part**
  32:8 57:7,11
  69:11
**participants**
  5:19
**participate**
  28:10 29:11
  77:2
**participating**
  30:2 77:12
**participation**
  36:17
**particular**
  17:9 18:8,14
  26:5,10
  27:17,20,24
  28:3 42:10
  45:9 57:16
  59:8,13,21
  61:9 66:23
  69:7 75:3,4
  77:5 80:14
  83:24 95:22

**particulars**
  40:11 91:17
**parties**
  5:3 82:15
**pass**
  25:3,5,6
  29:20
**passed**
  51:6
**passport**
  96:16
**payment**
  74:16 75:14
  80:9
**pending**
  8:19
**Pennsylvania**
  9:9 60:20
  99:15
**people**
  7:23 19:2
  25:24 26:14
  27:3,8 33:8
  37:15 57:17
  60:16 80:13
  83:19
**percent**
  95:11 99:19
**perform**
  44:3 55:1
**performing**
  43:22
**permitted**
  90:13
**person**
  8:1 9:14
  16:10,16,21
  24:5,15 26:7
  29:4 30:14
  33:22 35:14
  36:8 39:17,
  22 40:1,7
  54:5,22
  71:17 83:7
  85:12
**personal**
  44:23 62:18

Jennifer Taylor
March 04, 2025    <span style="color:red">Exhibit I, Plaintiff</span>

personally
  29:21 87:22
pertain
  80:8,19
phone
  22:14 65:7
  81:13 82:4,5
  85:4 101:4
phones
  34:19
photocopy
  34:12
pick
  20:10,22,24
picking
  20:10 21:5
picture
  34:18 97:12
pictures
  34:20
place
  82:21 101:10
plan
  20:12
planned
  14:22
planning
  18:22 20:15
plans
  42:17
played
  16:5
please
  22:21 31:9
  52:8 66:13
  75:20 102:11
plenty
  20:15
plugs
  65:20
point
  8:4,13 14:6
  28:11 50:3
  86:22 90:14
  93:7,19
pointers
  65:20

pose
  22:21
possibility
  61:19
possible
  61:4 69:4
  87:20
potential
  20:14
Powerpoint
  69:12
practicing
  29:15
prepare
  47:8
Preparing
  75:18
pretty
  40:13 51:2
  71:1
previously
  51:19 59:23
  72:23
price
  28:11,18
prices
  28:9,13
pricing
  28:3,6
print
  32:12 80:6
prior
  15:10 16:17
  17:16,22
  18:6,11 23:6
  27:19,22
  35:21 56:21
  57:10 68:9
  71:9 74:23
  77:3 83:5,20
  84:2,6 88:17
private
  9:13 61:12
  99:7
privilege
  99:14,17

privy
  94:18
probably
  56:1 70:24
  89:1
problem
  8:6 9:4
problems
  86:8
proceeding
  96:13 100:9
process
  16:15 18:10
  28:24 29:3
  35:11,19
Profile
  52:5,23
  53:13
properly
  31:23
protected
  99:19
protocol
  39:8
provide
  41:11 42:22
  43:7,16
  49:18,21,23
  50:6 53:12
  58:5 93:20
provided
  21:9 49:15
  64:5 71:2
  75:13 77:12
provides
  57:14
providing
  23:2 32:6
  94:1
publication
  67:22
purpose
  6:21
put
  6:12 16:24
  18:23 19:10
  27:4 64:18

  84:19

_____

Q

quad
  59:11
quads
  26:17
quarters
  11:23,24
question
  5:6 8:5,9,
  19,20 15:13
  21:3 22:22
  31:21 33:18,
  24 47:20
  52:2 85:3
  91:12 96:8
  101:2
questions
  7:17 80:22
  94:21
  100:14,18
quick
  73:1
quickly
  8:6 87:20
quite
  10:12 14:3
  31:1

_____

R

rape
  95:18,19
rates
  28:15,16
reach
  57:2,22
Read
  89:21
readily
  54:21
reading
  5:3 71:4
  74:4 75:16

Exhibit I, Plaintiff

**reads**
22:23
**ready**
44:14
**reason**
8:8 45:23
**recall**
10:2 13:14
14:3,10,11,
13 24:13
27:16 30:22
31:1 35:16
53:16 59:6
62:1,6,10,
15,20 68:18
69:6,8,23
70:18 71:4
74:4,20
75:17 78:4,
17 79:17
80:22 81:15
82:19 85:22
87:8,15
**receive**
23:6,8,11
24:1,20
25:18 34:6,7
40:23 49:9
63:16 68:9,
14 88:7 98:6
**received**
27:11 41:3
47:23 63:18
64:2 67:5
69:4 70:24
76:19 81:13
88:8,22
97:23
**receives**
63:13
**receiving**
65:12 83:5,
21 84:6,12
**recently**
97:18
**recess**
73:11

**recognize**
44:6 45:2
67:21 78:10
80:3,9 95:17
**recognized**
24:14 99:17
**recollection**
69:2
**record**
5:20 22:23
47:19 73:8,
16 76:6,10
101:21,24
**recruit**
29:14
**recruiting**
16:11 29:1
**refer**
15:3
**reference**
68:7 79:8,10
**referred**
56:8 68:15
**referring**
56:9
**refers**
64:22
**regard**
8:19 16:4
18:8,14
24:16 26:20
28:6 41:20
42:23 50:6
56:14 60:2
**regarding**
98:14
**regulations**
41:12 42:23
43:8,16
48:17
**reiterate**
33:17
**rejoin**
96:18
**relations**
86:23

**relative**
16:8 27:23
39:2 43:18
80:16
**released**
90:19
**relocate**
84:14
**relocated**
84:17
**remember**
17:18 49:2
53:22 65:12
68:1 70:1
75:9 77:11
79:12,15
81:17,19,22
82:1 97:22
**remote**
5:10,16
**removed**
48:7
**reparation**
9:20
**repeat**
8:8 11:4
15:19 21:3
91:12
**rephrase**
8:9 85:3
**rephrasing**
37:11
**reporter**
5:17,21 6:3
7:16,24
95:24 102:1
**represent**
6:17
**request**
8:17
**requested**
87:21
**require**
41:24
**required**
34:2 39:11
43:8,17

67:1,3
**reread**
74:9
**reserved**
5:6 24:17
**resolution**
95:12
**resources**
48:15
**respective**
5:3
**respond**
57:17
**responded**
57:21
**response**
61:17 84:12,
15
**responsibilit
ies**
41:8 71:11
**responsibilit
y**
25:3,11 34:1
41:4
**responsible**
71:18
**rest**
96:17,21
**returning**
98:12
**reunion**
92:7
**review**
10:16 30:20
74:22
**reviewed**
9:20
**revisions**
50:13
**ride**
42:7
**ride-along**
36:11
**right**
8:2 14:24
17:10 23:18

Jennifer Taylor
March 04, 2025    Exhibit I, Plaintiff

27:6 36:12
46:15 55:15
73:18 78:19
80:11 86:17
88:5 100:1,
13

**road**
41:18 65:16
70:2

**role**
10:10 14:6
15:18,23
16:5 36:3,14
37:8,16
38:1,5,23
39:3,4 40:24
71:23 72:6
73:23 74:5,8

**roles**
36:15,19
71:11

**room**
8:14 9:15
25:24 26:1,
4,11,21,24
27:8 33:9,
10,22 34:4,
8,23 35:3,5
38:3 43:18,
22 44:2,6,8,
10,13,15
45:6 46:5,8,
13 55:1,8,12
58:14,16,19,
21 59:1
65:21 85:8
86:1,22
88:17 91:5,
8,11,16,22

**rooming**
26:15 32:20
33:1,4,6,19
87:1

**roommate**
59:7,12
87:10 93:1,
20

**roommates**
59:10

**rooms**
22:4,8 24:17
25:4,7,10,
12,15,23
26:8,12
27:12 33:8,
10 43:23
44:11,13
59:2

**route**
34:10

**rules**
41:11,17
42:9,23
43:7,16
48:17 65:15
70:1

**run**
57:5

**running**
41:6

---

**S**

---

**safe**
46:2

**safety**
19:2,5 55:11
65:9,13,15,
17 66:11
68:2,7,15
69:9,13,15,
17,19,21
70:3,11,19
71:4 82:15

**Samantha**
5:17

**saying**
41:17 44:5
79:10 87:10
95:8

**says**
32:20,24
33:1 34:7
65:9 66:11,

12 68:9
70:11 71:9
73:22 74:13
75:1,19
76:17,21
78:2 97:17

**schedule**
21:7

**school**
11:1,9,18
29:12 59:20

**SCHWARTZ**
6:5 99:16
100:17
102:3,7

**screen**
31:5,22 47:1

**scroll**
52:8,15

**scrolling**
52:9

**sealing**
5:4

**second**
8:23 12:2,6,
19 17:17
18:23 19:11,
13,24 46:17
64:19 66:12
70:14 76:21
79:20,21

**section**
32:19 68:6
74:12

**see**
31:5,8,22
32:21 35:24
39:10 46:24
50:7 51:24
52:16 60:8
62:24 65:10
66:6 70:13,
16 73:21,24
74:18 76:17
77:24 79:8
80:6 83:20,
22 90:13
92:20 97:12,

20

**seeing**
15:10 31:24
70:18

**select**
20:23 28:7

**selected**
35:7,22

**selecting**
18:15 19:13
20:5,9 21:8,
13

**selection**
35:11,13

**semantics**
56:2

**send**
19:19 29:5
32:14 41:16
69:5

**sends**
32:10

**sentence**
32:24 75:19
76:21 97:17

**separate**
14:1 60:17,
20 61:3,21
102:8

**separated**
85:17

**serve**
72:6

**served**
35:9,21
36:20

**serving**
36:23

**set**
9:6 19:17
22:8 28:16
30:5 41:21,
24 42:2,20
45:10,11,18,
22

**setting**
28:12,15

Exhibit I, Plaintiff

75:20,23

**setup**
16:14

**seven**
14:16

**several**
42:3  48:12
49:6  53:22

**severe**
51:2

**sex**
90:24  91:3,
16  92:10,17
94:6,8

**sexual**
85:21  86:16,
23  94:10,17
95:2

**Shape**
76:21

**share**
34:3  51:13

**shared**
50:1  91:4
95:3

**sharing**
31:23

**Sheculski**
59:14

**sheet**
34:23

**sheets**
35:5

**shorter**
40:14

**show**
9:18  31:2
46:15  51:11
57:18  72:22
73:19  79:20

**shut**
44:20

**SIC**
59:14

**sick**
38:18

**side**
32:22  68:6
94:19,20,22

**sign**
10:6  24:7,11
47:5  51:4

**signed**
44:5  49:10,
16,19

**signing**
5:3

**simply**
63:22  91:23

**sit**
39:21  71:3

**situated**
9:5

**situation**
26:16  33:16
46:3  49:4
77:8,10
98:15

**sixth**
17:20

**size**
53:24  54:1

**Skills**
76:21

**Slawter**
5:17

**sleep**
42:8

**snow**
20:14,16

**social**
83:9,18

**son**
49:13  50:18
53:2  81:6,12
82:13  83:6,
9,17,22,23
84:5,8,19,21
85:6,17,24
86:15  87:1,6
88:6,16  89:8
90:1,10,11,
16,22  92:16,

22  93:2,21
94:2,5,21,23
95:1,10
96:12  97:3,
6,8  98:9,12,
19,21  99:5
100:11

**son's**
93:1,20

**sort**
50:10

**sound**
7:5

**source**
87:12

**space**
9:14

**Spain**
19:8,16
21:21  22:1
25:16  45:24
54:8  56:17,
24  58:3
95:17

**Spaniard**
25:1

**Spanish**
10:23  11:12
12:10  13:17
25:1  29:10,
15,21  30:2

**speak**
7:2,6,22  8:5

**speaker**
7:4

**speaking**
7:23  23:15

**special**
61:1

**specialist**
12:19  74:14,
22  75:10,21,
23

**specialists**
77:7

**specific**
16:10  41:22

43:9  44:2
45:5,7  48:23
50:10  58:15
75:6  90:3,9,
15  94:4

**specifically**
39:2  83:7,11
91:14  92:5,
13,18  93:3
94:7

**specifics**
24:7  69:23
75:15  79:17

**spend**
61:19

**spending**
83:6,22,23

**spoke**
78:18  85:19

**spousal**
99:17

**spouse**
12:22

**spread**
16:19  18:11

**spreadsheet**
80:4,5

**staff**
76:22  77:3

**stamp**
79:5

**stamped**
31:11  32:19
46:18  63:2
65:24  67:21
77:21  97:14

**stamps**
31:9  76:11

**start**
18:9,10  81:9

**started**
16:16  41:1

**States**
98:12

**stay**
54:11  55:4
59:10  96:21

Exhibit I, Plaintiff

**stayed**
  55:7 84:18
**staying**
  43:19
**stenographic**
  5:20
**stipulated**
  5:1
**stipulations**
  6:4
**stood**
  52:14 95:10
**stop**
  44:9 51:13
**story**
  94:19,20,22
**straight**
  28:21
**stressful**
  79:16
**strike**
  100:6
**student**
  26:21,23
  34:3 44:4
  47:4,22 49:3
  50:14,19
  51:8 58:6,8
  59:23 63:17
  64:7,14
**students**
  10:13,14
  13:23 16:11
  21:20 22:1
  23:20 24:18
  25:12 26:13,
  19 28:3,6,20
  29:1,2,13
  32:6,13
  33:10,13
  34:16 36:18
  41:13,22
  42:1,12
  43:1,9,17
  44:4 46:1
  47:5 48:18
  49:11 50:20

  52:24 53:8,
  16 54:4
  55:2,5 56:12
  58:9,24
  59:19,20,24
  60:12 61:5,
  10,22,24
  62:1 64:1
  69:9,20
  71:18,21
  74:23 75:12,
  24 83:10,11
**subject**
  11:12 74:6
**submission**
  30:23
**submit**
  30:19
**Sue**
  6:16
**suggest**
  42:5 50:13
  99:13
**suggested**
  74:14 75:11
**suggestions**
  42:8 74:17
  75:2,14
**summer**
  14:19
**supervision**
  42:24 43:10
**Support**
  5:15,18
**suppose**
  13:16 88:10
**supposed**
  44:3,7,8
**supposedly**
  101:15
**sure**
  6:14 8:1
  9:1,2 10:12
  11:5 15:21
  20:14 25:6
  26:2 30:21
  31:23 32:11,

