Exhibit J, Plaintiff



# Traveling together, safely

Your students' safety is our number one priority, and we would never send a traveler to a location we believe to be unsafe. With more than 55 years of experience and teams all over the world, learn how we help support the well-being of your travelers on tour.

**Learn more**

## Safety first



EF's Safety and Incident Response Team has your back 24/7. We follow guidance from the U.S. Department of State, local and federal authorities around the world, and, in response to COVID-19, the U.S. Centers for Disease Control. We're leading the charge on global standards for cleanliness and safety, and even earned the World Travel & Tourism Council's Safe Travels stamp.

## Before you go



Use the **EF Travel & Safety Guide** to discuss important information with your group prior to traveling. You will receive your hard copy of the guide in the next couple of weeks, as well as copies to distribute to your travelers—so keep an eye on your mailbox!

**View guide**



Be sure to distribute **Traveler Health and Medical Profiles** to students and adult travelers, and gather their completed forms prior to your trip. Let your Tour Consultant know if any travelers will require special accommodations on tour.

**Get forms**

## We're here for you

Visit our website for the most up-to-date information. As always, your Tour Consultant, <%= targetData.TC_FirstName %>, is here to help answer questions about health and safety on tour.



<%@ include view='ETUS_Social_WhiteIcons' %>

EF-00000013