Exhibit L, Plaintiff





# Traveling safely, today and always

We want you to travel confidently, which is why EF is taking the necessary steps to help keep our groups as healthy and safe as possible. With industry-leading measures in place, we're proud to have earned both the World Travel & Tourism Council's Safe Travels stamp and a TOURCARE stamp from the United States Tour Operators Association. Learn more about how we're preparing for your tour and supporting the well-being of our travelers at **eftours.com/heath-and-safety**.

¿Prefieres leer en español?
Visite **eftours.com/salud-y-seguridad**

EF-00000017