Exhibit M, Plaintiff



# Looking ahead

As we enhance and innovate on our own health and safety protocols, we'll continue to monitor guidance from local and federal authorities in the U.S. and internationally. We will incorporate new procedures where appropriate as part of the comprehensive safety measures that are standard on every EF tour.

To learn more, visit
**eftours.com/health-and-safety**

EF-00000018