  12,15 34:16,
  21 39:20
  41:7,9 43:6
  44:15,18,21
  45:3 48:9
  49:5 53:3
  61:23 62:8
  64:3 65:2,
  14,16 66:20,
  21,24 68:17
  69:6,16
  70:20 71:1,6
  73:5 76:19
  80:8,20
  84:18 91:13
  92:6 99:18
**survival**
  79:18
**swear**
  5:21
**Swiss**
  15:7,14,17,
  22 16:3
**sworn**
  5:24
**sync**
  102:11

---

**T**

---

**take**
  7:24 8:14,
  16,21 19:24
  34:19 53:21
  61:11 62:23
  73:1,4
**taken**
  10:17 13:23
  54:2 73:12
  95:19
**taking**
  29:9 74:6
**talk**
  39:22 44:15
  69:18
**talked**
  81:24

**talking**
  23:12 83:14,
  18
**talks**
  64:17
**taxi**
  84:20
**Taylor**
  5:11,23 7:12
  10:20 12:23
  24:12 44:12
  46:16 51:11
  55:19 73:18
  76:3 81:4
  100:13,19,24
  101:22
**Taylor-1**
  31:3,17
**Taylor-10**
  77:16,21
**Taylor-11**
  78:24 79:5
**Taylor-14**
  79:23
**Taylor-2**
  46:17,20
**Taylor-3**
  51:15,21
**Taylor-4**
  63:4
**Taylor-5**
  65:23 66:2
**Taylor-6**
  67:16,20
**Taylor-7**
  70:5,9
**Taylor-8**
  72:18,23
  73:19
**Taylor-9**
  76:3,13
**teach**
  10:23 11:13
**teacher**
  11:15,17
  13:17 63:16
  76:22 77:3

Jennifer Taylor
March 04, 2025                    Exhibit I, Plaintiff

teachers
  29:21
technically
  89:1
technician
  5:16
technology
  8:7 65:2
teenager
  62:18
telephone
  40:17,21,22
tell
  25:2 35:10
  47:18 54:14
  69:20 80:24
  81:4 82:11
  83:1 90:22
  91:1,9,13,20
  92:2,9,12,
  13,16 93:10
  96:3 99:3
telling
  92:6
tells
  33:9
ten
  14:2 56:21
term
  10:13
terminology
  55:15
terms
  39:17 48:16
  78:20 99:12
terribly
  8:13
testified
  6:1
testifying
  9:7
text
  22:14 74:3
thank
  8:11 9:3
  20:4 31:15
  50:9 100:14,

15 101:16,
18,19
Thanks
  78:2
thing
  70:1 101:1
things
  22:17 28:15
  30:24 31:1
  38:13 41:14,
  17,18 48:3
  60:21,24
  65:21 66:22
  67:7,8,12
  69:6,24 70:2
  74:15 79:17
  80:9
think
  8:12 17:17
  18:10 26:18
  27:14 29:18
  35:8 36:10
  40:21 51:13
  57:23 62:14
  63:13 64:23
  65:5 69:3
  70:14 71:15,
  16 87:18
  95:24 97:10
  99:12,22
  101:1,7
thinking
  94:13
third
  52:10,13
  70:15 97:17
thorough
  50:9 69:5
thoroughly
  33:13
three
  11:22,24
  25:23 26:14,
  17 34:9
  35:21 62:13
  70:16
three-page
  51:22 70:14

74:2
time
  5:7,13,14
  7:23 8:1,4,
  13 11:18
  19:6 20:15
  24:8 26:2
  29:19 31:3
  35:9,17 36:2
  40:7,11,22
  41:5,6 45:5,
  10,16,22
  46:8 54:12,
  19,20 56:7
  58:1 60:22,
  24 65:5
  70:24 73:8,
  9,14,15 74:9
  79:16 83:6,
  24 84:24
  86:17 87:2,
  14 88:8,13
  89:7,23
  90:14,20
  91:19,20,22
  94:17 98:17
  100:18
  101:24
times
  16:21 19:3
  34:10 35:21
  42:4 45:10,
  11,18,22
  46:3 56:2
  77:13
tiny
  31:6
tips
  75:19,23
  76:17,24
tired
  98:4
title
  72:3
to-do
  66:13 67:3
today
  5:17 6:21

9:8,21 71:3
Today's
  5:12
told
  91:19 96:5
  98:10
top
  7:22 70:11
  73:22 76:21
topic
  95:7
topics
  74:15 75:11
Tori
  79:11,14
total
  13:19
tour
  6:20 10:5,9,
  11,12 14:9,
  18 16:6,9,
  12,14,17
  17:16 18:16
  19:24 20:6,
  9,24 21:7,13
  23:13,15,16,
  20 24:23
  27:13,17,20,
  24 28:3,6,7,
  20 30:6,11,
  12,13 32:7,9
  34:13,14
  35:5,8,16,22
  36:2,17,24
  37:4,17,23
  38:2,8,9,17
  39:9,11,24
  40:8 41:5,6,
  13,22 42:1,
  10,20 48:11,
  18 50:4,21
  52:24 53:17
  54:1,6,7,11,
  15,16,24
  55:12,15
  56:5,8,12
  57:5,8,11
  59:7,20,22

Exhibit I, Plaintiff

60:3,5,8,13,
19 61:12
64:3,8,14
66:17 67:13
71:9,13,17
72:1 74:6,
10,23 80:14
82:14 83:8
96:22 100:11

**tours**
5:12 14:13,
22 15:18,24
17:12,15
18:6,10
36:6,20
38:12 48:12
52:5 53:22
54:1,17 65:5
67:23 72:11
73:22 97:1,7

**track**
14:3

**training**
35:14,20
39:1,10
40:24 66:11,
16

**trainings**
76:22 77:3

**transcribed**
7:15

**transcript**
7:19 8:2
102:2,10

**transitioned**
38:22

**transportatio
n**
21:20,24
23:19

**travel**
18:24 19:20
20:17 61:23
65:9,13,14,
19 68:7,15
70:2,3 76:20
80:21

**travel-along**
35:21

**traveled**
42:3

**Traveler**
52:4,22
53:13

**travelers**
33:2 63:15
68:12 75:20

**traveling**
30:23 68:9

**trial**
5:7 94:22
95:13

**tricks**
76:18,24

**trip**
10:10 13:18
14:5 16:22
17:5,10,22
18:3,6,9,15,
23 19:9
29:12,13,23,
24 31:4
35:17,18
43:24 44:3
46:1 49:11
69:10 77:4,6
96:17

**triple**
59:11

**triples**
26:16

**trips**
13:19 14:1,7
16:17 48:12
49:6

**true/false**
80:7,17,18

**try**
7:5 26:2
51:22 60:17
61:3,11

**trying**
21:4 31:7
78:8

**twice**
51:10

**two**
7:22 13:8,12
16:17,19,20
18:11 23:5
26:14 27:3
36:15,19
45:10,11,18
50:24 52:19,
20 54:4
60:20 73:1

**type**
40:23 55:1
69:9 86:10
98:8 99:18

**types**
41:11

**typically**
24:24 39:8

---

**U**

---

**Uh-uh**
64:20 70:17

**underneath**
66:10,12
71:7 74:11
75:18 76:20

**understand**
6:23 8:5
17:8 21:5
36:1 38:24
56:4 80:12

**understanding**
16:2 32:11
67:2,11
95:14 96:11

**understood**
35:19 41:7
45:1

**United**
98:12

**unnecessary**
7:8

**uphold**
29:11

**upload**
53:8

**upper**
52:6

**ups**
29:19

**Usual**
6:3

---

**V**

---

**validity**
95:20

**variation**
45:17

**varied**
42:15,16
45:8,14

**various**
25:19 26:12
41:14,15

**vary**
45:9,15

**verbal**
78:4

**verbally**
7:17

**version**
94:24

**versus**
5:11 62:9

**video**
5:10,16
66:14,19,24
101:21
102:11

**VIDEOGRAPHER**
5:9 73:7,14
101:20

**videotaped**
7:15

**violations**
50:19

**virtually**
101:23

**visit**

Exhibit I, Plaintiff

66:13

**volume**
  7:3

**volunteer**
  93:12

---

### W

**Wait**
  98:23

**waived**
  5:5

**wake**
  87:5

**walk**
  74:14

**walking**
  60:16

**want**
  8:1,16  9:24
  20:23  25:6
  27:3  28:10
  30:12  31:22
  62:23  70:16
  72:24  73:19
  74:15  82:16
  97:9  100:24

**wanted**
  19:9  44:22
  45:24  53:10
  57:3  97:18,
  24

**watch**
  66:14,18

**water**
  8:23

**way**
  24:13  27:1
  45:3  61:22
  70:22

**wear**
  65:4  77:8

**website**
  32:17  70:22,
  23

**week**
  13:12  81:20

**weeks**
  13:12  23:5
  68:11

**went**
  18:3  36:2,6,
  11,13  40:11
  51:6,7  67:13
  75:8  77:6
  84:20  87:14
  95:13

**whatsoever**
  8:8

**wife**
  99:8

**window**
  16:19,20

**witness**
  5:21  23:24
  37:19  39:7
  40:6  43:3,13
  45:21  47:16,
  21  48:21,23
  55:21,24
  60:7  72:15
  76:8  81:2
  90:3  92:3,5
  93:13  96:6
  102:12

**woke**
  87:2

**word**
  23:17  40:4
  71:14,15

**wording**
  70:1

**words**
  9:14  35:12
  45:13  86:19

**work**
  10:24  23:14
  26:17  48:13
  59:20

**worked**
  11:8

**working**
  12:17  39:23
  40:4  78:8

**works**
  39:11

**world**
  19:12,21

**woven**
  69:14

**wow**
  50:9

**written**
  62:21

**wrote**
  36:11

---

### Y

**yeah**
  6:5  11:3
  12:3  14:2
  21:4  31:10
  33:9  36:13
  37:8  39:21
  43:6  45:13
  52:12  63:11
  71:6  78:7
  84:16  86:19
  96:2  99:1,22

**year**
  11:10,18
  13:14  16:19,
  20

**years**
  13:2  16:17
  18:11  36:6
  48:2  65:1

---

### Z

**Zoom**
  40:18,21
  77:6,12

**Zurich**
  79:11

Exhibit I, Plaintiff

# General Terms and Conditions

These Booking Conditions are valid for all EF tours departing after October 1, 2021. All tours are operated outside of the U.S. by EF Education First International, Ltd., Switzerland. EF Institute for Cultural Exchange, Inc. is a marketing service provider for that company and is referred herein together with EF Education First International, Ltd. as "EF."

## WHAT'S INCLUDED IN THE PROGRAM PRICE?
– $95 non-refundable enrollment deposit

– Round-trip airfare

– Accommodations in hotels with private bathrooms

– A Tour Director available 24 hours a day from when you arrive until you depart

– Breakfast and dinner daily in Europe. (For non-European destinations different meal plans may apply.)

– Sightseeing tours and excursions led by licensed local guides as specified

– Airport transfers and transportation between destination cities

– Transportation to all included activities

– Entrance fees and theater tickets as specified

– EF walking tours and Tour Director-led sightseeing as specified

– Cruises, trains, or ferries as specified

– Adult supplement (if applicable)

– 24-hour worldwide emergency service

– Support from EF representatives abroad

– EF backpack and luggage tag for each tour

The above apply to all tours unless otherwise noted on the tour itinerary. If we ever fail to provide you with any of the above, we will refund you its value upon your return from the tour.

### What does the non-refundable enrollment deposit include?
All travelers must pay the non-refundable, non-transferable $95 enrollment deposit upon enrollment in order for the enrollment to be complete. After travel is completed on the first tour, repeat travelers will receive a $100 repeat traveler discount off of future tours.* (EF Explore America repeat travelers will receive a $50 repeat traveler discount off of future EF tours.) The $95 non-refundable enrollment deposit includes:

– EF's Standard Cancellation Policy and Peace of Mind program as described on pages 19–21
– Processing services by EF staff
– Eligibility for discounts on other EF programs

*Repeat travelers are paying travelers who traveled beginning in 2003. Travelers who cancel their tour prior to traveling are not eligible for a repeat traveler discount. The repeat traveler discount is non-refundable and non-transferable.

## WHAT'S NOT INCLUDED IN THE PRICE?
– Rooming supplement (if applicable)

– Optional excursions (except where indicated)

– Global Travel Protection plan or Global Travel Protection Plus plan (except where indicated)

– Beverages and lunches (except where indicated)

– Transportation to free-time activities

– Customary gratuities (for your Tour Director, bus drivers, and local guides)

– Porterage

– Any applicable baggage-handling fees imposed by the airlines (see eftours.com/baggage for complete details)

– Expenses caused by airline rescheduling, cancellations, or delays caused by the airlines, bad weather, or events beyond EF's control (see next page for details)

– Passport, visa, and reciprocity fees or any other fees associated with entry to or exit from a specific destination

## GROUP TRAVEL
### How does group travel work?
We believe that all students should have the opportunity to travel, which means we do everything we can to keep our program prices the lowest in the industry without sacrificing quality. One of the ways we do that is by combining groups to fill a tour bus so that all travelers help cover the costs of the bus, the Tour Director, local guides, etc. Consolidating groups also allows travelers to meet students from other schools, although groups may not be of the same age level.

Therefore, in order for everyone to travel for the lowest price possible, group travel requires some flexibility. Each group submits its preferred tour choices and travel dates, and then we book all of the groups with the same requested tours on one specific departure date. Because EF is the largest student travel provider, it's rare that groups do not travel on their first-choice tour. However, on occasion, we may need to book your group on a second-choice tour. In the event we cannot offer for booking a tour comparable to your first-choice tour, travelers can opt to receive a full refund. Once a program is booked, EF's Standard Cancellation Policy applies. EF strives to keep departure dates within two days of the requested date for tours departing October through April and within four days of the requested date for tours departing May through September. Your final tour itinerary and travel dates will be confirmed approximately two months prior to departure. Group Leaders also retain the ability to change the requested tour or travel dates on behalf of their group.

### Anything else I need to know about my itinerary?
Based on your travel dates, there may be times when it becomes necessary to modify your itinerary. Sometimes this involves changing the order in which cities are visited, altering your length of stay in a city or country, or using an alternate airport. On certain days, especially holidays, some tour inclusions may be unavailable. In such cases, we will substitute different inclusions or provide a refund after the tour. Tours are designed for students, as reflected in the pacing, accommodations, and other aspects of the tour.

## PRIVATE GROUPS
### What if my group wants to travel on our own without being consolidated?
If you want the privacy of your own tour bus and Tour Director, you can choose to travel as a private group. This option is available for an additional fee, which varies based on the final number of paying travelers. If your group fills a standard-size tour bus, the private group option is free. The itinerary may not be modified while on tour (i.e. you do not have the tour bus at your disposal); however you are able to make certain tour modifications prior to the tour departure. Although your base itinerary will include only your group, you may be consolidated with others during optional excursions. Also, due to flight and hotel availability, we require the same departure date flexibility as described above. Please let EF know prior to your first enrollment if you would like to be a private group.

### What if my group is traveling on a customized tour?
If your group is traveling on a customized tour, you will automatically be traveling as a private group. The tour price for your customized tour can fluctuate based on the group size and will be finalized based on the number of paying travelers at the time of departure.

## ENROLLMENT
All Enrollment Forms must be received at EF by at least 110 days prior to departure. Travelers should provide complete first, middle, and last names, and dates of birth as they appear (or will appear) on their passports.

### What is the cost of a name correction?
Any corrections to match passport names made after 110 days prior to departure require that we change the flight reservation, resulting in a minimum fee of $200 per airline up to the cost of a new published fare ticket. This may also result in a different flight itinerary from the rest of the group. Travelers who have not yet applied for a passport should provide their full name and date of birth as they appear on their birth certificate.

### How do travelers enroll?
Enrollment Forms and payment can be submitted to EF in any of the following ways:

– Online: eftours.com/enroll

– Phone: 800-665-5364

– Mail:
  EF Educational Tours
  EF Center Boston
  Two Education Circle
  Cambridge, MA 02141

© EF Education First 2022  |  BC01032022

EF-00000002

Exhibit I, Plaintiff

For your convenience, travelers are automatically enrolled in paperless billing. Travelers who prefer to receive invoices by mail may request this by logging into their account at eftours.com or by calling 800-665-5364.

**Can a traveler enroll on a waitlist if the tour is full?**
Upon the discretion of the Group Leader, a waitlist may be offered for full tours. The $95 non-refundable enrollment deposit is required for waitlist enrollments. If space becomes available on the tour and the applicant chooses to enroll, EF's payment plan and cancellation policies apply immediately. If space is not available by 14 days prior to departure or if the applicant cancels from the waitlist, the $95 non-refundable enrollment deposit will be refunded.

**Can children under 11 go on tour?**
We do not allow children under the age of 6 to travel with us. Travelers ages 6-10 must have an adult chaperone other than the Group Leader and will have to room with that chaperone. Travelers may choose to stay in a family room (a room with two twin beds and a cot) or in a twin (a room with two beds). Applicable fees will apply.

**Can adults go on tour?**
EF's published program prices are based on student rates for transportation, admissions, accommodations, etc. We welcome adults (those age 20 and older, including those who will turn 20 while on tour) but have to charge a per-person flat fee supplement of $100 plus $50 per night of the tour to cover the difference between student and adult rates. Adults will pay an additional $40 per night for the sea portion of their tour on overnight ferries and cruises, where applicable. Please see next page for information on adult rooming. Groups comprised of a majority of adults must select the private group option. All adult travelers will be required to complete a background check through a third party company prior to traveling. EF reserves the right to cancel any traveler if, in EF's sole discretion, it determines the results pose a risk to the group's safety or wellbeing.

**LATE ENROLLMENTS**
**Can a traveler enroll after 110 days prior to departure?**
Yes. A traveler may submit a late enrollment request 109 days or fewer prior to departure. The traveler must enroll on the tour, pay a non-refundable $145 late enrollment fee, and make full payment of the current program fee. The traveler will be placed on a waiting list while we check bus, flight, and hotel availability. The traveler is responsible for any additional charges that may apply. We may also offer an alternate flight to meet up with the tour or the option of arranging your own flight and buying the land-only portion of the tour.

If we are unable to place the traveler on a tour or the traveler does not wish to pay the additional charges, the traveler may cancel their enrollment request and receive a full refund.

**PASSPORTS, VISAS, OTHER TRAVEL DOCUMENTS & ENTRY REQUIREMENTS**
**Who is responsible for obtaining a traveler's passport, visas, and other travel documents and for complying with a destination's entry requirements?**
Each traveler is solely responsible for obtaining prior to departure a valid passport, applicable visas, and any other required travel documents, as well as verifying and satisfying the entry and exit requirements necessary for each destination of the tour itinerary. This may include required medical documents, testing, or proof of vaccinations (including any requirement to provide proof of full and up to date COVID-19 vaccination). All U.S. passports must be valid for at least six months following the tour's return date, and travelers will need to provide passport information to EF by 110 days prior to departure. Non-U.S. citizens will need to contact the embassy or consulate of their destination countries to ensure they meet specific entry requirements. Remember to check your itinerary carefully for all countries that will be visited (including countries visited in transit). Visit the U.S. Department of State's travel website at www.travel.state.gov for more information.  If a traveler is unable to obtain these travel documents or meet any applicable entry or exit requirement, EF's Standard Cancellation Policy will apply and travelers will be solely responsible for any incurred expenses.

**CAN I HELP PROTECT MY INVESTMENT?**
**Global Travel Protection plan**
Travelers can help protect their investment from the unexpected with the offered Global Travel Protection plan. Designed specifically with EF travelers in mind, this plan includes both pre and post departure benefits, which includes medical expense coverage that may apply on tour and tour cancellation for stated reasons such as serious injury or illness or financial hardship due to job loss. All benefits are subject to the limits, terms, and exclusions of the policy available at https://www.sis-inc.biz/tours/efeducationaltours/. Learn more at eftours.com/protection. The Global Travel Protection plan becomes non-refundable after any of the following occur: when you depart on your tour, when you file a claim, or 10 days after receipt.

**Global Travel Protection Plus plan**
In addition to the benefits provided in our Global Travel Protection plan, travelers who purchase the Global Travel Protection Plus plan are provided with additional benefits for tour cancellation. Travelers are able to cancel their tour up to 24 hours prior to departure for any reason and receive a refund of their tour program cost (less the cost of the plan and other Non-Refundable Fees). Learn more at eftours.com/protection. The Global Travel Protection Plus plan must be purchased at the time of enrollment and is non-refundable after any of the following occur: when you depart on your tour, when you file a claim, or 10 days after receipt.

**FLIGHT INFORMATION**
**Which airlines are used by EF?**
EF reserves seats with major airlines, including Aer Lingus, Air Canada, Air France, Air New Zealand, Alitalia, American, British Airways, Copa Airlines, Delta, Iberia, Icelandair, KLM, LATAM Airlines, Lufthansa, Qantas, Swiss, United, Virgin Atlantic Airways, and other U.S. and international carriers.
Our contracts do not allow upgrades, stopovers, or the accrual of frequent flier miles.

**What will my flights be like?**
We always do our best to provide the most direct route to your destination city. However, due to available flight routings, we cannot guarantee non-stop or direct flights. Sometimes, groups may travel on an overnight red-eye flight, departing the evening before the tour is scheduled to begin. In rare cases, groups may have a domestic and/or international overnight, layover, and/or bus transfer. Based on seat availability and the size of the plane, we may not be able to accommodate all members of a group on the same flight, in which case the Group Leader will determine on which flight itinerary each traveler will travel. In such instances that a traveler is not satisfied with their flight assignment, standard cancellation fees apply. We are not able to pre-assign seating. Seat assignments will be provided upon check-in. Depending on your group's size, travelers may or may not sit together. Some countries may require aircraft insecticide treatment for inbound foreign flights. A list of such countries is available at eftours.com/insecticide.

**Do I have to travel on all legs of my flight itinerary?**
You must travel on all legs of your itinerary. If you do not travel on a portion of your flights, the remaining portions will be cancelled. You will be responsible for purchasing a new ticket as well as for any service fees charged by the airlines.

**What happens if my flight is delayed?**
EF is not responsible for airline schedule changes or mechanical, weather, or capacity-related flight delays; however, visit eftours.com/protection for benefits offered in the Global Travel Protection plan and Global Travel Protection Plus plan.

**Are any airports interchangeable?**
Flights to and from the following destinations may originate/end at any of the airports in that vicinity. On occasion, the tour may return to a different airport than the one you departed from.

– Chicago: O'Hare or Midway

– Dallas: Dallas/Fort Worth or Dallas Love Field

– Houston: George Bush Intercontinental or Hobby

– Miami: Fort Lauderdale or Miami

– New York: LaGuardia, JFK, or Newark

– San Francisco: Oakland, San Jose, or San Francisco

– Washington, D.C./Baltimore: BWI, Dulles, or Ronald Reagan National

– Ireland: Cork or Shannon

– Italy: Milan or Venice

– Scotland: Edinburgh or Glasgow

EF-00000003

Exhibit I, Plaintiff

**Are there flight restrictions for travelers under 18?**
Anyone younger than 18 years old traveling apart from the group without an adult companion must contact each airline on the minor's itinerary and may need to register as an unaccompanied minor per the airlines' policies. Some airlines will not allow minors under 16 years of age to travel without an adult companion. Any resulting fees will be assessed by the airlines and are the responsibility of the traveler. Additionally, travelers younger than 18 years old are not permitted to travel land-only unless accompanied by an adult traveling on the tour.

**SPECIAL TRAVEL REQUESTS**
EF is happy to provide stay-ahead/stay-behind options, alternate departure airports, and land-only tours for individual travelers or the whole group. If you have requested special travel arrangements, EF cannot guarantee that you will fly with your group in either direction.

**What if the whole group wants to do a stay-ahead or stay-behind?**
Where possible, EF will provide altered flight and/or land arrangements for a group of at least six paying travelers plus the Group Leader. Each traveler will have to pay any additional air and/or land costs. The Group Leader should submit one request for the whole group, which needs to be received prior to the first enrollment.

**What if only one traveler has a special travel request?**
Individual special travel requests should be submitted online at eftours.com by 110 days prior to departure. Please keep in mind that you should not make any actual arrangements—such as booking a flight or hotel—until final tour itinerary and departure date have been finalized (around 60 days prior to departure). A $150 service fee plus any additional air and/or land costs will be charged.

**What are the types of individual special travel requests?**
– Individual stay-ahead/stay-behind option: Where possible, EF will provide altered flight arrangements, according to a traveler's request. Travelers are responsible for making their own arrangements to and from the hotel or airport as well as all land arrangements pertaining to their individual itinerary.

– Alternate departure airports: Program prices are based on group departures. If an individual chooses to fly out of a different airport than the group, the program price of the alternate airport will apply. Travelers must depart from and return to the same domestic airport.

– Land-only tours: On certain tours, travelers have the option to make their own flight arrangements and join the tour at the first hotel on the itinerary. Travelers are responsible for making their own arrangements to and from the hotel or airport. In this case, the program price will be reduced depending on the length and destination of the tour. EF is not responsible for any travel-related delays or inconveniences for land-only travelers. Additionally, travelers younger than 18 years old are not permitted to travel land-only unless accompanied by an adult traveling on the tour.

**EXCURSIONS**
**What are excursions?**
EF offers these activities in addition to what is already included on the itinerary. Most Group Leaders choose to add excursions to all traveler accounts.

**When should I purchase excursions?**
To secure a discounted price, most excursions need to be purchased by 50 days prior to departure (70 days for Versailles). Some excursions may be purchased on tour, though at an increased price.

**Are excursions refundable?**
If EF cancels an excursion (due to low enrollment, for example), travelers will receive a full refund for the excursion after returning home from tour. To receive a refund for an excursion that you simply no longer wish to be enrolled in, you must let us know by 50 days prior to departure or no refund will be given.

**ROOMING**
EF handles final rooming assignments for all travelers. We make rooming assignments based on the sex identified on your passport. If you tell us you identify as a different sex, we will work to accommodate you. Please ensure that all rooming requests are submitted by 110 days prior to departure.

**How are students roomed?**
Students will room in triples or quads with others of the same sex from the entire tour group. This means that students from different schools may room together. EF uses hotels with rooms that contain two double beds (beds for two people). Two students are expected to share each bed.

**Can students request a twin room?**
Students may request twin accommodations (a hotel room with two single beds) by submitting the name of their roommate. The following additional fees will apply:

– $50 per hotel night per student

– $90 per ferry or cruise night per student

**How are adults roomed?**
Adults are placed in twin accommodations (a hotel room with two single beds) with another adult of the same sex from the entire tour group, unless the name of a roommate has been provided. This will mean that adults from different schools/organizations may room together.

**Can adults request a room with a double bed?**
Adults can request double-bed accommodations (a room with one bed for two people) by providing EF with the name of their roommate by 110 days prior to departure.

**Can adults request a single room?**
Adults can request a single room for an additional $40 per hotel, cruise, or ferry night. This fee is in addition to the standard adult supplement fees covered on the previous page.

**MISCELLANEOUS**
**When does the tour officially start and end?**
Each tour begins with the take-off from the departure airport and ends when the flight lands at the return airport. For those making their own flight arrangements, the tour begins upon arrival at the first EF hotel and ends upon departure from the last EF hotel, according to the itinerary. The official length of an EF tour does not include stay-ahead, stay-behind, or any optional periods or activities when travelers are not escorted by a Tour Director.

**What if a refund is due?**
Where applicable, refunds for overpayment will be issued upon request and after the most recent payment has been in the traveler's account for 21 days. Refunds will be issued back to the original form of payment unless that is no longer valid, in which case a refund check will be issued in the name that appears on the traveler's account. All refund checks are mailed 4-6 weeks after the request has been processed. There will be a non-refundable $35 stop-payment fee for lost refund checks.

**Non-Refundable Fees**
Non-Refundable Fees are defined as the Enrollment Deposit ($95), Global Travel Protection plan cost ($165), Global Travel Protection Plus plan cost ($460) and Manual Payment Plan Fee ($50) as well as any late fees, late enrollment fees, Automatic Payment Plan decline charges, return check/direct debit fees, late special travel request fees and canceled check fees which have been applied to the account at the time of cancellation.

**What about lost belongings?**
EF is not responsible for loss of passports, airline tickets, or other documents, or for loss of or damage to luggage or any other passenger belongings. In the case of lost travel documents, the traveler is solely responsible for meeting the airline's requirements (both logistical and financial) for ticket replacement.

**What about travelers with food allergies?**
EF recognizes that some travelers may have severe food allergies. We will do our best to ensure that our suppliers are informed of the situation, but we cannot guarantee that all requests will be accommodated. Travelers are responsible for making their own arrangements for all in-flight meals.

**How can I protect myself from the risk of COVID-19 while on tour?**
Taking personal responsibility for your wellbeing begins with packing any personal protective equipment and sanitizers you require. Adopt physical distancing and hygiene practices throughout your pre-trip travel arrangements and follow all health instruction, whether physical signage or requests from the Tour Director or our staff once on tour.

 © EF Education First 2022  |  BC01032022

EF-00000004

Exhibit I, Plaintiff

**What items are prohibited from tour?**
For the safety and well-being of all travelers, no firearms or any other weapons are permitted on tour except as required by law.

**What if my tour dates do not fall in the range covered by these Booking Conditions?**
Visit eftours.com/bc for the most recent version of the latest travel year's Booking Conditions.

## PERSONAL DATA
EF will process your personal data in compliance with applicable data protection legislation for the purposes of completing your enrollment, customer service, the purchase of an offered travel protection plan, and providing you with the products and services related to your tour. This may entail sharing your personal data with corporate affiliates, claims handlers, insurance providers, and other business partners both within and outside the U.S., including to and within the EEA/Switzerland. We have put appropriate safeguards in place for such transfers of your personal data, including the standard data protection clauses adopted by the European Commission. EF may also use your personal data, combined with data from third parties, to market products and services based on your interests, including by email and SMS/text. You may contact EF at any time to unsubscribe from any direct marketing purposes.

We will only keep your personal data for as long as it is necessary for the purposes for which it has been collected or in accordance with time limits stipulated by law and good market practice, unless further retention is necessary for compliance with a legal obligation or for the establishment, exercise or defense of legal claims. We will keep your personal data for marketing purposes until you withdraw your consent.
If you have questions about the processing or use of your personal data, would like to have a copy of the information EF holds about you, or have inaccurate personal data corrected or erased, please contact Traveler Support at 800-665-5364.

## PROTECTION FOR TRAVELERS' PAYMENTS
Traveler's tour money has protection in the unlikely event of EF bankruptcy, insolvency, or cessation of business under our participation in the United States Tour Operators Association (USTOA) $1 Million Travelers Assistance Program. For program details and a list of its affiliates, contact USTOA by mail at 275 Madison Avenue, Suite 2014, NY, NY 10016, by email at information@ustoa.com, or online at USTOA.com.

## Cancellations and Modifications

### STANDARD CANCELLATION POLICY
The cancellation policies outlined below take into consideration the costs EF incurs often years before groups ever depart. Notice of cancellation from an EF tour will only be accepted from the traveler, their legal guardian, or the Group Leader. The date of cancellation will be determined by the date on which EF receives notice. In order to qualify for refunds in accordance with EF's Standard Cancellation Policy, all payments must be received on time.

### EF's Standard Cancellation Policy*
– *150 days or more prior to departure:* Full refund less the $95 non-refundable enrollment deposit, all Non-Refundable Fees, and a $300 cancellation fee.

– *149 to 110 days prior to departure:* Full refund less the $95 non-refundable enrollment deposit, all Non-Refundable Fees, and a $500 cancellation fee.

– *109 to 45 days prior to departure:* Full refund less the $95 non-refundable enrollment deposit, all Non-Refundable Fees, and 50% of the program price.

– *44 days or less prior to departure:* No refund will be issued.

*Travelers who purchase a Global Travel Protection plan have the opportunity to cancel the trip until 60 days prior to departure due to reasons not covered by the insurance underwritten by United States Fire Insurance Company and have the option to rebook to another EF Educational Tour within 30 days of such cancellation. Traveler is responsible for finding a new tour, and final placement is based on availability. Such tour needs to take place within 180 days from cancellation, and any difference in price will be covered by the traveler (non-refundable fees from the original tour will not be put toward the rebooked tour). This benefit is not an insurance provided by United States Fire Insurance Company.

*Travelers who purchase the Global Travel Protection Plus plan have the option to cancel with a non-insurance Cancel for Any Reason waiver provided by EF Educational

Tours. The non-insurance Cancel for Any Reason waiver provided by EF Educational Tours provides a cash refund for trip costs paid (less the cost of the plan and other Non-Refundable Fees) to EF Educational Tours for cancellation prior to departure. For plans issued in New York, customers can purchase the non-insurance Cancel for Any Reason waiver separately from the rest of the travel protection plan – for further details, please contact Specialty Insurance Solutions at 877-974-7462 ext. 321.

### Cancellation with replacement**
– *150 days or more prior to departure:* Full refund less the $95 non-refundable enrollment deposit and all Non-Refundable Fees.

– *149 to 110 days prior to departure:* Full refund less the $95 non-refundable enrollment deposit, all Non-Refundable Fees, and a $100 substitution fee.

– *109 days or less prior to departure:* Replacements can no longer be accepted and EF's Standard Cancellation Policy will apply.

** Cancellation with replacement refers to a traveler who cancels but finds a person to replace them for the same program. The replacement's Enrollment Form must be submitted at the same time as the notification of cancellation.

### GROUP LEADER CANCELLATIONS
A Group Leader must accompany travelers on every tour. If a Group Leader cancels for any reason, they will be asked to assign a new Group Leader. Any travelers who cancel at this point and choose not to travel with their replacement Group Leader will be treated as standard cancellations. If no replacement Group Leader is found, the affected travelers will need to cancel to be eligible for EF's Standard Cancellation Policy. Those travelers interested in being placed with a new tour group should contact EF at 800-665-5364. If we cannot find a new tour for these travelers, EF's Standard Cancellation Policy will apply.

### CANCELLATIONS OR MODIFICATIONS REQUIRED BY EXTERNAL EVENTS BEYOND EF'S REASONABLE CONTROL
EF shall not be liable to any traveler for the need to cancel, modify, or postpone the tour as a result of events that are beyond EF's reasonable control. These matters include such "acts of God" or force majeure events as actual or threats of: epidemics or pandemics, or other public health issues or emergencies (such as but not limited to the current COVID-19 pandemic); severe weather events or natural disasters such as but not limited to hurricanes, earthquakes, tsunamis, tornadoes, fires, floods, volcanic activity, or landslides; war (whether declared or undeclared); terrorist activities; instability in a destination location; incidents of violence, riot, sabotage, civil commotion, or nationalization; strikes or labor disputes or lockouts; government orders, sanctions, actual or potential quarantines, or other restrictions affecting travel in, to, or around a location; disruption to transportation; chemical or radioactive contamination; or any other reason that makes it actually or potentially impossible or illegal for EF to conduct the tour as originally contracted. EF incurs substantial non-recoverable costs and expenses of its own in planning, preparing, and pre-paying amounts for such tours. Accordingly, if EF cancels a tour for any such reason, travelers will receive an EF Future Travel Voucher for all monies paid, less the cost of any purchased travel protection plan. Cancellation, modification, or postponement by EF for causes described in this section shall not be a violation of its obligations to any traveler and will not be deemed a "failure" to provide travel services.

### COVID-19 CANCELLATIONS, MODIFICATIONS, OR REQUIREMENTS
In the event external events beyond EF's reasonable control have not rendered a tour program impossible or illegal to depart as scheduled yet EF reasonably decides in its sole discretion that the program must nevertheless be cancelled, modified, or postponed due to health or safety concerns related to the COVID-19 pandemic or because issues related to the COVID-19 pandemic would affect the quality of the program, travelers acknowledge that EF's sole obligation to them will be to issue an EF Future Travel Voucher in the amount of all monies paid, less the cost of any purchased travel protection plan. EF and the enrolled traveler agree that a cancellation, modification, or postponement by EF for causes described in this section shall not be a violation of its obligations to any traveler and shall not be deemed a "failure" to provide travel services.

EF-00000005

Exhibit I, Plaintiff

EF is not responsible and shall not be liable to any traveler for any destination-imposed travel entry or exit requirement related to COVID-19, including but not limited to vaccination, testing, or other public health requirements. Customers who are unwilling or unable to comply with such travel or entry requirements and who choose to cancel their tour are subject to EF's Standard Cancellation Policy. EF also reserves the right in its sole discretion to, in good faith efforts to protect against health concerns, exceed destination-imposed travel or entry requirements and require full vaccination against COVID-19, pre-tour and on-tour testing for COVID-19, and other public health measures for travelers to certain destination. In such an event, for tours departing prior to September 30th, 2022, travelers unable or unwilling to meet such requirements must notify EF of their decision to cancel by no later than 110 days prior to departure. Travelers acknowledge that EF's sole obligation in that instance is to issue an EF Future Travel Voucher for all monies paid, less the cost of any purchased travel protection plan. EF's Standard Cancellation Policy applies to travelers who cancel for a reason covered by this provision within 110 days prior to departure. Travelers departing on a tour after September 30th, 2022 are subject to EF's Standard Cancellation Policy.

# Peace of Mind Program

We understand that plans can change due to unforeseen circumstances. EF provides an exclusive Peace of Mind program to account for such situations. This program is automatically included for all travelers and can be enacted at the group level for any reason, including terrorism, pandemics, or other world events. Your Group Leader may choose from the following options:

**45 days or more prior to departure**

– Work with EF to modify your group's current tour itinerary and dates, or find a new tour, and apply all money paid to the new tour

– Cancel your tour and all travelers will receive a transferable Future Travel Voucher in the amount of all monies paid for the original tour, less the cost of any purchased travel protection plan

– Cancel your tour with applicable fees under the Standard Cancellation Policy

**44 days or less prior to departure**
If any location(s) included in the group's itinerary is newly designated as a Travel Advisory Level 4 by the U.S. Department of State; or a U.S. federal or state governmental authority has newly imposed a travel ban to your destination, or newly issued an order requiring a self-quarantine for travelers in your group upon arrival to a location on your itinerary or upon return home from a location on your group's itinerary; your Group Leader or the individual traveler may chose not to depart on the tour as scheduled and will have the same Peace of Mind Options set forth above.

**Peace of Mind Program Terms & Conditions**
Benefits of the Peace of Mind program are only available to the entire group and not to individual travelers unless specifically indicated. Travelers missing any payment deadlines must pay any incurred late fees to qualify for this program. Revised tours must depart within 1 year of the original tour. If the revised tour has a higher price than the original tour, travelers will be required to pay the difference as a condition of traveling on the revised tour. If EF cannot accommodate a revised tour request and/or the group decides not to travel on the original tour, then the group may opt for Future Travel Vouchers. If the group does not travel on the original tour, travel on a revised tour, or receive a Future Travel Voucher, standard cancellation fees will apply.

Travelers cancelling from a revised tour will be charged a cancellation fee based on the date that the original tour was revised or the date of cancellation from the revised tour, whichever is higher. EF will make every effort to accommodate revised tour requests.

Future Travel Vouchers are valid up to 25 months from the month of the original tour's scheduled departure. Future Travel Vouchers are transferable at the face value of the voucher to members of the traveler's immediate family or school community. The Future Travel Voucher is not a merchandise credit or a gift certificate and may not be redeemed for cash unless specifically noted on the voucher. Travelers who had booked their program by redeeming a previously issued Future Travel Voucher may have different terms and options available to them based on the originally issued voucher terms.

# COVID-19 Peace of Mind Program

EF provides an exclusive COVID-19 Peace of Mind program for tours scheduled to depart between October 1, 2020 and September 30, 2022, to account for situations related to the COVID-19 pandemic.  This program is automatically included for travelers within these departure dates and can be enacted at the group level and specific options can be implemented at the individual level.

**Up until 110 days prior to the departure of your tour's original departure date, your Group Leader can enact the COVID-19 Peace of Mind program on behalf of your group for any reason. In that event, your Group Leader can choose one of the following options (referred to as "Group COVID-19 Options"):**

– Change the travel dates or tour itinerary of your group's current tour; or

– Cancel your tour with each traveler receiving a transferable COVID-19 Future Travel Voucher for 100% of all money paid to EF; or

– Cancel your tour with each traveler receiving a cash refund for all of the money paid to EF less $500*

Individual travelers also have up until 110 days prior to their tour's original departure date to choose one of the following options (referred to as "Individual COVID-19 Options"):

– Cancel off your tour and receive or reinstate a transferable COVID-19 Future Travel Voucher for 100% of all money paid to EF; or

– Cancel off your tour and receive a cash refund for all of the money paid to EF less $500*

**Between 109 to 45 days prior to your tour's original departure date, your Group Leader can enact the COVID-19 Peace of Mind program on behalf of your group and choose among the Group COVID-19 Options if any of the following conditions (referred to as "COVID-19 Travel Events") occur within that timeframe as a result of the COVID-19 pandemic:**

– A U.S. federal governmental authority has issued a travel ban or an order restricting travel to a location on your group's itinerary

– A U.S. federal or state governmental authority has issued an order that would require a self-quarantine for travelers in your group upon return home from a location on your group's itinerary

– A governmental order applicable to a location on your group's itinerary would ban or restrict travel or require visitors to self-quarantine upon arrival

**If COVID-19 Peace of Mind is enacted, your Group Leader may choose one of the following COVID-19 Options:**

– Change the travel dates or tour itinerary of your group's current tour; or

– Cancel your tour with each traveler receiving a transferable COVID-19 Future Travel Voucher for 100% of all money paid to EF; or

– Cancel your tour with each traveler receiving a cash refund for all of the money paid to EF less $500*

Individual travelers also have between 109 to 45 days prior to their tour's original departure date to choose among the Individual COVID-19 Options if any of the COVID-19 Travel Events occur within that timeframe as a result of the COVID-19 pandemic.

If at 44 days or less prior to departure of your tour, travel restrictions, governmental orders, or other conditions related to the COVID-19 pandemic make it impossible or impracticable for EF to operate your tour as scheduled or any of the COVID-19 Travel Events referenced above are newly imposed such that a postponement of your tour program becomes necessary then Group Leader will be offered the same Group COVID-19 Options or travelers will have the same Individual COVID-19 Options referenced above with the cash refund option increased to all monies paid less $350.

*For travelers who had booked their program by redeeming a previously issued COVID-19 Future Travel Voucher, the cash refund option available will be based on the originally issued voucher terms (e.g., travelers who received a COVID-19 Future Travel Voucher for a tour originally scheduled to depart between March 1, 2020 and May 14, 2020, may exchange their voucher for all monies paid less $565).

© EF Education First 2022  |  BC01032022

Exhibit I, Plaintiff

**COVID-19 Peace of Mind Program Terms & Conditions**

This COVID-19 Peace of Mind program is applicable to travelers on EF Educational Tours and EF Tours for Girls programs scheduled to depart between October 1, 2020 and September 30, 2022. The benefits of the COVID-19 Peace of Mind program are available at the group level and for individual travelers. The COVID-19 Peace of Mind program will not apply based on travel conditions or restrictions imposed or recommended by local (i.e., non-state) governmental entities or third-party entities unrelated to the provision or arrangement of travel services for your tour.  So long as the COVID-19 Peace of Mind program would apply, individual travelers can choose to cancel from their original tour or revised tour and receive a COVID-19 Future Travel Voucher to be used for future travel or exchanged for the cash refund option detailed above. Travelers missing any payment deadlines must pay any incurred late fees to qualify for this program. EF will make every effort to accommodate revised tour requests. Revised tours must depart prior to September 30, 2023. If the revised tour has a higher price than the original tour, travelers will be required to pay the difference as a condition of traveling on the revised tour. If the group does not travel on the original tour, travel on a revised tour, or if EF cannot accommodate a revised tour request, the travelers will receive COVID-19 Future Travel Vouchers. Travelers cancelling from a revised tour will be charged a cancellation fee based on the date that the original tour was revised or the date of cancellation from the revised tour, whichever is higher. COVID-19 Future Travel Vouchers will be issued in the amount of all monies paid by a traveler for the original tour. COVID-19 Future Travel Vouchers are valid for the current and following travel year expiring on September 30, 2023 and may be exchanged during that time period for the cash refund option that the traveler was originally eligible to receive pursuant to the COVID-19 Peace of Mind program policy at the time of issuance. COVID-19 Future Travel Vouchers are transferable at the face value of the voucher to members of the traveler's immediate family or community. The COVID-19 Future Travel Voucher is not a merchandise credit or a gift certificate.

# Payment Plan Terms and Conditions

Should you choose the Automatic Payment Plan or Manual Payment Plan, the following Terms and Conditions apply.

### AUTOMATIC PAYMENT PLAN

– Travelers must select a payment method of either direct debit from a checking account or an ATM/debit card (card must display the Visa or MasterCard logo).

– EF must have the checking account or card holder signature on the Enrollment Form, electronic signature, or verbal authorization indicating agreement to EF's Automatic Payment Plan Terms and Conditions before the plan is activated.

– A minimum of three months of automated payments are required. Travelers who are not eligible for the Automatic Payment Plan must pay in full upon enrollment or enroll in the Manual Payment Plan.

– Travelers must provide a valid email address and pay the tour's $95 non-refundable enrollment deposit before the plan is activated.

– Travelers who choose monthly payments must choose a date between the 1st and 26th of the month on which their account will be automatically debited.

– Travelers who choose bi-weekly payments must choose a weekday on which their account will be automatically debited.

– Due to weekends and holidays, EF reserves the right to debit the travelers' account up to three days after the scheduled date.

– The Automatic Payment Plan amounts are subject to change if tour items or payments (other than the Automatic Payment Plan) are added or removed in excess of $20. All other items or payments totaling $20 or less that are added or removed will only be reflected in the final payment.

– After the Automatic Payment Plan's final scheduled payment, any additional items are due at time of purchase. Payments will no longer be automatically deducted.

– A non-refundable $35 fee will be assessed each time a payment is returned or declined. In these cases, the plan will be recalculated to have the missed payment redistributed across the remaining schedule. EF reserves the right to withdraw travelers from the plan for returns or declines in two consecutive payments. Should the final payment be returned or declined, travelers will automatically be withdrawn from the plan.

– Travelers are not charged late fees while enrolled in the Automatic Payment Plan. If the traveler opts to withdraw from the plan or is withdrawn by EF, the traveler will be enrolled in the Manual Payment Plan, and the $50 plan fee will be assessed.

– All of the above terms and conditions of the Automatic Payment Plan also apply to travelers on EF Tours for Girls programs.

### MANUAL PAYMENT PLAN

– If travelers do not pay in full upon enrollment or choose the Automatic Payment Plan, they will be enrolled in the Manual Payment Plan and a non-refundable $50 plan fee will be applied.

– Based on date of enrollment, travelers will be invoiced up to three payments. The first payment of $500 is due 30 days after enrollment. The second payment of $500 is due 90 days after enrollment. The remaining balance is due 110 days prior to departure.

– Based on date of enrollment, travelers on an EF Tours for Girls program will be invoiced up to four payments. The non-refundable enrollment deposit of $95 is due at the time of enrollment. The first payment of $300 is due 60 days after enrollment. The second payment of $500 is due 14 months prior to departure. The third payment of $500 is due 9 months prior to departure. The remaining balance is due 110 days prior to departure.

– A late fee of $95 will be assessed for any missed payment. All late fees are non-refundable.

– Travelers can pay with ATM/debit card, credit card (card must display the Visa or MasterCard logo), or personal checks.

– Payments made by personal check must be submitted with the traveler's name and account number.

– A non-refundable $35 fee will be assessed each time a payment is returned or declined.

– Travelers are responsible for making on-time payments even if an invoice is not received.

– All payment due dates refer to the dates by which each payment must be received by EF.

– EF reserves the right to cancel the traveler's reservation if any payment is past due by 30 days (or 15 days after final payment).

– Payment for the Global Travel Protection plan or Global Travel Protection Plus plan is due at time of purchase, and the plan will not be purchased until payment is received.

# Paperless Billing Terms and Conditions

For travelers enrolled in Paperless Billing, the following Terms and Conditions apply:

– Travelers will receive electronic invoices in connection with all information related to their EF account, including tour invoices, and other notices that are available in electronic format. Travelers understand this means that, once enrolled, they will not receive paper copies. Invoice reminders will be sent to the primary contact e-mail address that travelers provide on their enrollment form. Travelers may view and print invoices by logging into their account at eftours.com.

– EF is not responsible for any delay or failure to deliver any invoice, and travelers understand that nothing in these Terms and Conditions relieves obligation to pay any invoice.

– Travelers may elect not to receive electronic invoices and change to billing by US mail at any time by logging into account at eftours.com or by calling 800-665-5364.

– To the extent permitted by law, paperless billing is provided "as is" with faults and without warranties of any kind, either expressed or implied. Travelers assume all responsibility and risk for use of paperless billing. EF does not warrant that the information, processes, or services will be uninterrupted, or bug or error free.

EF-00000007

Exhibit I, Plaintiff

## Other Terms and Conditions

The terms and provisions of these Booking Conditions supersede any other warranties, representations, terms, or conditions, unless they are expressly stated within a Booking Conditions Addendum or in a letter signed by an EF officer. While EF makes every effort to ensure the accuracy of its publications, it cannot be held responsible for typographical or printing errors (including prices).

Enrolling travelers acknowledge that EF may change the Booking Condition terms from time to time and those changes become effectively immediately. Notice will be provided to you in the event of a material change. A traveler's continued use of EF's services following such notice constitutes acceptance and agreement to be bound by such changes. Travelers agree that the current version of the Booking Conditions in effect at the time of travel or cancellation applies to their tour program.

The tour operator for your trip is EF Education First International, Ltd., Selnaustrasse 30, 8001 Zurich, Switzerland, organization number CHE-109.874.655, VAT number CHE- 116.325.678 MWST. EF Institute for Cultural Exchange, Inc. is an affiliate of EF Education First International, Ltd. and acts only as a marketing services provider for that company. EF Institute for Cultural Exchange Inc. is not an agent of EF Education First International, Ltd., does not provide any goods or services for your trip, and is located at Two Education Circle, Cambridge, MA 02141 (t: 800-665-5364). The services provided are tax-exempt with credit in accordance with Swiss Federal Law with regard to VAT Article #23.

EF is a registered as a "Seller of Travel" as defined by travel regulations in the following states: Florida (Reg. No. ST36778); California (Reg. No. 2015641-20); Washington (Reg. No. 603084928).

### DIVERSITY, EQUITY, INCLUSION AND BELONGING
EF is committed to providing an inclusive tour experience, and all of our travelers play a role in this. On tour, you will meet people who represent a variety of backgrounds and beliefs and explore diverse cultures and histories. Our goal is to create an environment that celebrates these differences and fosters learning more about the world, yourself, and yourself in the world.

## EF's Rules of the Road

When you enroll on tour, you agree to EF's Rules of the Road, which can also be found on your personalized website. If you do not conform to these regulations or any specific rules set by your Group Leader, you risk dismissal from the tour, returning home at your expense with no refund for the missed tour portion. Decisions regarding tour dismissal are up to EF and/or your Group Leader.

**All travelers must adhere to the following regulations while on tour:**

1. All scheduled activities are obligatory. If you are sick, have signs of becoming sick, or have a physical ailment that might prevent you from participating in an activity, you must tell the Group Leader, who should notify the Tour Director.

2. If you want to visit friends or relatives in a destination country, your Group Leader must be told before the tour begins. Please complete the Tour Leave Form, found under Forms and Resources on the Help Center (eftours.com/help-center), to receive permission for the visits. You must then give the form to your Tour Director upon arrival.

3. You are expected to respect the nightly curfew that your Group Leader may set for your own safety and security. Room checks will be conducted at the Group Leader's discretion. Visitors or group members of the opposite sex are not permitted in your room.

4. Smoking is not allowed on buses, during meals, in hotel rooms, or in any other shared, enclosed space.

5. Hitchhiking and the driving or renting of any motor vehicle is strictly forbidden for all travelers.

6. You are required to pay for any phone calls or incidental personal expenses incurred at hotels. These will be payable the evening before departure at each hotel.

7. Travelers under the age of 18 may not consume alcohol on tour. Travelers over the age of 18 (or older, if local laws require) may consume beer or wine in moderation. The consumption of hard liquor is strictly forbidden. Group Leaders and/or parents may prohibit all alcohol consumption at their discretion. Excessive drinking by any traveler will not be tolerated and will result in dismissal from tour at the traveler's own expense.

8. Illegal activities will not be tolerated and are punishable by immediate dismissal from the tour. If you are involved in any illegal activities, all costs to return home are at your own expense. If the local authorities are involved, you will be subject to the laws of the country you are visiting.

9. Payment for damage done to hotel rooms or to buses is your responsibility. If you notice any damage upon arrival at a hotel, you should notify the Tour Director immediately.

## Release and Agreement

**I (or parent or legal guardian if enrollee is under 18 or a minor under any other applicable law) have read, understand and agree to the following in exchange for enrollment on an EF Educational Tour:**

1. I acknowledge and understand that my tour is operated outside of the U.S. by EF Education First International, Ltd., Switzerland, and that EF Institute for Cultural Exchange, Inc. acts only as a marketing service provider for that company.

2. EF Institute for Cultural Exchange, Inc., EF Education First International, Ltd., and their affiliated companies, partners, and any companies acting on their behalf, along with their officers, directors, employees, agents, and authorized representatives (collectively referred to herein as "EF") do not own or operate any entity which is to or does provide goods or services for my program, including, for example, hotels; arrangements for, ownership of, or control over houses, apartments, or other lodging facilities; tour directors; airline, vessel, bus, or other transportation companies; local ground operators; visa processing services; providers or organizers of optional excursions; or food service or entertainment providers; etc. I acknowledge that all such persons and entities, specifically the Tour Director assigned to my tour, are independent contractors and not employees or agents of EF. As a result, EF is not liable for any negligent or willful act or failure to act of any such person or entity or of any third party.

3. Without limitation, EF is not responsible for any injury, loss or damage to person or property, death, delay, or inconvenience in connection with the provision of any goods or services occasioned by or resulting from, but not limited to, acts of God; force majeure; acts of government; acts of war or civil unrest; insurrection or revolt; strikes or other labor activities; public health issues or emergencies, epidemics, pandemics, plagues, outbreaks of infectious disease, mass-illness; criminal, terrorist, or threatened terrorist activities of any kind; overbooking or downgrading of accommodations; structural or other defective conditions in houses, apartments, or other lodging facilities (or in any heating, plumbing, electrical, or structural problem therein); mechanical or other failure of airplanes or other means of transportation or for any failure of any transportation mechanism to arrive or depart timely or safely; financial failure or other defaults by suppliers; dangers associated with water-based activities; dangers associated with or bites from animals, insects, or pests; sanitation problems; food poisoning; lack of access to or quality of medical care; difficulty in evacuation in case of a medical or other emergency; or any negligent or willful act or failure to act of any third party or for any other cause beyond the direct control of EF.

4. I agree to release EF and my school, my school district, my school board, my Group Leader, and Tour Director (collectively, the "Released Parties") from, and agree not to sue the Released Parties for, any and all claims of any nature related in any manner to my participation in an EF-sponsored tour or a Service Learning Tour, including, but not limited to, claims for negligence, breach of contract, breach of express or implied warranties, negligence or wrongful death, or any statutorily based claim. I hereby unconditionally and unequivocally waive any and all claims and demands for all damages, losses, costs and expenses of any nature whatsoever (including attorneys' fees) on account of or arising out of any and all personal injury, death, bodily injury, mental anguish, emotional distress, or property or other damage that I may suffer from any cause whatsoever related in any way to my participation in any EF-sponsored tour or a Service Learning Tour.

5. I understand that travel in other nations is not similar to travel within the United States. Travel outside of the United States can involve inconvenience and risk, including, but not limited to, forces of nature, geographic and climatic conditions, different hygienic standards, infrastructure problems (including road maintenance,

© EF Education First 2022  |  BC01032022

EF-00000008

transportation delays and accommodation conditions), civil unrest, vandalism, crime, political instability, and terrorism. Medical services or facilities may not be readily available or available at all during all or part of a program and, if available, may not be equal to standards in the participant's home country. I understand that a Service Learning Tour is a physically demanding excursion in a developing country, and I knowingly assume the risks of such an excursion. I further understand that different parts of the world present unique health, disease, and safety concerns, and I agree to review any specific risks related to my destination by visiting the U.S. Centers for Disease Control and Prevention's Traveler's Health website at www.cdc.gov/travel and the State Department's International Travel website at travel.state.gov/content/travel/en/international-travel.html. I assume all risk of bodily injury, death, emotional trauma, property damage, inconvenience, and/or loss resulting from negligence or any other acts of any and all persons or entities, however caused, including, but not limited to, those risks mentioned above. It is my intention fully to assume all of the risks of travel and participation in the program and to release the Released Parties from any and all liabilities to the maximum extent permitted by law.

6. I further agree to release the Released Parties from any and all decisions to cancel, modify, or delay the tour as a result of unforeseeable events that are beyond the reasonable control of EF or which become necessary or advisable for my safety or for the quality of the tour experience.

7. I agree that this Release applies to and binds myself and my minor child enrolling on tour (if applicable) along with my personal representatives, executors, heirs, and family.

8. In addition, EF shall have no responsibility for me whatsoever when I am absent from an EF-supervised activity or for non-supervised activities, such as visits to friends or relatives or during stay-ahead/stay-behind option periods or any other optional period or activity when not escorted by a Tour Director.

9. My tour begins with the takeoff from the EF departure airport and ends upon completion of the flight back to the origination (or other arrival) airport.

10. The air carrier's liability for loss of or damage to baggage or property, or for death or injury to person, is subject to and limited by the airlines' contract of carriage, its tariff, the Montreal Convention or Warsaw Convention and their amendments or both.

11. EF or my Group Leader reserves the right to refuse or cancel my registration at its sole discretion. In such event, standard cancellation policies as outlined in the Booking Conditions apply.

12. I agree to abide by EF's regulations and the directions of my Group Leader, my Tour Director, and EF's personnel during my tour. Failure to do so may result in my Group Leader or EF terminating me from the tour immediately. I understand that to disobey such rules or directions is to waive the right to a refund of any part of my program price, and that my Group Leader or EF may then send me home at my own expense.

13. I agree to abide by all local laws, regulations, and governmental advisories for all locations of my tour while abroad. I understand that if I refuse to follow, abuse, or disobey those laws, even unintentionally, I waive my right to a refund of any part of the program price, and my Group Leader or EF may send me home at my own expense. I also understand that, should local authorities be involved, I will be subject to the laws of the country I am visiting.

14. If I become ill or incapacitated, EF and their employees, my Tour Director, or my Group Leader, may take any action they deem necessary for my safety and wellbeing, including notifying parents/guardians and/or securing medical treatment (at my own expense) and transporting me home. EF retains the right, in its sole discretion, to contact the traveler's parents/guardians with regard to health issues or any matter whatsoever that relates to the traveler's tour. These rights transcend any and all privacy regulations that may apply. In the event of a medical emergency, EF will attempt to cause appropriate treatment to be administered, and the traveler authorizes EF to do so. EF, however, makes no warranty that it will be able to cause effective (or any) emergency treatment to be administered or to be timely administered.

15. I have made the choice to travel with the teacher/Group Leader organizing my group. I understand that this choice is not the responsibility of EF. I understand that my Group Leader is able to make decisions on my behalf, including but not limited to changing the group's requested tour or travel date and requiring that I purchase items such as the Global Travel Protection plan and optional excursions. I understand that a Group Leader must accompany me on tour. If my Group Leader cancels for any reason, EF will ask them to assign a

new Group Leader. If I cancel at this point and choose not to travel with the replacement Group Leader, I will be treated as a standard cancellation. If no replacement Group Leader can be found, I will need to cancel and EF's Standard Cancellation Policy will apply. I may also request that EF place me with a new tour group. If EF cannot find a new tour group for me, EF's Standard Cancellation Policy will apply.

16. If I will be age 20 or older at any time during my tour, I acknowledge that EF will conduct a criminal background check ("CBC") as a pre-condition to travel.  If such a traveler refuses to consent to the CBC, it will be deemed a cancellation and EF's Standard Cancellation Policy will apply.

17. This Release and Agreement and EF's Booking Conditions constitute the entire agreement between EF and me with reference to the subject matter herein, and I do not rely upon any promises, inducements, marketing materials, or agreements not herein, including, but not limited to, any oral statements made to me by any agents or employees of EF or by my school or Group Leader. This agreement may be amended or modified only in a writing, signed by EF. The waiver by EF of any provision of this agreement shall in no way affect the remaining provisions of this agreement, and this agreement shall be interpreted as if such clause or provision were not contained herein.

18. This agreement and performance hereunder shall be governed in all respects by the substantive laws of the Commonwealth of Massachusetts. In the event of any claim, dispute, or proceeding arising out of my relationship with EF, or any claim which arises between the Parties, whether or not related to this agreement, the literature for the trip or the trip itself, it shall be resolved solely in courts of the Commonwealth of Massachusetts and/or the United States District Court for the District of Massachusetts.

19. For travelers in Utah only: This tour is not sponsored by any public school, public school district, or other public entity and is operated and organized by a privately owned company.

20. EF may use any film or digital likeness taken of me and any of my comments while on an EF tour as well as any project work (including, but not limited to, online learning programs offered by EF) for future publicity without compensation to me and also use my contact information for future EF promotions. I have read and agreed to the Terms of Use and Privacy Policy outlined at eftours.com/legal-notices and I consent to EF's processing of my personal data.

21. I have read and agreed to the Terms of Use and Privacy Policy outlined at eftours.com/legal-notices, and I consent to EF's processing of my personal data as set forth on page 19.

**LIMITED POWER OF ATTORNEY**
**For parents/guardians of travelers under the age of 18 or a minor under any applicable law**

The tour itinerary may include certain activities (such as whitewater rafting in Costa Rica) that may require the Group Leader to sign a release on behalf of the travelers (who are minors and cannot sign for themselves) in order to allow participation. This Limited Power of Attorney allows the Group Leader to execute these documents on your behalf should the need arise. Your execution of this Limited Power of Attorney is voluntary, and if you choose not to grant this Limited Power of Attorney, your child may still participate in the tour but may not be able to participate in some tour activities. With regard to said activities:

1. I understand and agree that my child, with my permission, has voluntarily chosen to participate in the activities, and we assume all dangers and risks associated with the activities.

2. I do hereby delegate to the Group Leader a "Limited Power of Attorney" and full authority to sign any documents, including, but not limited to, liability releases, permission slips, waivers, and/or any other type of participation agreement required by the operators of any activity for participation. By signing the EF Educational Tours Enrollment Form, I understand and agree to the above.

EF-00000009

Exhibit I, Plaintiff

# STUDENT BEHAVIOR CONTRACT

**Dear Parents/Guardians/Student(s),**

    **Please carefully read and discuss the following contract.  After reading each heading, sign at the bottom to show that you have a complete understanding of this contract.**

## BEHAVIOR        _____

I will be responsible for my own belongings and my own money.
I will maintain a cooperative and flexible demeanor and treat other travelers with respect and understanding.
I will stay with the group and not wander off on my own.
I will follow the buddy system put in place by the chaperones.
I will be an aware and active tourist at all times.
I will maintain and open mind and positive attitude throughout the trip.
I will try my best to use Spanish at all times.
I **will not** get any tattoos and/or body piercings while on tour.
I **will refrain** from all sexual conduct.
I **will not** hitchhike, drive or rent any motor vehicle.
I **will not** use inappropriate language.

## HOTEL BEHAVIOR        _____

I will honor the curfew set in place by Mrs. Taylor for EACH NIGHT.
I will make sure to have the hotel name, number, and closest metro/subway station with me at all times.
I will know the hotel room number of Mrs. Taylor in each city.
I will report to breakfast each morning at the assigned time.
I **will not** enter the hotel room of the opposite sex at any time.
I **will not** leave the hotel under any circumstances without the group.
I **will not** disturb other guests in the hotel:  loud noises, music, TV, running, etc.
I **will not** leave the hotel room after bed checks.

## AIRPLANE BEHAVIOR        _____

I will sit in my assigned seat when I board the plane.
I will always be polite and think of others.
I will be respectful of other passengers.
I **will not** pester the flight attendants or my neighbor.

## ILLEGAL SUBSTANCES POLICY        _____

I **will not** drink alcohol, smoke, or take illegal substances.
I **will not** buy alcohol, tobacco products, or illegal substances.

## INAPPROPRIATE ITEMS        _____

I **will not** bring or buy weapons, pornography, matches, lighters, and/or fireworks.
I **will not** have any unacceptable items anywhere in my luggage (tweezers, metal nail file, scissors, knives, etc.)

## THEFT AND VANDALISM        _____

I **will** at all times respect all property.
 -Ex.  Airplane, bus, hotel rooms, airports, subways, restaurants, sites, bathrooms, other's possessions
I **will not** shoplift.

## MEDICATION        _____

Exhibit I, Plaintiff

I **will not** take medication without advising Mrs. Taylor.

## MONEY & PASSPORT                                                    _____

I will always secure my money and passport on my body so it cannot be stolen.
I will take full responsibility for my money & passport.
I **will never** leave my money or passport in the hotel.
I **will never** ask anyone else to watch my money or hold my passport except Mrs. Taylor.

## DAILY ROUTINE                                                       _____

I will maintain good hygiene while on tour.
I will make shower arrangements with my roommates **in order to be prompt**.

## ROLL CALL                                                           _____

I will remain quiet throughout roll call/head count even after my name is called.
I will take the roll call/head count seriously as it ensures the overall safety of the group.
I **will not** answer for anyone else.

## WATCH/PHONE                                                         _____

I will wear a watch at all times.
I will be conscious of the time.

## PROBLEMS

I will **IMMEDIATELY** inform Mrs. Taylor if a problem arises.

**PLEASE INITIAL EACH SECTION AND SIGN ONE COPY TO RETURN TO MRS. TAYLOR BY**

**JUNE 6, 2022,** RETAIN THE OTHER COPY FOR YOUR FILES.

We, _____ and _____

              **Name of traveler**                        **Name of parent/guardian**

understand and agree to the preceding behavioral contract.  Failure to follow the contract may lead to removal from the trip.  In the event that Mrs. Taylor removes my son/daughter from the trip, I will immediately purchase an airline ticket for the next available flight home so that he/she can return as soon as possible.  I will also be responsible for any chaperone's traveling costs associated with an early departure (transportation and accommodation). I will abide by any decision made by an EF Tour Guide and/or chaperones.  If I receive **MORE THAN ONE** In-School Suspension, this school year, I **WILL NOT** be permitted to go on the trip.  I understand I will be responsible for all cancellation fees as a result.

_____       _____

Signature of traveler           Date               Signature of parent/guardian       Date

EF-00000177

Exhibit I, Plaintiff



**/ EDUCATIONAL TOURS**

# Traveler Health & Medical Profile

This form helps ensure that your Group Leader is aware of any relevant medical and behavioral health information so they are able to support travelers through any situations that may arise on tour. It's important to fill out this form completely and accurately and to return it to your Group Leader at least 30 days before your tour departs. This form is not collected by EF.

We also recommend that you and your child be aware of the health- and disease-related issues unique to your intended destination. Please consult the Centers for Disease Control and Prevention at cdc.gov, and see its specific section on "Travelers' Health" before tour.

Traveler name: _____

Emergency contact name: _____

Emergency contact phone number: _____

Alternate emergency contact name: _____

Alternate emergency contact phone number: _____

## Special arrangements

Earlier in the pre-departure process, your Group Leader and EF requested to know if you and/or your child have any special transportation, hotel, or other logistical requests during the tour. Please list any such requests on this form as well (e.g., wheelchair, interpreter).

_____

_____

_____

Have these requests been communicated to your Group Leader directly? (Circle)  Yes / No

If yes, please contact your Group Leader if you have not yet received confirmation that EF can fulfill your request(s).

If no, please be sure to contact your Group Leader directly to speak about these requests as soon as possible. While we cannot guarantee that we'll be able to fulfill every request, EF's team in your destination will review all possible options.

## Food allergies and preferences, asthma, and other respiratory issues

Are you and/or your child allergic to any medication, food, etc. or do you and/or your child have any food preferences (Kosher, vegetarian, etc)? Have you and/or your child been diagnosed with asthma, including exercise-induced asthma? Have you and/or your child been diagnosed with any other respiratory difficulties? If you answered yes to any of the above, please describe.

_____

_____

_____

If your child might require the use of an inhaler or Epi-pen on tour, please ensure your child packs multiple doses in their carry-on luggage and that they are able to administer the Epi-pen themselves, if necessary. Please follow the same steps for yourself if you might require the use of an inhaler or Epi-pen on tour.

In the case of severe allergies, we will do our best to ensure that tour suppliers are informed of the situation once we are informed by your Group Leader, but we cannot guarantee that all requests will be fulfilled.



EXHIBIT
EXHIBIT 4
MEGAN ALLEN
1/3/2025

Exhibit I, Plaintiff

 **EDUCATIONAL TOURS**

## Physical & behavioral health

Do you and/or your child have any other medical or behavioral health conditions? Examples could include migraines, anxiety, panic attacks, seizures, restricted eating or bingeing/purging, Crohn's Disease or other gastrointestinal difficulties, cutting or other self-harm behaviors, diabetes, depression, thoughts of suicide, or anything else you think your Group Leader should know.

If you and/or your child have any medical or behavioral health conditions and/or have been hospitalized within the past two years, please describe.

_____

_____

_____

**For all medical and behavioral health issues, conditions, and allergies noted above:**

Local health resources vary based on tour destination, and travelers may not have access to English-speaking medical or behavioral health clinicians immediately during an urgent or crisis situation. With this in mind, please discuss the care you and/or your child may require with your and/or your child's medical and behavioral healthcare provider(s), if applicable.

Have you talked with your healthcare provider(s) to discuss your and/or your child's treatment plan during your upcoming travels?

_____

Will you and/or your child need any medical or behavioral health support from clinicians or other professionals during your tour? If so, what arrangements have you put in place to make that feasible for you and/or your child while on tour?

_____

_____

If you and/or your child have a flare up of medical or behavioral health difficulties, what are useful strategies for managing them?

_____

_____

Please list any signs, symptoms, or behaviors that the Group Leader should be aware of that signal you and/or your child may be having trouble with a medical or behavioral health issue, or that one may be developing:

_____

_____

## Prescription medication

It is important to ensure the traveler continues to take any prescribed medication as directed by their healthcare provider while they are on tour. This could include adjusting to new time zones or changes in altitude. Please check with your and/or your child's prescribing healthcare provider prior to travel for any necessary dosage information and adjustments. We strongly recommend that you and/or your child bring enough doses of each prescription for up to 14 days post-tour in the event of any COVID-related isolation or quarantine periods. All prescriptions should be stored in their original packaging with labels visible, and be packed in carry-on luggage.

Exhibit I, Plaintiff



**EDUCATIONAL TOURS**

Do you and/or your child take any take any prescription medications? Please list prescriptions and dosage information.

| Prescription name | Dosage and frequency | Purpose | Symptoms or side effects to look out for | Additional notes |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Over-the-counter medication

The Group Leader may administer certain over-the-counter medications to you and/or your child if necessary. Are there any restrictions that the Group Leader should be aware of?

_____

_____

## Primary insurance coverage

Even if you and/or your child have enrolled in the Global Travel Protection Plan offered by EF, the medical and accident benefits are secondary to your primary medical insurance. Please provide the policy and contact information for your primary insurer.

Provider name: _____

Policy number: _____

Does this policy include international coverage? _____

## Additional information

Is there any other information about your and/or your child's health or medical history that should be conveyed to your Group Leader prior to the tour? If so, please describe here.

_____

_____

_____

_____

_____

Parent/Legal guardian signature: _____ Date: _____

Exhibit I, Plaintiff

# Ready, set, go!

Your child's tour is right around the corner—and we're just as excited as they are. As travelers ourselves, we understand that safety and happiness are top priorities while on tour.

To help you and your child prepare for this life-changing experience, we've put together this Departure Kit. In it you'll find travel information, emergency materials, and some fun tips to use while your child is on the road. Please read through the items carefully with your child to guarantee a safe and enjoyable trip.



## Travel & safety guide

Your comprehensive guide to making international travel safe, secure, and memorable.

## Emergency calling card

Easy-to-use instructions on how to make an emergency call while abroad.



800-665-5364
www.eftours.com/help-center

EF-00000021

**EDUCATIONAL TOURS**

<span style="color:red">Exhibit I, Plaintiff</span>

```
DUE<% FUNCTION DISPLAYDATE(DATE) { VAR
AMONTH = [ 'JANUARY', 'FEBRUARY',
'MARCH', 'APRIL', 'MAY', 'JUNE', 'JULY',
'AUGUST', 'SEPTEMBER', 'OCTOBER',
'NOVEMBER', 'DECEMBER' ]; VAR WEEKDAY =
NEW ARRAY(7); WEEKDAY[0] = "SUNDAY";
WEEKDAY[1] = "MONDAY"; WEEKDAY[2] =
"TUESDAY"; WEEKDAY[3] = "WEDNESDAY";
WEEKDAY[4] = "THURSDAY"; WEEKDAY[5] =
"FRIDAY"; WEEKDAY[6] = "SATURDAY"; VAR N
=
WEEKDAY[TARGETDATA.DUEDATE.GETDAY()];
VAR MONTH =
FORMATDATE(TARGETDATA.DUEDATE,
"%2M") VAR DAY =
FORMATDATE(TARGETDATA.DUEDATE,
"%2D,") VAR YEAR =
FORMATDATE(TARGETDATA.DUEDATE,
"%4Y") RETURN N + ", " + AMONTH[MONTH-
1]+ " " + DAY + " " + YEAR; } %> <%=
DISPLAYDATE(TARGETDATA.DUEDATE) %>
```

# Complete your safety training

Hi, <%= targetData.GL_FirstName %>. Safety is our top priority here at EF and, as a Group Leader, you play an essential role in working with us to keep your group safe. We've developed a new training session to make sure you feel confident in your safety responsibilities.

Please visit the To-Do List for <%= targetData.TourName %> for more details. We'll ask you to watch a 14 minute video, then check the item off your list to let us know you've completed the training. (All Group Leaders must do so for each new tour they lead.)



LOG IN

Questions? I can help.

<%= targetData.TC_FirstName %> <%= targetData.TC_LastName %>, Tour Consultant

<%= targetData.TC_Email %>

<%= targetData.TC_WorkPhone %>

EF-00000022

Exhibit I, Plaintiff



# Traveling together, safely

Your students' safety is our number one priority, and we would never send a traveler to a location we believe to be unsafe. With more than 55 years of experience and teams all over the world, learn how we help support the well-being of your travelers on tour.

**Learn more**

## Safety first



EF's Safety and Incident Response Team has your back 24/7. We follow guidance from the U.S. Department of State, local and federal authorities around the world, and, in response to COVID-19, the U.S. Centers for Disease Control. We're leading the charge on global standards for cleanliness and safety, and even earned the World Travel & Tourism Council's Safe Travels stamp.

## Before you go



Use the **EF Travel & Safety Guide** to discuss important information with your group prior to traveling. You will receive your hard copy of the guide in the next couple of weeks, as well as copies to distribute to your travelers—so keep an eye on your mailbox!

**View guide**



Be sure to distribute **Traveler Health and Medical Profiles** to students and adult travelers, and gather their completed forms prior to your trip. Let your Tour Consultant know if any travelers will require special accommodations on tour.

**Get forms**

## We're here for you

Visit our website for the most up-to-date information. As always, your Tour Consultant, <%= targetData.TC_FirstName %>, is here to help answer questions about health and safety on tour.



<%@ include view="ETUS_Social_WhiteIcons" %>

EF-00000013



MENU ≡

‹ **Help Center: Safety**

# Safety guidelines for Group Leaders

Lea este articulo en español

Throughout the years, we've found that teachers know best when it comes to caring for their students. That's why Group Leaders work closely with their Tour Director as the point person for each traveler's safety and conduct.

## *Prior to tour, the Group Leader is responsible for:*

**Setting expectations for good behavior**
It's a Group Leader's responsibility to maintain appropriate traveler conduct while on tour. Before departure, they set clear expectations for travelers' behavior (curfew, rules regarding drinking, etc.). They also take disciplinary action should there be any infractions of these rules.

**Meeting with chaperones and other Group Leaders**
Prior to tour, Group Leaders should meet with their chaperones from the group to discuss their roles and responsibilities. On arrival day, they will meet with the other Group Leaders on tour to discuss their objectives for the trip, as well as rules and regulations. Discussing plans together and addressing any questions or concerns daily promotes cohesion within the larger group.

**Being familiar with medical histories**
Group Leaders need to be aware of their travelers' medications and health concerns. They should collect this information before tour using the Traveler Health & Medical Profile form.

## *On tour, the Group Leader is responsible for:*

**Supervision of the group at all times**
The Group Leader (or a designated responsible adult) must accompany the group at all times, including during meals, sightseeing excursions, and optional excursions on tour.

**Checking in with travelers with medical and behavioral health needs**
We recommend Group Leaders periodically check in with travelers that have medical and behavioral health needs, making sure they're comfortable in taking any medications according to schedule, and to determine if they may need any extra support.

**Assisting with room assignments**
The Tour Director may need the Group Leader's help upon arrival at each hotel as traveler rooming configurations may change from one hotel to the next.

**Checking attendance and "counting heads"**
Group Leaders will ensure that all travelers are accounted for. This might include having travelers count off or divide into smaller buddy groups.

**Staying behind in an emergency**
In the case of illness, accident, lost passport, or anything that causes a traveler to remain behind, the Group Leader must stay with this traveler. They also must ensure that the rest of the group is accompanied by a responsible adult. If there are no other adults, the entire group will stay behind.



# Related Articles

Exhibit I, Plaintiff

 Group Leaders

 Health & medical needs

 Rooms & roommates

 Tour Directors

## We're here to help

*Contact us*

## Stay connected

        

---

## Careers at EF

*View Opportunities*

## Resources

*Help Center*

*How It Works*

*About EF*

*Blog*

*Customer Reviews*

---

## Other EF tour brands

*EF Explore America*

*EF Study Abroad*

*EF Tours for Girls*

*EF Educational Tours Canada*

Exhibit I, Plaintiff

*EF Adventures*

*EF Ultimate Break*

*EF Go Ahead Tours*

*EF Gap Year*



Education First

© Signum International AG 2024. All rights reserved.

*Careers | Privacy policy and legal notices*

EF **/** EDUCATIONAL TOURS

Exhibit I, Plaintiff

MENU ≡

‹ Help Center: The basics

# The Group Leader's role

Lea este articulo en español

As you move through the tour planning process—from selecting your itinerary, to promoting your tour, to preparing your travelers for their time abroad—here's a look at a few key elements of your role as a Group Leader.

*Your Role as a Group Leader*

**Choose your EF tour**
Your Tour Consultant is your best resource to help you select a tour based on your group's needs and interests, including which destinations rank the highest on your travel agenda and whether there are specific destinations that will especially complement your curriculum. Your Tour Consultant will help determine which tour length, pace, and price will be best for your group.

**Select flexible travel options**
One way we are able to offer the lowest prices is by requiring flexibility. If you are not traveling as a private group, you will need to select first-, second-, and third-choice tour itineraries, This allows us to combine you with other groups from around the U.S. that are traveling at the same time as you. Additionally, we also ask for departure date flexibility. To learn more about tour and departure date flexibility, visit Traveling with EF.

**Promote your tour and recruit travelers**
The next step is to get travelers excited about traveling on your tour—be it online, in your school or in your community. Host introductory meetings for travelers and parents to let them know about this exciting opportunity and then set an enrollment deadline for your tour.

**Maintain contact with your group**
You are your travelers' main connection to EF. Log into your account to easily manage and maintain email communication with your group right from your Group tab. We also suggest holding regularly scheduled meetings throughout the tour-planning process. Your EF Experience Specialist will walk you through suggested topics, but some things you might want to focus on include final itineraries, payment deadlines, and packing suggestions. Also, you can keep your travelers excited about your tour by holding special events—such as potluck lunches with food from locations you'll be visiting or movie nights highlighting the cities you'll be exploring.

**Prepare your group**
We also ask that you prepare your travelers for their experience abroad. Make sure they understand that group travel requires flexibility and cooperation. Explain that accommodations and meals abroad might differ from what they are accustomed to at home. For tips on setting expectations for your travelers, please contact your EF Experience Specialist.

**Travel on a Free International Training Tour**
Ensuring you are fully prepared to lead an EF tour is our commitment to your school community. Through our blended learning model, all first-time Group Leaders travel to Paris, Rome, Madrid, Barcelona, Berlin, or Beijing on a Free International Training Tour to learn best practices from experienced Group Leaders and EF staff.

**Supervise your group at all times on tour**
The Group Leader (or a designated responsible adult) must accompany the group at all times, including during meals, sightseeing excursions, and optional excursions on tour. For more information on the Group Leader's role in safety on tour, read our Safety Guidelines for Group Leaders article.



EXHIBIT
EXHIBIT 7
MEGAN ALLEN
1/3/2025

# Related Articles

Exhibit I, Plaintiff

 International Training Tours

 Safety guidelines for Group Leaders

## We're here to help

*Contact us*

## Stay connected

    

---

## Careers at EF

*View Opportunities*

## Resources

*Help Center*

*How It Works*

*About EF*

*Blog*

*Customer Reviews*

---

## Other EF tour brands

*EF Explore America*

*EF Study Abroad*

*EF Tours for Girls*

*EF Educational Tours Canada*

*EF Adventures*

*EF Ultimate Break*

*EF Go Ahead Tours*

*EF Gap Year*

Exhibit I, Plaintiff



© Signum International AG 2024. All rights reserved.

Careers | Privacy policy and legal notices

Exhibit I, Plaintiff

EF / EDUCATIONAL TOURS

MENU ≡



# Tips & Tricks from Experienced EF Group Leaders

## You'll be the best around

*Group Leader*

### Get your travel skills in top shape

Leading a student tour is a really big, really exciting decision. To help you feel The Most Prepared, we're here to give you all of the knowledge and support you could ask for. Through online teacher trainings with EF staff and experienced Group Leaders, you'll learn the tips and tricks that will help you confidently lead your group somewhere new.

**We're covering:**

1. Your expert trainers
2. On-demand training sessions
3. One-on-one support

### Meet your expert trainers

Sessions are led by Global Education Ambassadors (aka Group Leaders with a ton of experience), seasoned Tour Directors, and EF staff. As they share their student travel expertise and provide you with support, you'll learn valuable tips that will help you become a rockstar Group Leader.

Want to have a one-on-one chat with a Global Education Ambassador?

( Connect with an expert )



EXHIBIT
EXHIBIT 5
MEGAN ALLEN
1/3/2025

Exhibit I, Plaintiff



## Catherine R.

**Norfolk, VA**



## Scott B.

**Hagerstown, MD**

## Training sessions on demand

Looking for a quick tour refresher before hitting the road? Well, you're in luck—our prerecorded online teacher training sessions will help level-up your travel skills. Choose your topic, or watch them all.

Exhibit I, Plaintiff



**Safety & Communication on Tour**

Become an on-tour safety expert as we review EF policies, emergency protocols, and tips for communicating with your group and their families.



**Preparing for Departure**

Exhibit I, Plaintiff

Pre-departure? No problem. From passport info to packing tips, we'll show you how to get your group organized before you go.



**Managing Your Travel Team**

Get your travel team on board! Learn more about chaperone roles and responsibilities and how to set on-tour expectations for adult travelers.

Exhibit I, Plaintiff



## Get Logistical: Flights & Hotels

From navigating the airport (and potential flight changes) to getting checked in at your first hotel, get tips on how to have a smooth departure and arrival day.



Exhibit I, Plaintiff

**Eating Abroad**

Learn how to manage any allergies or dietary restrictions in your group, and how to set expectations for the meals that are included in your tour.



**Traveling as a Group**

Some might call it "student wrangling," and they aren't wrong. Learn how to structure free time abroad and navigate public transit as a group.

Exhibit I, Plaintiff



**Managing Money on Tour**

Learn how to get your group's money organized before tour, from collecting tips early to currency exchange best practices.



Exhibit I, Plaintiff

**FUNdraising**

Fundraising is a great way to help make travel more accessible for your students—and we've got a ton of activities and ideas to help your group get ahead.



# Reach out for some one-on-one time

Our experienced Group Leaders want to meet you and answer your questions about student travel. Just say the word and we'll get you in touch with one of our experts.

First name

Last name

Email

Phone number

How do you prefer to be contacted?

◯ Phone     ◯ Email     ◯ Text

What do you have questions about? (Optional)

Submit

**We're here to help**

Exhibit I, Plaintiff

*Contact us*

## Stay connected

    

---

## Careers at EF

*View Opportunities*

## Resources

*Help Center*

*How It Works*

*About EF*

*Blog*

*Customer Reviews*

---

## Other EF tour brands

*EF Explore America*

*EF Study Abroad*

*EF Tours for Girls*

*EF Educational Tours Canada*

*EF Adventures*

*EF Ultimate Break*

*EF Go Ahead Tours*

*EF Gap Year*

---



© Signum International AG 2024. All rights reserved.

*Careers | Privacy policy and legal notices*

Exhibit I, Plaintiff

**To:**       Megan Allen[megan.allen@ef.com]
**From:**    Megan Allen
**Sent:**    Thur 8/3/2023 1:56:31 PM
**Subject:** FW: documentation

---

**From:** Megan Allen
**Sent:** Tuesday, June 28, 2022 11:02 AM
**To:** jtaylor@ccsd.cc
**Subject:** documentation

Hi Jen,

Thanks for chatting with me, I know you must be exhausted. Just connecting to provide you my email so you can send me the screenshot of the court documents releasing your son to fly to the US.  If its easier to text, please feel free to use Josh or Bridgit's number since my text app is currently not functioning.

Kind Regards,
Meg

EF-00000090

Exhibit I, Plaintiff

**To:**         Megan Allen[megan.allen@ef.com]
**From:**      Megan Allen
**Sent:**      Thur 8/3/2023 1:54:42 PM
**Subject:**    FW: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour
☐☐ Thanks! Your booking is confirmed at NH Paseo de la Habana

---

**From:** Megan Allen
**Sent:** Wednesday, June 29, 2022 7:23 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Hi Jen,

Please find attached the hotel information.  I checked and this hotel is quite close to the metro station on the airport line.

Since I did not hear back from you, I figured you were asleep and did not want to wake you.  But there are some complications with us booking Diego's flight for Friday at the moment.  We have just very recently heard from the Madrid police that eligibility for his departure from the country may change if charges are formally pressed, which we think may be happening.  The situation is not very clear to us, as they said that they could not release any specific details on the case, just a general statement that circumstances could change.  I'm sorry to give you this info over email, but I did want to make sure you had an explanation early tomorrow.   Please call my colleague Tory at 617-619-2913 who will be available from 9am CET time tomorrow in Zurich if you have immediate questions.  I don't know if we'll know anything more by that time, but I did want to give you a point of contact.  I'm happy to resume dialogue with you during the US business day.

I booked the hotel for an additional day in case more time is needed to get clarity in the situation.  Again, we don't know anything for sure but given that we were discussing a Friday flight, I wanted to have the chance to try to discuss further with you before we take any next steps.

Kind Regards,
Meg

---

**From:** Megan Allen
**Sent:** Wednesday, June 29, 2022 6:01 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Hi Jen,

Thanks for your message.  I know its very late, but are you free to have a brief chat? We got some new information very recently that I wanted to discuss with you.  Please let me know and I can give you a call.
thanks,
Meg

---

**From:** Taylor, Jennifer <jtaylor@ccsd.cc>

Exhibit I, Plaintiff

**Sent:** Wednesday, June 29, 2022 4:48 PM
**To:** Megan Allen <megan.allen@ef.com>
**Subject:** Re: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Hi Megan,
Chad and Diego are set to travel to Madrid tomorrow 6/30 and arrive at 2:30. So let me know when you have the hotel /flight info and I'll pass it along. Thank you so much!
Jen

Get Outlook for iOS

---

**From:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Sent:** Wednesday, June 29, 2022 8:00:17 PM
**To:** Megan Allen <megan.allen@ef.com>
**Subject:** Re: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Yes, that works for me.

Get Outlook for iOS

---

**From:** Megan Allen <megan.allen@ef.com>
**Sent:** Wednesday, June 29, 2022 7:40:38 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Sure, I have another call scheduled then, but I think I can try to call around 8:30pm if that would work?

---

**From:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Sent:** Wednesday, June 29, 2022 1:37 PM
**To:** Megan Allen <megan.allen@ef.com>
**Subject:** Re: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Could you call me? It might be easier than email, around 8 my time?

Get Outlook for iOS

---

**From:** Megan Allen <megan.allen@ef.com>
**Sent:** Wednesday, June 29, 2022 4:58:08 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Hi Jen,

Thank you for reaching out, and I'm glad to hear that your trip is almost complete.

Based on the info you sent over, we are now able to book a flight.  Do you think he needs to wait until 7/4 per your last note, or would you like us to book something sooner? I do believe Madrid is the closest airport, so we would likely book from there.  Could you let me know which gateway they would like to fly into?

To make things most efficient, I do think it would be best if you wouldn't mind getting the train tickets so you can get them for the time you like. We can certainly assist with an airport hotel if that works best for the

Exhibit I, Plaintiff

return trip? Please let me know and if easier, I'm happy to give you a call too.

Kind Regards,
Meg

**From:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Sent:** Wednesday, June 29, 2022 10:08 AM
**To:** Megan Allen <megan.allen@ef.com>
**Subject:** Re: [EXTERNAL EMAIL]rejoining tour

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please forward any suspicious emails to **information.security@ef.com**

Hi Meg,
I'm about 20 minutes from reuniting with the group in San Sebastián. I extended the hotel in Burgos for tonight for Diego and Chad. Is your plan for them to fly out of Madrid? I could buy them train tickets to Madrid and get them a hotel there. Chad is familiar with how the train station connects to the metro and how the metro connects to the airport. Let me know, I'm happy to put that together and get them to Madrid.

Get Outlook for iOS

**From:** Megan Allen <megan.allen@ef.com>
**Sent:** Wednesday, June 29, 2022 4:07:20 AM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** [EXTERNAL EMAIL]rejoining tour

Hi Jennifer,

I hope you have been able to get some rest.  Just wanted to let you know  that our team is working on getting you transport for Wednesday to rejoin the tour.  One of my colleagues should be in touch this morning your time to provide you with that information.

For Diego, thank you for sending us the screen shot.  Have you heard from the division in Madrid as well that he is free to go home? We had just heard that the case was dropped by Burgos but is now sitting with the authorities in Madrid.  If you could kindly let us know, we'd really appreciate it. I'm sorry that I did not receive that email for some reason, but Josh forwarded it onto me.

Kind Regards,
Meg

\*\*EXTERNAL MAIL\*\* - Do not click links or open attachments unless you know the content is safe.
\*\*EXTERNAL MAIL\*\* - Do not click links or open attachments unless you know the content is safe.
\*\*EXTERNAL MAIL\*\* - Do not click links or open attachments unless you know the content is safe.

Exhibit I, Plaintiff

**To:** Megan Allen[megan.allen@ef.com]
**From:** Megan Allen
**Sent:** Thur 8/3/2023 1:55:16 PM
**Subject:** FW: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

---

**From:** Megan Allen
**Sent:** Wednesday, June 29, 2022 1:41 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Sure, I have another call scheduled then, but I think I can try to call around 8:30pm if that would work?

---

**From:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Sent:** Wednesday, June 29, 2022 1:37 PM
**To:** Megan Allen <megan.allen@ef.com>
**Subject:** Re: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Could you call me? It might be easier than email, around 8 my time?

Get Outlook for iOS

---

**From:** Megan Allen <megan.allen@ef.com>
**Sent:** Wednesday, June 29, 2022 4:58:08 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]rejoining tour

Hi Jen,

Thank you for reaching out, and I'm glad to hear that your trip is almost complete.

Based on the info you sent over, we are now able to book a flight.  Do you think he needs to wait until 7/4 per your last note, or would you like us to book something sooner? I do believe Madrid is the closest airport, so we would likely book from there.  Could you let me know which gateway they would like to fly into?

To make things most efficient, I do think it would be best if you wouldn't mind getting the train tickets so you can get them for the time you like. We can certainly assist with an airport hotel if that works best for the return trip? Please let me know and if easier, I'm happy to give you a call too.

Kind Regards,
Meg

---

**From:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Sent:** Wednesday, June 29, 2022 10:08 AM
**To:** Megan Allen <megan.allen@ef.com>
**Subject:** Re: [EXTERNAL EMAIL]rejoining tour

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please forward any suspicious emails to information.security@ef.com

Exhibit I, Plaintiff

Hi Meg,
I'm about 20 minutes from reuniting with the group in San Sebastián. I extended the hotel in Burgos for tonight for Diego and Chad. Is your plan for them to fly out of Madrid? I could buy them train tickets to Madrid and get them a hotel there. Chad is familiar with how the train station connects to the metro and how the metro connects to the airport. Let me know, I'm happy to put that together and get them to Madrid.

Get Outlook for iOS

---

**From:** Megan Allen <megan.allen@ef.com>
**Sent:** Wednesday, June 29, 2022 4:07:20 AM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** [EXTERNAL EMAIL]rejoining tour

Hi Jennifer,

I hope you have been able to get some rest.  Just wanted to let you know  that our team is working on getting you transport for Wednesday to rejoin the tour.  One of my colleagues should be in touch this morning your time to provide you with that information.

For Diego, thank you for sending us the screen shot.  Have you heard from the division in Madrid as well that he is free to go home? We had just heard that the case was dropped by Burgos but is now sitting with the authorities in Madrid.  If you could kindly let us know, we'd really appreciate it. I'm sorry that I did not receive that email for some reason, but Josh forwarded it onto me.

Kind Regards,
Meg
**EXTERNAL MAIL** - Do not click links or open attachments unless you know the content is safe.
**EXTERNAL MAIL** - Do not click links or open attachments unless you know the content is safe.

Exhibit I, Plaintiff

**To:**       Megan Allen[megan.allen@ef.com]
**From:**     Megan Allen
**Sent:**     Thur 8/3/2023 1:55:44 PM
**Subject:**  FW: rejoining tour

---

**From:** Megan Allen
**Sent:** Tuesday, June 28, 2022 10:07 PM
**To:** Taylor, Jennifer <jtaylor@ccsd.cc>
**Subject:** rejoining tour

Hi Jennifer,

I hope you have been able to get some rest.  Just wanted to let you know  that our team is working on getting you transport for Wednesday to rejoin the tour.  One of my colleagues should be in touch this morning your time to provide you with that information.

For Diego, thank you for sending us the screen shot.  Have you heard from the division in Madrid as well that he is free to go home? We had just heard that the case was dropped by Burgos but is now sitting with the authorities in Madrid.  If you could kindly let us know, we'd really appreciate it. I'm sorry that I did not receive that email for some reason, but Josh forwarded it onto me.

Kind Regards,
Meg

EF-00000104

Exhibit I, Plaintiff

| LastName | MiddleName | FirstName | Cust # | Rm | Age On Tour |
|----------|------------|-----------|--------|-----|-------------|
| Taylor | Hause | Jennifer "Jen" | 62523 | Db | 46 |
| Ikeler | Ann | Kristen | 5804043 | Tw | 55 |
| Taylor | Michael | Chad | 528657 | Db | 45 |
| Taylor | Manuel | Diego | 6471181 | St | 17 |
| Arnold | Wyatt | Alex | 6032725 | St | 17 |
| Barry | Rae | Norah | 6105730 | St | 17 |
| Benfield | Alice Jean | Isabel | 6035396 | St | 18 |
| Corbin | Suzanna | Jane | 6035503 | St | 18 |
| Costanza | Erica | Kaitlin | 6036300 | St | 17 |
| Doyle | John | Brayden | 6398944 | St | 16 |
| Ferdock | Marie | Anastasia | 6048119 | St | 18 |
| Fritz | Avery | Nora | 6035331 | St | 17 |
| Hampton | Skye | Mackenzie | 6035257 | St | 17 |
| Kurecian | Ann | Sayre | 6035428 | St | 18 |
| LaRouche | Marie | Lauren | 6036230 | St | 18 |
| Lauck | Anne | Samantha | 6036542 | St | 18 |
| Lupashinski | Rose | Mya | 6036418 | St | 17 |
| Madden | Michael | Brady | 6102409 | St | 18 |
| Mitchell | Paige | Adilyn | 6338226 | St | 16 |
| Monteleone | Leigh | Casey | 6337163 | St | 17 |
| Petersheim | Anne | Sarah | 6036356 | St | 17 |
| Podeschi | Ann | Ruby | 6395228 | St | 18 |
| Shukausky | John | Nicholas | 6040637 | St | 17 |
| Sondheimer | Janelle | Celia | 6035611 | St | 17 |
| Stefanowicz | Joseph | Michael | 6388568 | St | 16 |
| Valentino | Augustus | Dominic | 6032251 | St | 17 |
| Wagner | Owen | Kaleb | 6034833 | St | 17 |

Exhibit I, Plaintiff

| Birthdate | Gate | Tour | Sales Tour | Total | Pmt | Bal | NC |
|---|---|---|---|---|---|---|---|
| ########## | PHL | MAX | 2444598-G1 | -750.00 | 750.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 165.00 | -165.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 165.00 | -165.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 165.00 | -165.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3495.00 | -3495.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3675.00 | -3675.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 4485.00 | -4485.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3590.00 | -3590.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3495.00 | -3495.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3645.00 | -3645.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 4705.00 | -4705.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 4410.00 | -4410.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 4780.00 | -4780.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 4485.00 | -4555.00 | -70.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |
| ########## | PHL | MAX | 2444598-G1 | 3445.00 | -3445.00 | 0.00 | TRUE |

| AP | PP | FP | C | DS | SR | LPA | CSTA | AppType |
|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE | TRUE | FALSE | FALSE | FALSE | N/A | Y | None |
| FALSE | FALSE | TRUE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | TRUE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | TRUE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Web |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |
| FALSE | FALSE | FALSE | FALSE | FALSE | TRUE | N/A | Y | Mail |

Exhibit I, Plaintiff

| App Rec | S | ST | LS | Cax Date | Cax Reason | Program Price [MAB] |
|---|---|---|---|---|---|---|
| ########## | S | AC | | | | 3520.00 |
| ########## | C | AC | | | | 3795.00 |
| ########## | C | AC | | | | 3795.00 |
| ########## | C | AC | | | | 3795.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | FM | AC | | | | 3795.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | F | AC | | | | 3720.00 |
| ########## | F | AC | | | | 3720.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | FM | AC | | | | 3795.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | FM | AC | | | | 3795.00 |
| ########## | S | AC | | | | 3520.00 |
| ########## | S | AC | | | | 3520.00 |

Exhibit I, Plaintiff

| Extension Program Price [MAX, +2 days] | FDF | Discounted Program Price |
|---|---|---|
| 365.00 | 0.00 | 665.00 |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |
| 365.00 | 0.00 | |

Exhibit I, Plaintiff

| Adult Supplement | Stipend | Non-Refundable Deposit |
|---|---|---|
| 100.00 | -750.00 | |
| 600.00 | | 95.00 |
| 600.00 | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |
| | | 95.00 |

Exhibit I, Plaintiff

| Redeemed Voucher - Refundable | Redeemed Voucher - Non-Refundable |
|---|---|
| | |
| | |
| | |
| | |
| -2505.00 | -500.00 |
| -3675.00 | -500.00 |
| -2886.00 | -500.00 |
| -2437.00 | -500.00 |
| -2437.00 | -500.00 |
| | |
| -2435.00 | -500.00 |
| -2437.00 | -500.00 |
| -855.00 | -500.00 |
| -2437.00 | -500.00 |
| -2448.00 | -500.00 |
| -760.00 | -500.00 |
| -2856.00 | -500.00 |
| -3645.00 | -500.00 |
| | |
| | |
| -2437.00 | -500.00 |
| | |
| -2437.00 | -500.00 |
| -2437.00 | -500.00 |
| | |
| -2437.00 | -500.00 |
| -3445.00 | -500.00 |